AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of _Northern Division_ __ALABAMA__

NORRIS FOSTER

V.

MID-STATE LAND & TIMBER CO., INC., d/b/a
SEDGEFIELDS PLANTATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv405-1D

TO: (Name and address of Defendant)

Mid-State Land & Timber Co., Inc., d/b/a Sedgefields Plantation
c/o Drayton Pruitt, Jr.
105 Washington Street
Livingston, Alabama 335470

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerry D. Roberson, Esq.
ROBERSON & ROBERSON
8 Office Park Circle
Suite 150
Birmingham, Alabama 35223
Telephone: (205) 871-1115

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                          May 5, 2006

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                          *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**VIA CERTIFIED MAIL - RETURN RECEIPT**

Debra P. Hackett, Clerk of Court
United States District Court
U.S. Courthouse Complex
One Church Street
Montgomery, Alabama 36101-0711

Mid-State Land & Timber Co., Inc.
c/o Drayton Pruitt, Jr.
105 Washington Street
Livingston, Alabama 35470

7099 3400 0004 5090 9694

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mid-State Land & Timber Co., Inc.
c/o Drayton Pruitt, Jr.
105 Washington Street
Livingston, AL 35470

2. Article Number (Copy from service label)
7099 3400 0004 5090 9694

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

