IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORRIS FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| MID STATE LAND & TIMBER | ) | 2:05-CV-00405-ID-SRW |
| COMPANY, INC., D/B/A | ) | |
| SEDGEFIELDS PLANTATION, | ) | |
| | ) | |
| Defendant. | | |

**REPORT OF PARTIES' PLANNING MEETING**

1.    Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held on June 1, 2006 between (a) Jerry D. Roberson, Esq., Roberson & Roberson, 8 Office Park Circle, Suite 150, Birmingham, Alabama 35223, on behalf of Plaintiff Norris Foster and (b) Carter H. Dukes, Esq., Huckaby Scott & Dukes, P.C., 2100 Third Avenue North, Suite 700, Birmingham, Alabama, 35203, on behalf of Defendant Mid State Land & Timber Company, Inc., d/b/a Sedgefields Plantation.

2.    **Pre-Discovery Disclosures.** The parties will exchange by June 26, 2006 the information required by Rule 26.1(a)(1).

3.    **Discovery Plan.** The parties jointly propose to the Court the following discovery plan, but do not necessarily agree with the scope of discovery proposed by the opposing party. The parties reserve the right to object to discovery when made.

    a.    Discovery will be needed by Plaintiff on the following subjects: all substantive claims and defenses.

      b.      Discovery will be needed by Defendant on the following subjects: all substantive claims and defenses.

      c.      All discovery should be commenced in time to be completed by January 5, 2007.

      d.      Maximum of 40 interrogatories and 40 requests for production and responses thereto due 30 days after service unless extended by agreement of the party propounding the interrogatories or requests for production.

      e.      Maximum of 15 requests for admission by each party to any other party, and responses thereto due 30 days after service unless extended by agreement of the party propounding the requests.

      f.      Maximum of 8 depositions by Plaintiff and a maximum of 8 depositions by Defendant.

      g.      Each deposition shall be limited to a maximum of 8 hours unless extended by agreement of the parties.

      h.      Reports from retained experts under Rule 26(a)(2) due:

            i.      From Plaintiff by September 22, 2006.

            ii.      From Defendant by October 23, 2006.

      i.      Supplementation under Rule 26(e) is due at least 30 days before the end of the discovery period.

4. **Other Items**.

    a. The parties do not request a conference with the Court before entry of the scheduling order.

    b. The parties request a pretrial conference in April 2007.

    c. Plaintiff should be allowed until August 18, 2006, to join additional parties and to amend the pleadings.

    d. Defendant should be allowed until September 11, 2006, to join additional parties and to amend the pleadings.

    e. All potentially dispositive motions should be filed by January 19, 2007.

    f. Settlement cannot be realistically evaluated prior to January 5, 2007.

    g. Final list of trial evidence (both witnesses and exhibits) under Rule 26(a)(3) should be due from the Plaintiff and the Defendant 30 days prior to trial date.

    h. The parties shall have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

    i. The case should be ready for trial on May 14, 2007 and at this time is expected to take approximately 2 to 3 days to try.

DATED:  June 1, 2006

                                      Respectfully submitted,

                                      /s/ Jerry D. Roberson
                                        Jerry D. Roberson
                                        Attorney for Plaintiff
                                        Norris Foster

**OF COUNSEL:**
ROBERSON & ROBERSON
8 Office Park Circle
Birmingham, Alabama  35223
(205) 871-1115

    /s/Carter H. Dukes
Carter H. Dukes
Kimberly W. Geisler
Attorneys for Defendant
Mid State Land & Timber
Company, Inc.

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

37692.1