IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MID STATE LAND & TIMBER** )<br>**COMPANY, INC., D/B/A** )<br>**SEDGEFIELDS PLANTATION,** )<br>)<br>Defendant. ) | **CIVIL ACTION NO:**<br>**2:06-CV-00405-ID-SRW** |

**JOINT MOTION FOR ENTRY OF**
**AGREED PROTECTIVE ORDER**

COME NOW Plaintiff Norris Foster and Defendant Mid State Land and Timber Company, Inc., pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and respectfully move for entry of the Agreed Protective Order as to confidentiality of documents and other information, which is attached hereto, as it appears that discovery in this action will involve the disclosure of personal, financial, confidential, trade secret, proprietary, technical, business and/or financial information.

Respectfully submitted,

/s/Jerry D. Roberson
Jerry D. Roberson
Attorney for Plaintiff
Norris Foster

**OF COUNSEL:**
ROBERSON & ROBERSON
8 Office Park Circle
Suite 150
Birmingham, Alabama 35223

**OF COUNSEL:**
IRBY LAW FIRM, LLC
Albert H. Adams, Jr., Esq.
Post Office Box 910
Eufaula, Alabama 36072


                                                 /s/Carter H. Dukes
                                                     Carter H. Dukes
                                                  Kimberly W. Geisler
                                                 Attorneys for Defendant
                                               Mid State Land & Timber Co., Inc.


**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300


38071.1