LAW OFFICES

# HUCKABY SCOTT & DUKES, P.C.

2100 Third Avenue North, Suite 700
BIRMINGHAM, ALABAMA 35203

TELEPHONE (205) 251-2300
FACSIMILE (205) 251-6773
WWW.HSDPC.COM

KIMBERLY W. GEISLER

WRITER'S DIRECT DIAL: 205-244-2505
E-MAIL ADDRESS: KWG@HSDPC.COM

August 7, 2006

**VIA TELECOPIER
& U.S. MAIL**

Jerry D. Roberson, Esq.
Roberson & Roberson
8 Office Park Circle
Suite 150
Birmingham, Alabama 35223

Re:  *Norris Foster v. Mid State Land & Timber Company, Inc.*
In the United States District Court For The Middle District of Alabama
Civil Action No.: CV-05-405

Dear Jerry:

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendant requests that Plaintiff reconsider his objections and fully respond to Interrogatory No. 7 and Requests for Production Nos. 16 and 21 on or before August 14, 2006. The information requested in these discovery requests is relevant to the causes and extent of Plaintiff's mental anguish and is discoverable under the Rules notwithstanding Plaintiff's claim that he did not seek medical treatment for any emotional distress caused by Defendant. I appreciate your cooperation in this matter.

Sincerely yours,

Kimberly W. Geisler

KWG/sdq/38353.1