# ROBERSON & ROBERSON

**JERRY D. ROBERSON\***
\*ALSO MEMBER GEORGIA BAR

ATTORNEYS AT LAW
8 OFFICE PARK CIRCLE
SUITE 150
BIRMINGHAM, ALABAMA 35223
TELEPHONE: (205) 871-1115
FACSIMILE: (205) 871-5110

CHRISTIAN E. ROBERSON
(1966-2002)

August 7, 2006

*Via Facsimile (205) 2251-5773*
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

Re:   *Norris Foster v. Mid-State Land & Timber Company, Inc.*
      2:06-CV-405 ID

Dear Carter:

Thank you for your letter of August 7, 2006. However, Mr. Foster still asserts his objections to this discovery. Please see *Stevenson v. Bostitch, Inc.*, 201. F.R.D. 551, 2001 U.S.Dist.LEXIS 16961 (N.D. Ga. 2001), holding that "garden variety mental anguish claims do not place a person's mental condition in controversy".

Very truly yours,

Jerry Roberson

JDR/ac

cc:   Albert H. Adams, Esq. (Via E-mail)