IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORRIS FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | |
| v. | ) | 2:06-CV-00405-ID-SRW |
| | ) | |
| MID STATE LAND & TIMBER | ) | |
| COMPANY, INC., D/B/A | ) | |
| SEDGEFIELDS PLANTATION, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF DAVID CARROLL

STATE OF ALABAMA )
                 :
COUNTY OF BULLOCK )

Before me, the undersigned notary public in and for said county and state, personally appeared DAVID CARROLL who being known to me and who being first duly sworn, deposes on oath and states as follows:

1. My name is David Carroll. I am over the age of nineteen years and am suffering from no legal disability. I am currently employed with Tolleson Land & Timber ("Tolleson") as the General Manager of Sedgefield's Plantation. I was previously employed by Mid State Land & Timber Company, Inc. ("Mid State") and worked as the General Manager for Sedgefield's Plantation. This affidavit is based upon my personal knowledge.

2. On May 19, 2006, Mid State terminated all the employees working at Sedgefield's Plantation, including me, at the time it sold Sedgefield's Plantation to Tolleson. Former employees of Mid State who wished to work for Tolleson were required to apply for a position with Tolleson.

Tolleson requires a mandatory drug test for all new hires. Tolleson's offer of employment is conditioned upon an individual consenting to and passing a drug test. If Norris Foster had applied for position with Tolleson, Mr. Foster would have been required to submit to and pass a drug test.

3. One of Mid State's former employees failed Tolleson's mandatory drug test and was not permitted to work for Tolleson.

FURTHER AFFIANT SAITH NOT.

Executed this 14 day of August, 2006.

_____
David Carroll

STATE OF ALABAMA  )
                  :
COUNTY OF BULLOCK )

I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that DAVID CARROLL whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that being informed of the contents of the said instrument, he executed the same voluntarily on the day the same bears date.

GIVEN under my hand and seal this 4th day of August, 2006.

[NOTARIAL SEAL]

_____
Notary Public

Print Name: Denise R. Pierce

My Commission Expires: 9/2008

38399.1

2