IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORRIS FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | |
| v. | ) | 2:06-CV-00405-ID-SRW |
| | ) | |
| MID STATE LAND & TIMBER | ) | |
| COMPANY, INC., D/B/A | ) | |
| SEDGEFIELDS PLANTATION, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PHILIP BUMPERS

1. My name is Philip Bumpers. I am over the age of nineteen years and am suffering from no legal disability. I am the President of Drug Test Services. I have held that position since 1997. Prior to becoming the President of Drug Test Services, I was National Sales Manager and then Vice President of Drug Test Resources International in Boca Raton, Florida. I am a Certified Professional Collector Trainer which means that I train individuals in proper collection procedures for drug testing. I am also authorized to train individuals to become Certified Professional Collector Trainers. I am also certified in alternative collection methods. I am a drug screening compliance officer for the Department of Transportation. I have over sixteen years experience working in the drug testing field. This affidavit is based upon my personal knowledge and experience in drug testing.

2. All employees of Drug Test Services are certified professional collectors. To my knowledge, Drug Test Services is the only drug testing facility in Alabama that is accredited by the Drug & Alcohol Testing Industry Association.

3.  Hair sample testing is an alternative collection method for which I am a certified professional collector. Drug screening using human hair may detect drug use from several months prior to the test. Hair sample testing is a painless procedure and the results are highly accurate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Philip Bumpers

2