IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: |
| ) | |
| MID STATE LAND & TIMBER ) | 2:06-CV-00405-ID-SRW |
| COMPANY, INC., D/B/A ) | |
| SEDGEFIELDS PLANTATION, ) | |
| ) | |

### NOTICE OF TAKING DEPOSITION

**TO:** Carter H. Dukes, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

Please take notice that on **Friday, September 8, 2006 beginning at 9:00 a.m.** at the law office of Russell Irby, 257 West Broad Street, Eufaula, AL 36027-0910, the plaintiff will take the deposition upon oral examination of **Joel Norman**, before a notary public or other person authorized by law to administer oaths, by stenographic means and also by audio and video means. See Fed. R. Civ. P. 30(b)(3). The additional recording will be made using a video camera operated by the undersigned. See *Rice's Toyota World, Inc. v. Southeast Toyota Distributors, Inc.*, 114 F.R.D. 647, 651 (M.D.N.C. 1987); *Ott v. The Stipe Law Firm*, 169 F.R.D. 380, 381 (E.D. Okla. 1996).

/s/ Jerry Roberson
Jerry Roberson (ROB010)
Attorney for Plaintiff

**OF COUNSEL:**

**ROBERSON & ROBERSON**
8 Office Park Circle, Suite 150
Birmingham, Al 35223
Telephone:   (205) 871-1115
Facsimile:    (205) 871-5115

Albert H. Adams, Jr., Esq.  (ADA-058)
IRBY LAW FIRM, LLC
P.O. Box 910
Eufaula, Al. 36072

## CERTIFICATE OF SERVICE

I hereby certify that I have served counsel for all parties to this action with a copy of the foregoing document by depositing same in the United States mail, properly addressed with postage thereon pre-paid, on this the 27th day of July, 2006.

Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: |
| ) | |
| MID STATE LAND & TIMBER ) | 2:06-CV-00405-ID-SRW |
| COMPANY, INC., D/B/A ) | |
| SEDGEFIELDS PLANTATION, ) | |
| ) | |

## NOTICE OF TAKING DEPOSITION

**TO:** Carter H. Dukes, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

Please take notice that on **Friday, September 8, 2006 immediately following the deposition of Joel Norman**, the plaintiff will take the deposition upon oral examination of **DAVID CARROL** at the law office of Russell Irby, 257 West Broad Street, Eufaula, AL 36027-0910 before a notary public or other person authorized by law to administer oaths, by stenographic means and also by audio and video means. See Fed. R. Civ. P. 30(b)(3). The additional recording will be made using a video camera operated by the undersigned. See *Rice's Toyota World, Inc. v. Southeast Toyota Distributors, Inc.*, 114 F.R.D. 647, 651 (M.D.N.C. 1987); *Ott v. The Stipe Law Firm*, 169 F.R.D. 380, 381 (E.D. Okla. 1996).

Jerry Roberson (ROB010)
Attorney for Plaintiff

**OF COUNSEL:**

**ROBERSON & ROBERSON**
8 Office Park Circle, Suite 150
Birmingham, Al 35223
Telephone:   (205) 871-1115
Facsimile:   (205) 871-5115

Albert H. Adams, Jr., Esq.  (ADA-058)
IRBY LAW FIRM, LLC
P.O. Box 910
Eufaula, Al. 36072

## CERTIFICATE OF SERVICE

I hereby certify that I have served counsel for all parties to this action with a copy of the foregoing document by depositing same in the United States mail, properly addressed with postage thereon pre-paid, on this the 27th day of July, 2006.

Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

_____
OF COUNSEL