IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORRIS FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv405-ID |
| | ) | |
| MID STATE LAND & TIMBER | ) | |
| COMPANY, INC., d/b/a | ) | |
| SEDGEFIELDS PLANTATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of defendant's motion to compel (Doc. # 9), filed August 14, 2006, and for good cause, it is

ORDERED that plaintiff may respond to the motion on or before August 29, 2006.

Done, this 15th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE