IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORRIS FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv405-ID |
| | ) | |
| MID STATE LAND & TIMBER | ) | |
| COMPANY, INC., d/b/a | ) | |
| SEDGEFIELDS PLANTATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of defendant's motion for protective order (Doc. # 11), filed August 15, 2006, and for good cause, it is

ORDERED that plaintiff may file a response to the motion on or before August 29, 2006.

Done, this 15th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE