IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv405-ID |
| ) | |
| MID STATE LAND & TIMBER ) | |
| COMPANY, INC., d/b/a ) | |
| SEDGEFIELDS PLANTATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's emergency motion for independent examination (Doc. # 10), filed August 15, 2006, and for good cause, it is

ORDERED that plaintiff may file a response to the motion on or before August 17, 2006.

Done, this 15th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE