IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: |
| | ) |
| MID STATE LAND & TIMBER | ) 2:06-CV-00405-ID-SRW |
| COMPANY, INC., D/B/A | ) |
| SEDGEFIELDS PLANTATION, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF NORRIS FOSTER

COMES NOW Norris Foster, and after being duly sworn, does state under oath as follows:

My name is Norris Foster. I formerly worked as a farm laborer and hunting crew member at Mid-State Land & Timber Company, Inc. I was fired at the end of December 2005.

Since my firing, I have not had any visit to see any doctor, and I have not been prescribed any medication. I have not seen any counselor or healthcare provider since I was fired. I have not, within the last ten (10) years seen any healthcare provider because I was seeking treatment for any emotional difficulties or mental health issues.

During the second time that I worked for Mid-State in 2005, when I was rehired after being laid off, I can only recall seeing one healthcare provider, a dentist.

I do not claim that I sought any medical treatment after my firing. I do not claim that I have suffered any physical symptom as a result of the discrimination against me by Mid-State. I do claim that I was embarrassed and upset after my firing. I also have worried

about getting another job on a farm at numerous places. That is really the only kind of work I have experience doing. I worry about my finances and getting a job. However, I do not claim that I need any medical treatment. Rather, I only claim that I need a job. The people who fired me are powerful people. I worry that they have told other farm owners that I am suing them for discrimination or that I was fired for stealing and that is why no one will hire me.

I cannot remember every doctor I have seen in the last ten (10) years, every date I saw him, and every reason for treatment. I cannot recall and I do not have any paperwork on prescriptions I have taken since 2003.

Further the deponent saith not.

_____
Norris Foster

STATE OF ALABAMA   )
BARBOUR COUNTY    )

Sworn to and subscribed before me on this 25th day of August, 2006.

_____
Notary Public

My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 9, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS