IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: |
| ) | |
| MID STATE LAND & TIMBER ) | 2:06-CV-00405-ID-SRW |
| COMPANY, INC., D/B/A ) | |
| SEDGEFIELDS PLANTATION, ) | |
| ) | |

**PLAINTIFF'S MOTION TO COMPEL**

COMES NOW Plaintiff Norris Foster, and pursuant to Rule 37 of the Federal Rules of Civil Procedure, respectfully requests that this Court enter an order compelling the Defendant to provide the documents requested by the Plaintiff. In support of this motion, Plaintiff shows unto the Court the following:

1. Plaintiff has asserted a claim of race discrimination against the Defendant based upon the termination of his employment.

On June 5, 2006, Plaintiff served his First Request for Production of Documents to the Defendant. Among the requested items was No. 2 below.

2. The complete personnel file for each of below named or described individuals:

    e)    Rochester Lee

**Response: Defendant objects to this request to the extent that it seeks production of information relating to individuals who are not similarly situated to the Plaintiff or who either did not supervise Plaintiff or were not the final decision maker as to Plaintiff's employment with Defendant. For these reasons, Defendant objects to the production of personnel files for Rochester Lee (not similarly situated).**

The Plaintiff has written the Defendant in an effort to work out their discovery differences without court intervention. All efforts have failed.

In support of his Motion to Compel, the Plaintiff would produce Exhibit A, which is a Sedgefields Plantation organizational chart. Although dated March 24, 2006, this the only organizational chart which has been provided to the Plaintiff. It lists Roy Lee as the Deer Operations Manager and head of the grounds crew. Mr. Lee is a black male. Mr. Lee hired the Plaintiff and supervised his work prior to the hiring of Joel Norman. Joel Norman is a white male who was hired prior to the Plaintiff's discharge. Before the hiring of Joel Norman, Roy Lee was supervisor for both the Deer Operations and Quail Operations.

Plaintiff has requested Rochester (Roy) Lee's personnel file. The Plaintiff alleges that blacks are treated differently with respect to their pay and discipline than white employees. Plaintiff alleges that the Defendant maintains a two tiered compensation system. Plaintiff alleges that Roy Lee was paid substantially less than Joel Norman, a white male who was recently hired to do only a portion of Lee's prior job.

Plaintiff has also been stymied by the Defendant who alleges that the Plaintiff's counsel cannot engage in ex parte communications with Roy Lee, because he is a managerial employee with an ability to bind the Defendant on the issue of liability.

Plaintiff has alleged that he was paid less as a black man than white employees half his age who were trained by the Plaintiff. The white employees had almost no prior experience. Plaintiff alleges that his job became unnecessary as a result of the hiring of the white employees. As such, their hiring was a pretext for discrimination.

.

WHEREFORE, premises considered, Plaintiff asks that this Court enter an Order compelling the Defendant to provide the personnel file of Roy Lee at the depositions of Joel Norman and David Carroll which are presently scheduled for September 8, 2006.

Respectfully submitted,

s/Jerry Roberson

_____
Jerry Roberson (ROB010)
Attorney for Plaintiff
**ROBERSON & ROBERSON**
8 Office Park Circle, Suite 150
Birmingham, Al 35223
Telephone:   (205) 871-1115
Facsimile:     (205) 871-5115

**OF COUNSEL:**
Albert H. Adams, Jr., Esq.  (ADA-058)
IRBY LAW FIRM, LLC
P.O. Box 910
Eufaula, Al. 36072

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

s/Jerry Roberson
_____
OF COUNSEL