IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv405-ID |
| ) | |
| MID STATE LAND & TIMBER ) | |
| COMPANY, INC., d/b/a ) | |
| SEDGEFIELDS PLANTATION, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of plaintiff's amended objection and motion to quash (Doc. # 28), filed October 25, 2006, and for good cause, it is

ORDERED that defendant file a response to the motion on or before November 15, 2006.

DONE, this 25th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE