IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORRIS FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv405-ID |
| | ) | |
| MID STATE LAND & TIMBER CO., | ) | |
| INC., d/b/a SEDGEFIELDS | ) | |
| PLANTATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the court is a "consent motion to consolidate," filed by Defendant Mid

State Land & Timber Co., Inc., formerly d/b/a Sedgefields Plantation ("Mid State"), on

October 23, 2006.  (Doc. No. 25.)  Pursuant to Rule 42(a) of the Federal Rules of Civil

Procedure, Mid State moves the court to consolidate civil action numbers 2:06cv405-ID

and 2:06cv875-ID for the limited pretrial purpose of imposing the same discovery

deadlines in both cases.[1]  In the above-styled lawsuit, a Uniform Scheduling Order has

been entered, setting the discovery deadline for March 23, 2007.  (Doc. No. 6.)  Mid

State requests the court to set the same discovery deadline in 2:06cv875-ID, asserting that

adherence to the March 23, 2007, deadline in both lawsuits "will promote convenience

and economy in judicial administration and will cause no prejudice to any party."  (Doc.

---

[1] Mid State does not request a consolidated trial of these lawsuits.

No. 25 ¶ 4.)  In both 2:06cv405-ID and 2:06cv875-ID, Plaintiffs employ the same

counsel, as does Mid State, and Mid State represents that Plaintiffs' counsel does not

oppose its motion to consolidate.

Having reviewed the files in both civil actions, the court concurs with Mid State

that commonalities of factual and legal issues exist in the two cases and that consistent

discovery deadlines in these lawsuits will promote convenience and economy in judicial

administration and will not result in prejudice to the parties.  See Hendrix v. Raybestos-

Manhattan, Inc., 776 F.2d 1492, 1495 (11th Cir. 1985).  From a purely administrative

standpoint, however, the court finds that it is unnecessary to consolidate the two case

files.  The parties Rule 26(f) report in 2:06cv875-ID is due on or before November 1,

2006.  (See 2:06cv875, Doc. No. 5.)  When preparing their joint Rule 26(f) report,

counsel are permitted to request in that report the same discovery deadlines as currently

are set in this lawsuit, and the court will honor those requested dates in setting the

deadlines in the Uniform Scheduling Order which will be entered in 2:06cv875-ID. To

this extent, the court finds that Mid State's motion to consolidate is due to be granted.

Accordingly, it is CONSIDERED and ORDERED that Mid State's consent motion

to consolidate be and the same is hereby GRANTED to the extent that in civil action

number 2:06cv875-ID, upon request by the parties in their joint Rule 26(f) report, which

is due by November 1, the court will set the same discovery deadlines as are set in this

lawsuit.  All pleadings, motions, briefs, orders and other documents, however, shall be

2

maintained separately in the respective clerk's files of civil action numbers 2:06cv405-ID and 2:06cv875-ID.

DONE this 26th day of October, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE