**FREEDOM COURT REPORTING**

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE MIDDLE DISTRICT OF ALABAMA
3  NORTHERN DIVISION
4
5  CASE NUMBER: 2:06cv405-ID
6  NORRIS FOSTER,
7       Plaintiff,
8  vs.
9  MID STATE LAND & TIMBER COMPANY,
10 INC., d/b/a SEDGEFIELDS PLANTATION,
11      Defendant.
12
13          S T I P U L A T I O N
14      IT IS STIPULATED AND AGREED by and
15 between the parties through their respective
16 counsel, that the deposition of Norris
17 Foster may be taken before Angela Smith,
18 RPR, CRR, at the offices of John W. Waters,
19 at 214 North Prairie St., Union Springs,
20 Alabama 36089, on the 7th day of September,
21 2006.
22
23          DEPOSITION OF NORRIS FOSTER

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 78

1   A.   He's ninety-two years old.
2   Q.   Okay. And Brenda Turner, who
3   is that?
4   A.   My aunt.
5   Q.   Okay. Is she still alive?
6   A.   Yeah. She teach school down
7   at the elementary school.
8   Q.   Okay. How many aunts and
9   uncles do you have that live around the
10  area?
11  A.   Well, on my father's side,
12  there was fifteen children, eleven of them
13  still living. And most of them -- Well,
14  it's only three that's still live here, the
15  rest of them live in Georgia, Atlanta,
16  different places.
17  Q.   Okay. Give me the names of
18  those -- aunts and uncles that live in
19  Alabama.
20  A.   Brenda Turner, Terry Jordan,
21  and Annie Watkins. And I have one aunt on
22  my mother's side, her name is Julia Reese.
23  Q.   Let me direct your attention

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 79

1  to the fourth page of Defendant's Exhibit 1,
2  under General Information. The question is,
3  "Have you ever been convicted of a crime?"
4  How did you answer that question?
5      A.   I answered no.
6      Q.   That's not true, is it?
7      A.   No.
8      Q.   At the time that you completed
9  this application and signed that everything
10 was true and correct on February 8, 2005,
11 you had been convicted of a crime; is that
12 correct?
13     A.   Yes.
14     Q.   What had you been convicted of
15 at that time?
16     A.   Assault in the third degree.
17     Q.   Okay. Any other convictions
18 at that time?
19     A.   No. I've had a bunch of
20 tickets, but that's the only thing that I
21 ever been convicted of.
22     Q.   Okay. Have you ever been
23 arrested for anything?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

1       A.      Tickets.

2       Q.      Other than tickets, have you
3  been arrested for anything other than
4  tickets?

5       A.      Yeah.  Assault, but no -- A
6  couple of times I got arrested for fighting,
7  domestic violence.

8       Q.      But you just say you haven't
9  been convicted of those things?

10      A.      I never been.  That's the only
11 thing.

12      Q.      Okay.  When were you convicted
13 of assault?

14      A.      That was back in '89, '88,
15 '89, somewhere in there.

16      Q.      And did you spend any time in
17 jail for that?

18      A.      No.

19      Q.      Okay.  What led up to your
20 arrest and conviction for assault?

21      A.      What I got --

22      Q.      What did you do?  Yes, sir.

23      A.      Me and a guy got in a fight.

1    Q.    Okay. And where was that
2  fight?
3    A.    At a club.
4    Q.    And did you -- Was it just
5  fists or did you stab him or shoot him?
6    A.    No. I whooped him with a hole
7  digger handle.
8    Q.    You whooped him with a what?
9    A.    A hole digger. You know a
10 hole digger?
11   Q.    Yeah.
12         MR. ROBERSON: Post hole
13 diggers?
14         THE WITNESS: Yeah. Post hole
15 digger. I broke a handle out of one of
16 them.
17   Q.    Okay. And hit him with that?
18   A.    Yeah.
19   Q.    The next question under
20 General Information is, have you ever been
21 discharged from a job? How did you answer
22 that question?
23   A.    I said no.

**FREEDOM COURT REPORTING**

Page 142

1  degree in 1998, was that a fight with your
2  girlfriend?
3          A.    The same thing.
4          Q.    All right.  Disorderly conduct
5  in 1998, is that related to a fight you had
6  with your girlfriend, too?
7          A.    You said another year before
8  you said that one.
9          Q.    Yeah.  I've got that you've
10 got a disorderly conduct in 2001, and I
11 think you said that was a fight with your
12 girlfriend.  Then I also show a disorderly
13 conduct in 1998.
14              MR. ROBERSON:  Arrested, not a
15 conviction?
16              MR. DUKES:  To be honest with
17 you, I don't know.  I'm going to have to
18 find out.
19              MR. ROBERSON:  Okay.
20         A.    I just told you, me and my
21 girlfriend got to arguing.
22         Q.    Okay.  And then in 2005, I
23 have an arrest for domestic violence, third

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 143

1  degree assault.
2      A.   I never been arrested for
3  that. I wasn't arrested at that -- He came
4  and talked to me about it. The charges were
5  dropped. Me and my girlfriend, like you,
6  I'd be out cheating, and they get mad and
7  call the police and tell them a lie.
8      Q.   Okay. Is that the same thing
9  with reckless endangerment in 2005?
10     A.   Same thing. All the charges
11 were dropped because once they get
12 satisfied, they go and drop the charges.
13     Q.   Have you ever had any charges
14 brought against you or any lawsuit brought
15 against you with not paying child support?
16     A.   Yes, I pay child support.
17     Q.   Have you ever had any charges
18 brought against you for failing to pay your
19 child support?
20     A.   No. Because they always take
21 -- If I go to work, they take it out of my
22 checks.
23     Q.   Okay. Any other arrests that