

Company Name: HUCKABY SCOTT & DUKES, P.C. User ID: GA5 Last login Date: 10/27/2(

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **09 - BULLOCK** Case Number: **DC-1998-000438.00** NOTICE
Name: **FOSTER NORRIS**
Charge: **DISO**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 09 - BULLOCK | Case N°: | DC-1998-000438.00 | JID: | MOE MICHAEL O. |
| Filed: | 08/06/1998 | AAGCY: | M Municipal | Muni N°: | 01 |
| Arrest date: | 07/28/1998 | Offe date: | 05/18/1997 | ORI: | 0090100 |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | 0/0/0 | | | | |
| Date: | 09/02/1998 | Que: | 001 Time: 09:00 AM | Desc: | BTRL TRIAL |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | FOSTER NORRIS | Alias 1: | | | |
| DOB: | 06/13/1958 | SSN: | XXX-XX-0387 | Driv License N°: | |
| Height : | 5'09" | Weight: | 180 | Race/Sex: | Black /M |
| SID: | 0 | YDate: | | AIS: | |
| Address 1: | RT 2 BOX 228 | | | Address 2: | |
| Zip: | 36089 | City: | UNION SPRINGS | State: | AL |

### Prosecutor and Attorney Info

| | | |
|---|---|---|
| Prosecutor: | Name: | Prosecutor Flag: |
| Attorney 1: | Name: | Attorney 1 Flag: |
| Attorney 2: | Name: | Attorney 2 Flag: |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: | WARACT: | WARLOC |
| BP ISS: | BP RTN: | |

### Charges

| | | | |
|---|---|---|---|
| 1. Crime co: DISO | Statute: DISORDERLY CONDUCT | Stat Name: 13A-011-007 | |
| 2. Crime co: | Statute: | Stat Name: | |
| 3. Crime co: | Statute: | Stat Name: | |
| More: | Dom Viol: | Case Type: M | |
| Comment: | | | |

### Bonding Information

| | | |
|---|---|---|
| Bond amt: 0.00 | Bond type: | Bond co: |
| Rel date: | Sure: | CWIT: W 001 |
| Jury Demand: | | Appeal Type |

## Settings

## Disposition

## Sentence

## Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action Summary**TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 08/07/1998 | 14:55:43 | FILE | FILED THIS DATE: 08/06/98 |
| 08/07/1998 | 14:55:44 | CHG1 | CHARGE AT FILING OF: DISORDERLY CONDUCT |
| 08/07/1998 | 14:55:45 | ARRS | DEFENDANT ARRESTED ON: 07/28/98 |
| 08/07/1998 | 14:55:46 | OFDT | OFFENSE DATE OF: 05/18/97 |
| 08/07/1998 | 14:55:47 | DAT1 | SET FOR: TRIAL ON 09/02/98 AT 0900A |
| 08/07/1998 | 14:56:30 | PRTY | PARTY ADDED W001 AGNES LEE |
| 08/25/1998 | 12:48:36 | SUBP | WITNESS SUBPOENA ISSUED |
| 09/02/1998 | 14:16:08 | BEGN | SENTENCE TO BEGIN ON: 09/02/98 |
| 09/02/1998 | 14:16:09 | SNTD | DEFENDANT SENTENCED ON: 09/02/98 |
| 09/02/1998 | 14:16:10 | SETO | IMPOSED CONFINEMENT OF: 00Y 00M 060D |
| 09/02/1998 | 14:16:11 | SETL | TOTAL CONFINEMENT OF: 00Y 00M 060D |
| 09/02/1998 | 14:16:12 | FINE | IMPOSED FINE OF: $100.00 |
| 09/02/1998 | 14:16:13 | TOFN | TOTAL FINE OF: $100.00 |
| 09/02/1998 | 14:16:14 | PROV | PROVISION ADDED: COURT COSTS |
| 09/15/1998 | 14:14:37 | DISP | DISPOSED ON: 09/02/98 BY CONVICT |
| 09/15/1998 | 14:14:38 | CHG1 | CHARGE AT DISPOSITION: DISORDERLY CONDUCT |
| 03/03/1999 | 03:16:55 | PSTA | ENFORCEMENT PLACEMENT STATUS CHANGED TO: D |
| 02/25/2002 | 11:02:38 | D001 | PAYMENT FREQUENCY SET TO: "L" (FE52) |
| 02/25/2002 | 11:02:43 | D001 | PAID IN FULL; ENF STATUS IS "S" (FE52) |

## Witness List

## Financial

## Motions



Company Name: HUCKABY SCOTT & DUKES, P.C. User ID: GA5 Last login Date: 10/27/2

Main Menu

**Search**
- Party Search
- Case Lookup
- Attorney Search
- Warrant Search
- Witness Search
- DocketSearch
- HotSheet™

**Tracking**
- Attorney Tracker
- Case Monitor
- Name Tracker
- Reminders

**Desktop**
- My Alacourt

**Administration**
- Update User Info

County: **09 - BULLOCK** Case Number: **DC-1998-000433.00** NOTICE

Name: **FOSTER NORRIS**

Charge: **FTAM**

## Case

See Case Detail Record from Alacourt.com version 1

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 09 - BULLOCK | Case N°: | DC-1998-000433.00 | JID: | **MOE MICHAEL O.** |
| Filed: | **08/05/1998** | AAGCY: | **M Municipal** | Muni N°: | **01** |
| Arrest date: | **08/05/1998** | Offe date: | **11/06/1991** | ORI: | **0090100** |
| Indict date: | | Grand jury: | | Atty 1: | |
| Tracking N°'s: | **0/0/0** | | | | |
| Date: | | Que: | **001** Time: | Desc: | **APPD** |

### Defendant Information

| | | | | | |
|---|---|---|---|---|---|
| Name: | FOSTER NORRIS | Alias 1: | | | |
| DOB: | 06/13/1958 | SSN: | XXX-XX-4462 | Driv License N°: | |
| Height : | **5'10"** | Weight: | **178** | Race/Sex: | **Black /M** |
| SID: | **0** | YDate: | | AIS: | |
| Address 1: | **RT 2 BOX 228-A** | | | Address 2: | |
| Zip: | **36053** | City: | **MIDWAY** | State: | **AL** |

### Prosecutor and Attorney Info

| | | | | |
|---|---|---|---|---|
| Prosecutor: | WHI025 | Name: | **WHIGHAM BOYD** | Prosecutor F |
| Attorney 1: | | Name: | | Attorney 1 F |
| Attorney 2: | | Name: | | Attorney 2 F |

### Warrant Information

| | | |
|---|---|---|
| Warrant Date: | WARACT: | WARLOC |
| BP ISS: | BP RTN: | |

### Charges

| | | | | | |
|---|---|---|---|---|---|
| 1. Crime co: FTAM | Statute: | FAILURE TO APPEAR | | Stat Name: | MUN-ICI-PAL |
| 2. Crime co: | Statute: | | | Stat Name: | |
| 3. Crime co: | Statute: | | | Stat Name: | |
| More: | Dom Viol: | | | Case Type: | **M** |
| Comment: | | | | | |

### Bonding Information

| | | | |
|---|---|---|---|
| Bond amt: | **500.00** | Bond type: | Bond co: |
| Rel date: | | Sure: | CWIT: |
| Jury Demand: | | | Appeal Type |

## Settings

## Disposition

## Sentence

## Enforcement

## Consolidated Case Action Summary

**Consolidated Case Action SummaryTC**

| Date | Time | Code | Comments |
|---|---|---|---|
| 08/05/1998 | 16:04:05 | FILE | FILED THIS DATE: 08/05/98 |
| 08/05/1998 | 16:04:06 | CHG1 | CHARGE AT FILING OF: FAILURE TO APPEAR |
| 08/05/1998 | 16:04:07 | BOND | BOND SET FOR: $500.00 |
| 08/05/1998 | 16:04:08 | ARRS | DEFENDANT ARRESTED ON: 08/05/98 |
| 08/05/1998 | 16:04:09 | OFDT | OFFENSE DATE OF: 11/06/91 |
| 08/05/1998 | 16:04:10 | DISP | DISPOSED ON: 08/05/98 BY GUILTY |
| 08/05/1998 | 16:04:11 | CHG1 | CHARGE AT DISPOSITION: FAILURE TO APPEAR |
| 08/05/1998 | 16:04:30 | SNTD | DEFENDANT SENTENCED ON: 08/05/98 |
| 08/05/1998 | 16:04:31 | PROV | PROVISION ADDED: COURT COSTS |

## Witness List

## Financial

## Motions

# ALABAMA SJIS CC/DC CASE DETAIL

**P.C.** **PREPARED FOR: JOHN SCOTT**

County: **09** Case Number: **DC-1998-000379.00** Charge **BUR2**
Name: **FOSTER NORRIS**

## Case

### Case Information

County: **09 - BULLOCK** Case Number: **DC-1998-000379.00** JID: **MOE MICHAEL O. EMFINGER** DEF status: **J Jail**
Filed: **07/16/1998** AAGCY: **C County** Muni N°: **00** City:
Arrest date: **07/16/1998** Offe date: **05/28/1998** ORI: **0090000** Officer: **RODGERS**
Indict date: Grand jury: Atty 1: Ticket N°:
Tracking N°'s: **0/0/0**
Date: **07/27/1998** Que: **001** Time: **09:00 AM** Desc: **HEAR INITIAL HEARING**

### Defendant Information

Name: **FOSTER NORRIS** Alias 1: Alias 2:
DOB: **06/13/1958** SSN: **XXX-XX-0387** Driv License N°:
Height : **5'09"** Weight: **180** Race/Sex: **Black /M** Eyes/Hair: **BRO/BLK**
SID: **0** YDate: AIS: PR: **0**
Address 1: **ROUTE 2 BOX 228** Address 2:
Zip: City: **MIDWAY** State: **AL** Country: **US**

### Prosecutor & Atty Info

Prosecutor: **WHI025** Attorney 1: Attorney 2:
Prosecutor Flag: **N** Attorney 1 Flag: **Y** Attorney 2 Flag: **Y**

### Warrant Information

Warrant Date: WARACT: WARLOC:
BP ISS: BP RTN:

### Charges

1. Crime co: **BUR2** Statute: **BURGLARY 2ND DEGREE** Stat Name: **13A-007-006** Class/Categ: **F PR** Counts: **1**
2. Crime co: Statute: Stat Name: Class/Categ: Counts:
3. Crime co: Statute: Stat Name: Class/Categ: Counts:

More: Dom Viol: Case Type: **F** Case Categ: **PR**
Comment:

### Bonding Information

Bond amt: **10000.00** Bond type: Bond co:
Rel Date: Surety: CWIT: **W 001**
Jury Demand: Appeal Date:

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 07/27/1998 | 001 | 09:00 AM | HEAR - INITIAL HEARING |
| 2: | | 001 | | APPD - |
| 3: | | | | - |
| 4: | | | | - |

## Disposition

### Disposition

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CRT ACT: | D Dismissed | CA date: 08/10/1998 | | Jury: | | More: | |
| Charge 1: | BUR2 BURGLARY 2ND DEGREE | 13A-007-006 | F B | Counts: | 001 | CA: | 08/10/1998 |
| Charge 2: | | | | Counts: | | CA: | |
| Charge 3: | | | | Counts: | | CA: | |
| Admin: | | Why: | | TBNV1: | | TBNV2: | |
| Appeal: | | CAPP: | | Type: | | GJCA: | |
| Cont Dt: | | Why: | | Cont N° : | 0 | Dom Viol: | |
| Comment: | | | | | | | |
| Case Compl: | Y | Sent Prov: | U | Due: | | | |
| Warr: | 0 | SUBP: | SUBP: | Updated: | 08/13/1998 | | |

## Sentence

### Sentence

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sent: | | Begin: | | End | 0 | PRB Beg: | |
| IMP CONF: | 00 00 000 | SUSP CONF: | 00 00 000 | Total Conf: | 00 00 000 | Jail Cred: | 00 00 000 |
| LICN Susp: | 00 00 000 | Probation: | 00 00 000 | PRB Rev: | | | |

### Monetary

| | | | | |
|---|---|---|---|---|
| Cost: | Fine Imp: 0.00 | Fine Susp: 0.00 | CVCC: | HIS: |
| WCCS: | MCOS: | JFEE: 0.00 | DRGF: | ASU: |
| PREL: | DRUG: | RCUP: 0.00 | | |
| RES1: 0.00 | | RES2: 0.00 | | RES3: 0.00 |
| RES4: 0.00 | | RES5: 0.00 | | RES6: 0.00 |

### Confine

| | | | | | | |
|---|---|---|---|---|---|---|
| PENT: | LIFE: | LWOP: | DEATH: | SPLIT: | BOOT: 0 | EMON: 0 |
| JAIL: | CCUR: | CSEC: | CTERM: | RVSPL: | GANG: 0 | |

### Programs

| | | | | | | |
|---|---|---|---|---|---|---|
| JDVR: | IPROB: | AASCH: | DUI: | DDC: | CSV: 0 | SAPP: |
| PTRL: | BCSCH: | MNTL: | CRO: Y | ASCH: | ANGER: | DRUGCT: |

### Enhanced

| | | | | |
|---|---|---|---|---|
| PROJ: | CNOT: | SCH: | VDOB: | HOOF: |
| DRUGCODE: | MEAS: | VOL: 0.00 | | |

SEC/CUR:
Comment:

| | | | | |
|---|---|---|---|---|
| Bal Due: | Due: | CRO: | Updated: | Cost: 08/13/1998 |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 07/16/1998 | 2:55:33 | FILE | FILED THIS DATE: 07/16/98 | MIT |
| 07/16/1998 | 2:55:34 | CHG1 | CHARGE AT FILING OF: BURGLARY 2ND | MIT |
| 07/16/1998 | 2:55:35 | BOND | BOND SET FOR: $10000.00 | MIT |
| 07/16/1998 | 2:55:36 | ARRS | DEFENDANT ARRESTED ON: 07/16/98 | MIT |
| 07/16/1998 | 2:55:37 | OFDT | OFFENSE DATE OF: 05/28/98 | MIT |
| 07/16/1998 | 2:55:38 | DAT1 | SET FOR: INITIAL HEARING ON 07/27/98 AT 0900A | MIT |
| 07/16/1998 | 3:01:05 | PRTY | PARTY ADDED W001 LESSIE L SIMPSON | MIT |
| 07/16/1998 | 3:01:35 | PRTY | PARTY ADDED W002 GREGORY SIMPSON | MIT |
| 08/13/1998 | 2:11:39 | DISP | DISPOSED ON: 08/10/98 BY DISMISS | MIT |
| 08/13/1998 | 2:11:40 | CHG1 | CHARGE AT DISPOSITION: BURGLARY 2ND | MIT |

*END OF THE REPORT*

# ALABAMA SJIS CC/DC CASE DETAIL

P.C.

PREPARED FOR: JOHN SCOTT

alacourt.com

County: 09 Case Number: DC-1998-000380.00 Charge ASS3
Name: FOSTER NORRIS

## Case

### Case Information

County: 09 - BULLOCK | Case Number: DC-1998-000380.00 | JID: MOE MICHAEL O. EMFINGER | DEF status: J Jail
Filed: 07/16/1998 | AAGCY: C County | Muni N°: 00 | City:
Arrest date: 07/16/1998 | Offe date: 05/28/1998 | ORI: 0090000 | Officer: RODGERS
Indict date: | Grand jury: | Atty 1: | Ticket N°:
Tracking N°'s: 0/0/0
Date: 07/27/1998 | Que: 001 | Time: 09:00 AM | Desc: HEAR INITIAL HEARING

### Defendant Information

Name: FOSTER NORRIS | Alias 1: | Alias 2:
DOB: 06/13/1958 | SSN: XXX-XX-0387 | Driv License N°:
Height : 5'09" | Weight: 180 | Race/Sex: Black /M | Eyes/Hair: BRO/BLK
SID: 0 | YDate: | AIS: | PR: 0
Address 1: ROUTE 2 BOX 228 | Address 2:
Zip: | City: MIDWAY | State: AL | Country: US

### Prosecutor & Atty Info

Prosecutor: WHI025 | Attorney 1: | Attorney 2:
Prosecutor Flag: N | Attorney 1 Flag: Y | Attorney 2 Flag: Y

### Warrant Information

Warrant Date: | WARACT: | WARLOC:
BP ISS: | BP RTN:

### Charges

1. Crime co: ASS3 | Statute: ASSAULT 3RD DEGREE | Stat Name: 13A-006-022 | Class/Categ: M PE | Counts: 1
2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts:
3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts:

More: | Dom Viol: | Case Type: M | Case Categ: PE
Comment:

### Bonding Information

Bond amt: 500.00 | Bond type: | Bond co:
Rel Date: | Surety: | CWIT: W 001
Jury Demand: | Appeal Date:

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 07/27/1998 | 001 | 09:00 AM | HEAR - INITIAL HEARING |
| 2: | | 001 | | APPD - |
| 3: | | | | - |
| 4: | | | | - |



## Disposition

### Disposition

CRT ACT: D Dismissed | CA date: 08/10/1998 | Jury: | More:
Charge 1: ASS3 ASSAULT 3RD DEGREE 13A-006-022 M A | Counts: 001 | CA: 08/10/1998
Charge 2: | Counts: | CA:
Charge 3: | Counts: | CA:
Admin: | Why: | TBNV1: | TBNV2:
Appeal: | CAPP: | Type: | GJCA:
Cont Dt: | Why: | Cont N° : 0 | Dom Viol:
Comment:
Case Compl: Y | Sent Prov: U | Due:
Warr: 0 | SUBP: SUBP: | Updated: 08/13/1998

## Sentence

### Sentence

Sent: | Begin: | End 0 | PRB Beg:
IMP CONF: 00 00 000 | SUSP CONF: 00 00 000 | Total Conf: 00 00 000 | Jail Cred: 00 00 000
LICN Susp: 00 00 000 | Probation: 00 00 000 | PRB Rev:

### Monetary

Cost: | Fine Imp: 0.00 | Fine Susp: 0.00 | CVCC: | HIS:
WCCS: | MCOS: | JFEE: 0.00 | DRGF: | ASU:
PREL: | DRUG: | RCUP: 0.00
RES1: 0.00 | RES2: 0.00 | RES3: 0.00
RES4: 0.00 | RES5: 0.00 | RES6: 0.00

### Confine

PENT: | LIFE: | LWOP: | DEATH: | SPLIT: | BOOT: 0 | EMON: 0
JAIL: | CCUR: | CSEC: | CTERM: | RVSPL: | GANG: 0

### Programs

JDVR: | IPROB: | AASCH: | DUI: | DDC: | CSV: 0 | SAPP:
PTRL: | BCSCH: | MNTL: | CRO: Y | ASCH: | ANGER: | DRUGCT:

### Enhanced

PROJ: | CNOT: | SCH: | VDOB: | HOOF:
DRUGCODE: | MEAS: | VOL: 0.00

SEC/CUR:
Comment:
Bal Due: | Due: | CRO: | Updated: Cost: 08/13/1998

© Alacourt.com 10/27/2006 

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 07/16/1998 | 2:56:54 | FILE | FILED THIS DATE: 07/16/98 | MIT |
| 07/16/1998 | 2:56:55 | CHG1 | CHARGE AT FILING OF: ASSAULT 3RD DEGREE | MIT |
| 07/16/1998 | 2:56:56 | BOND | BOND SET FOR: $500.00 | MIT |
| 07/16/1998 | 2:56:57 | ARRS | DEFENDANT ARRESTED ON: 07/16/98 | MIT |
| 07/16/1998 | 2:56:58 | DAT1 | SET FOR: INITIAL HEARING ON 07/27/98 AT 0900A | MIT |
| 07/16/1998 | 2:56:59 | OFDT | OFFENSE DATE OF: 05/28/98 | MIT |
| 07/16/1998 | 2:59:47 | PRTY | PARTY ADDED W001 LESSIE L SIMPSON | MIT |
| 08/13/1998 | 2:12:05 | DISP | DISPOSED ON: 08/10/98 BY DISMISS | MIT |
| 08/13/1998 | 2:12:06 | CHG1 | CHARGE AT DISPOSITION: ASSAULT 3RD DEGREE | MIT |

*END OF THE REPORT*

# ALABAMA SJIS CC/DC CASE DETAIL

P.C.

PREPARED FOR: JOHN SCOTT

alacourt.com

County: 09 Case Number: DC-1998-000378.00 Charge FNLE
Name: FOSTER NORRIS

## Case

### Case Information

County: 09 - BULLOCK | Case Number: DC-1998-000378.00 | JID: MOE MICHAEL O. EMFINGER | DEF status: J Jail
Filed: 07/16/1998 | AAGCY: C County | Muni N°: 00 | City:
Arrest date: 07/16/1998 | Offe date: 09/21/1997 | ORI: 0090000 | Officer: RODGERS
Indict date: | Grand jury: | Atty 1: | Ticket N°:
Tracking N°'s: 0/0/0
Date: 08/24/1998 | Que: 001 | Time: 09:00 AM | Desc: BTRL TRIAL

### Defendant Information

Name: FOSTER NORRIS | Alias 1: | Alias 2:
DOB: 06/13/1958 | SSN: XXX-XX-0387 | Driv License N°:
Height : 5'09" | Weight: 180 | Race/Sex: Black /M | Eyes/Hair: BRO/BLK
SID: 0 | YDate: | AIS: | PR: 0
Address 1: ROUTE 2 BOX 228 | Address 2:
Zip: | City: MIDWAY | State: AL | Country: US

### Prosecutor & Atty Info

Prosecutor: WHI025 | Attorney 1: | Attorney 2:
Prosecutor Flag: N | Attorney 1 Flag: Y | Attorney 2 Flag: Y

### Warrant Information

Warrant Date: | WARACT: | WARLOC:
BP ISS: | BP RTN:

### Charges

1. Crime co: FNLE | Statute: GIVING FALSE NAME TO OFF | Stat Name: 13A-009-018.1 | Class/Categ: M GP | Counts: 1
2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts:
3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts:

More: | Dom Viol: | Case Type: M | Case Categ: GP
Comment:

### Bonding Information

Bond amt: 1000.00 | Bond type: | Bond co:
Rel Date: | Surety: | CWIT: W 001
Jury Demand: | Appeal Date:

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 08/24/1998 | 001 | 09:00 AM | BTRL - TRIAL |
| 2: | | 001 | | APPD - |
| 3: | | | | - |
| 4: | | | | - |

## Disposition

### Disposition

CRT ACT: **N Nol pross** CA date: **08/24/1998** Jury: More:
Charge 1: **FNLE GIVING FALSE NAME TO OFF 13A-009-018.1 M A** Counts: CA:
Charge 2: Counts: CA:
Charge 3: Counts: CA:
Admin: Why: TBNV1: TBNV2:
Appeal: CAPP: Type: GJCA:
Cont Dt: Why: Cont N° : **0** Dom Viol:
Comment:
Case Compl: **Y** Sent Prov: **U** Due:
Warr: **0** SUBP: **SUBP:** Updated: **09/02/1998**

## Sentence

### Sentence

Sent: Begin: End **0** PRB Beg:
IMP CONF: **00 00 000** SUSP CONF: **00 00 000** Total Conf: **00 00 000** Jail Cred: **00 00 000**
LICN Susp: **00 00 000** Probation: **00 00 000** PRB Rev:

### Monetary

**Cost:** **Fine Imp: 0.00** **Fine Susp: 0.00** **CVCC:** **HIS:**
**WCCS:** **MCOS:** **JFEE: 0.00** **DRGF:** **ASU:**
**PREL:** **DRUG:** **RCUP: 0.00**
**RES1: 0.00** **RES2: 0.00** **RES3: 0.00**
**RES4: 0.00** **RES5: 0.00** **RES6: 0.00**

### Confine

**PENT:** **LIFE:** **LWOP:** **DEATH:** **SPLIT:** **BOOT: 0** **EMON: 0**
**JAIL:** **CCUR:** **CSEC:** **CTERM:** **RVSPL:** **GANG: 0**

### Programs

**JDVR:** **IPROB:** **AASCH:** **DUI:** **DDC:** **CSV: 0** **X SAPP:**
**PTRL:** **BCSCH:** **MNTL:** **CRO: Y** **ASCH:** **ANGER:** **DRUGCT:**

### Enhanced

**PROJ:** **CNOT:** **SCH:** **VDOB:** **HOOF:**
**DRUGCODE:** **MEAS:** **VOL: 0.00**

SEC/CUR:
Comment:
Bal Due: Due: CRO: Updated: **Cost: 09/02/1998**

Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 07/16/1998 | 2:54:19 | FILE | FILED THIS DATE: 07/16/98 | MIT |
| 07/16/1998 | 2:54:20 | CHG1 | CHARGE AT FILING OF: GIVING FALSE NAME TO | MIT |
| 07/16/1998 | 2:54:21 | BOND | BOND SET FOR: $1000.00 | MIT |
| 07/16/1998 | 2:54:22 | ARRS | DEFENDANT ARRESTED ON: 07/16/98 | MIT |
| 07/16/1998 | 2:54:23 | OFDT | OFFENSE DATE OF: 09/21/97 | MIT |
| 07/16/1998 | 2:54:24 | DAT1 | SET FOR: TRIAL ON 07/27/98 AT 0900A | MIT |
| 07/16/1998 | 3:00:23 | PRTY | PARTY ADDED W001 TROOPER JOHNNY ALLEN | MIT |
| 07/23/1998 | 10:45:27 | SUBP | WITNESS SUBPOENA ISSUED | MIT |
| 07/23/1998 | 1:32:52 | DAT1 | SET FOR: TRIAL ON 08/12/98 AT 0900A | MIT |
| 08/12/1998 | 12:29:30 | DAT1 | SET FOR: TRIAL ON 08/24/98 AT 0900A | WIJ |
| 08/17/1998 | 1:11:32 | SUBP | WITNESS SUBPOENA ISSUED | MIT |
| 08/17/1998 | 1:20:11 | PRTY | PARTY ADDED W002 NORRIS FOSTER | MIT |
| 08/17/1998 | 1:20:20 | SUBP | WITNESS SUBPOENA ISSUED | MIT |
| 09/02/1998 | 3:31:52 | DISP | DISPOSED ON: 08/24/98 BY NOL PRO | MIT |

 END OF THE REPORT

# ALABAMA SJIS CC/DC CASE DETAIL

P.C.

PREPARED FOR: JOHN SCOTT

alacourt.com

County: 09 Case Number: DC-2005-000141.00 Charge RECK
Name: FOSTER NORRIS

## Case

### Case Information

County: 09 - BULLOCK Case Number: DC-2005-000141.00 JID: MOE MICHAEL O. EMFINGER DEF status: B Bond
Filed: 03/11/2005 AAGCY: C County Muni N°: 00 City:
Arrest date: 03/11/2005 Offe date: 03/01/2005 ORI: 0090000 Officer: RODGERS
Indict date: Grand jury: Atty 1: Ticket N°:
Tracking N°'s: 0/0/0
Date: 04/18/2005 Que: 003 Time: 09:00 AM Desc: BTRL BENCH TRIAL

### Defendant Information

Name: FOSTER NORRIS Alias 1: Alias 2:
DOB: 06/13/1958 SSN: XXX-XX-0387 Driv License N°: AL
Height : 5'09" Weight: 160 Race/Sex: Black /M Eyes/Hair: BRO/BLK
SID: AL0 YDate: AIS: PR: 0
Address 1: 3282 CO RD 47 Address 2:
Zip: 36053 City: MIDWAY State: AL Country: US

### Prosecutor & Atty Info

Prosecutor: REE031 Attorney 1: Attorney 2:
Prosecutor Flag: N Attorney 1 Flag: Y Attorney 2 Flag: Y

### Warrant Information

Warrant Date: WARACT: WARLOC:
BP ISS: BP RTN:

### Charges

1. Crime co: RECK Statute: RECKLESS ENDANGERMENT Stat Name: 13A-006-024 Class/Categ: M PE Counts: 1
2. Crime co: Statute: Stat Name: Class/Categ: Counts:
3. Crime co: Statute: Stat Name: Class/Categ: Counts:

More: N Dom Viol: N Case Type: M Case Categ: PE
Comment:

### Bonding Information

Bond amt: 500.00 Bond type: Bond co:
Rel Date: 03/11/2005 Surety: CWIT:
Jury Demand: Appeal Date:

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 04/18/2005 | 003 | 09:00 AM | BTRL - BENCH TRIAL |
| 2: | | | | - |
| 3: | | | | - |
| 4: | | | | - |

## Disposition

### Disposition

CRT ACT: **D Dismissed** CA date: **04/18/2005** Jury: More: **N**

Charge 1: **RECK RECKLESS ENDANGERMENT 13A-006-024 M A** Counts: **001** CA: **04/18/2005**

Charge 2: Counts: CA:

Charge 3: Counts: CA:

Admin: Why: TBNV1: TBNV2:

Appeal: CAPP: Type: GJCA:

Cont Dt: Why: Cont N° : **0** Dom Viol: **N**

Comment:

Case Compl: **N** Sent Prov: **N** Due:

Warr: **0** SUBP: **SUBP:** Updated: **04/19/2005**

## Sentence

### Sentence

Sent: Begin: End **0** PRB Beg:

IMP CONF: **00 00 000** SUSP CONF: **00 00 000** Total Conf: **00 00 000** Jail Cred: **00 00 000**

LICN Susp: **00 00 000** Probation: **00 00 000** PRB Rev:

### Monetary

**Cost:** **Fine Imp: 0.00** **Fine Susp: 0.00** **CVCC:** **HIS:**

**WCCS:** **MCOS:** **JFEE: 0.00** **DRGF:** **ASU:**

**PREL:** **DRUG:** **RCUP: 0.00**

**RES1: 0.00** **RES2: 0.00** **RES3: 0.00**

**RES4: 0.00** **RES5: 0.00** **RES6: 0.00**

### Confine

**PENT:** **LIFE:** **LWOP:** **DEATH:** **SPLIT:** **BOOT: 0** **EMON: 0**

**JAIL:** **CCUR:** **CSEC:** **CTERM:** **RVSPL:** **GANG: 0**

### Programs

**JDVR:** **IPROB:** **AASCH:** **DUI:** **DDC:** **CSV: 0** **SAPP:**

**PTRL:** **BCSCH:** **MNTL:** **CRO:** **ASCH:** **ANGER:** **DRUGCT:**

### Enhanced

**PROJ:** **CNOT:** **SCH:** **VDOB:** **HOOF:**

**DRUGCODE:** **MEAS:** **VOL: 0.00**

SEC/CUR:

Comment:

Bal Due: Due: CRO: Updated: **Cost: 04/19/2005**

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 03/11/2005 | 3:51:14 | JUDG | ASSIGNED TO: (MOE) MICHAEL O. EMFINGER (AR01) | CEC |
| 03/11/2005 | 3:51:15 | FILE | FILED ON: 03/11/2005 (AR01) | CEC |
| 03/11/2005 | 3:51:16 | STAT | INITIAL STATUS SET TO: "B" - BOND (AR01) | CEC |
| 03/11/2005 | 3:51:17 | ARRS | DEFENDANT ARRESTED ON: 03/11/2005 (AR01) | CEC |
| 03/11/2005 | 3:51:18 | DAT1 | SET FOR: BENCH TRIAL ON 04/18/2005 AT 0900A (AR01) | CEC |
| 03/11/2005 | 3:51:19 | BOND | BOND SET AT: $500.00 (AR01) | CEC |
| 03/11/2005 | 3:51:20 | REDT | DEFENDANT RELEASED FROM JAIL: 03/11/2005 (AR01) | CEC |
| 03/11/2005 | 3:51:21 | FILE | CHARGE 01: RECKLESS ENDANGERMEN/#CNTS: 001 (AR01) | CEC |
| 03/11/2005 | 3:51:22 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | CEC |
| 03/11/2005 | 3:52:59 | PRTY | PARTY ADDED W001 SHARON MCELROY (AW21) | CEC |
| 04/08/2005 | 2:20:12 | SUBP | WITNESS SUBPOENA ISSUED AWP24 | CEC |
| 04/19/2005 | 2:44:01 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: MOE | CEC |
| 04/19/2005 | 2:44:02 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 04/18/2005 | CEC |
| 04/19/2005 | 2:44:03 | DISP | CHARGE 01: RECKLESS ENDANGERME/#CNTS: 001 (AR10) | CEC |
| 04/19/2005 | 2:44:04 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | CEC |

 *END OF THE REPORT*

# ALABAMA SJIS CC/DC CASE DETAIL

**P.C.** **PREPARED FOR: JOHN SCOTT**

alacourt.com

County: **09** Case Number: **DC-2005-000140.00** Charge **DV3A**
Name: **FOSTER NORRIS**

## Case

### Case Information

County: 09 - BULLOCK | Case Number: DC-2005-000140.00 | JID: MOE MICHAEL O. EMFINGER | DEF status: B Bond
Filed: 03/11/2005 | AAGCY: C County | Muni N°: 00 | City:
Arrest date: 03/11/2005 | Offe date: 03/01/2005 | ORI: 0090000 | Officer: RODGERS
Indict date: | Grand jury: | Atty 1: | Ticket N°:
Tracking N°'s: 0/0/0
Date: 04/18/2005 | Que: 003 | Time: 09:00 AM | Desc: BTRL BENCH TRIAL

### Defendant Information

Name: FOSTER NORRIS | Alias 1: | Alias 2:
DOB: 06/13/1958 | SSN: XXX-XX-0387 | Driv License N°: AL
Height : 5'09" | Weight: 160 | Race/Sex: Black /M | Eyes/Hair: BRO/BLK
SID: AL0 | YDate: | AIS: | PR: 0
Address 1: 3282 CO RD 47 | Address 2:
Zip: 36053 | City: MIDWAY | State: AL | Country: US

### Prosecutor & Atty Info

Prosecutor: REE031 | Attorney 1: | Attorney 2:
Prosecutor Flag: N | Attorney 1 Flag: Y | Attorney 2 Flag:

### Warrant Information

Warrant Date: | WARACT: | WARLOC:
BP ISS: | BP RTN:

### Charges

1. Crime co: DV3A | Statute: DOM VIO 3RD-ASSAULT 3RD | Stat Name: 13A-006-132 | Class/Categ: M PE | Counts: 1
2. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts:
3. Crime co: | Statute: | Stat Name: | Class/Categ: | Counts:

More: N | Dom Viol: N | Case Type: M | Case Categ: PE
Comment:

### Bonding Information

Bond amt: 1000.00 | Bond type: | Bond co:
Rel Date: 03/11/2005 | Surety: | CWIT:
Jury Demand: | Appeal Date:

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 04/18/2005 | 003 | 09:00 AM | BTRL - BENCH TRIAL |
| 2: | | | | - |
| 3: | | | | - |
| 4: | | | | - |



## Disposition

**Disposition**

CRT ACT: **D Dismissed** CA date: **04/18/2005** Jury: More: **N**

Charge 1: **DV3A DOM VIO 3RD-ASSAULT 3RD 13A-006-132 M A** Counts: **001** CA: **04/18/2005**

Charge 2: Counts: CA:

Charge 3: Counts: CA:

Admin: Why: TBNV1: TBNV2:

Appeal: CAPP: Type: GJCA:

Cont Dt: Why: Cont N° : **0** Dom Viol: **N**

Comment:

Case Compl: **N** Sent Prov: **N** Due:

Warr: **0** SUBP: **SUBP:** Updated: **04/19/2005**

## Sentence

**Sentence**

Sent: Begin: End **0** PRB Beg:

IMP CONF: **00 00 000** SUSP CONF: **00 00 000** Total Conf: **00 00 000** Jail Cred: **00 00 000**

LICN Susp: **00 00 000** Probation: **00 00 000** PRB Rev:

**Monetary**

**Cost:** **Fine Imp: 0.00** **Fine Susp: 0.00** **CVCC:** **HIS:**

**WCCS:** **MCOS:** **JFEE: 0.00** **DRGF:** **ASU:**

**PREL:** **DRUG:** **RCUP: 0.00**

**RES1: 0.00** **RES2: 0.00** **RES3: 0.00**

**RES4: 0.00** **RES5: 0.00** **RES6: 0.00**

**Confine**

**PENT:** **LIFE:** **LWOP:** **DEATH:** **SPLIT:** **BOOT: 0** **EMON: 0**

**JAIL:** **CCUR:** **CSEC:** **CTERM:** **RVSPL:** **GANG: 0**

**Programs**

**JDVR:** **IPROB:** **AASCH:** **DUI:** **DDC:** **CSV: 0** **SAPP:**

**PTRL:** **BCSCH:** **MNTL:** **CRO:** **ASCH:** **ANGER:** **DRUGCT:**

**Enhanced**

**PROJ:** **CNOT:** **SCH:** **VDOB:** **HOOF:**

**DRUGCODE:** **MEAS:** **VOL: 0.00**

SEC/CUR:

Comment:

Bal Due: Due: CRO: Updated: **Cost: 04/19/2005**

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 03/11/2005 | 3:49:23 | JUDG | ASSIGNED TO: (MOE) MICHAEL O. EMFINGER (AR01) | CEC |
| 03/11/2005 | 3:49:24 | FILE | CHARGE 01: DOM VIO 3RD-ASSAULT /#CNTS: 001 (AR01) | CEC |
| 03/11/2005 | 3:49:25 | BOND | BOND SET AT: $1000.00 (AR01) | CEC |
| 03/11/2005 | 3:49:26 | STAT | INITIAL STATUS SET TO: "B" - BOND (AR01) | CEC |
| 03/11/2005 | 3:49:27 | FILE | FILED ON: 03/11/2005 (AR01) | CEC |
| 03/11/2005 | 3:49:28 | REDT | DEFENDANT RELEASED FROM JAIL: 03/11/2005 (AR01) | CEC |
| 03/11/2005 | 3:49:29 | ARRS | DEFENDANT ARRESTED ON: 03/11/2005 (AR01) | CEC |
| 03/11/2005 | 3:49:30 | DAT1 | SET FOR: BENCH TRIAL ON 04/18/2005 AT 0900A (AR01) | CEC |
| 03/11/2005 | 3:51:26 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | CEC |
| 03/11/2005 | 3:52:39 | PRTY | PARTY ADDED W001 SHARON MCELROY (AW21) | CEC |
| 04/08/2005 | 2:20:12 | SUBP | WITNESS SUBPOENA ISSUED AWP24 | CEC |
| 04/19/2005 | 2:43:36 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: MOE | CEC |
| 04/19/2005 | 2:43:37 | DISP | CHARGE 01 DISPOSED BY: DISMISSED ON: 04/18/2005 | CEC |
| 04/19/2005 | 2:43:38 | DISP | CHARGE 01: DOM VIO 3RD-ASSAULT/#CNTS: 001 (AR10) | CEC |
| 04/19/2005 | 2:43:39 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | CEC |

 ***END OF THE REPORT***

# ALABAMA SJIS CC/DC CASE DETAIL

**P.C.** **PREPARED FOR: JOHN SCOTT**

alacourt.com

County: **09** Case Number: **DC-2001-000415.00** Charge **DISO**
Name: **FOSTER NORRIS**

## Case

### Case Information

County: **09 - BULLOCK** Case Number: **DC-2001-000415.00** JID: **MOE MICHAEL O. EMFINGER** DEF status: **B Bond**
Filed: **09/28/2001** AAGCY: **C County** Muni N°: **00** City:
Arrest date: **09/28/2001** Offe date: **09/25/2001** ORI: **0090000** Officer: **SMITH**
Indict date: Grand jury: Atty 1: Ticket N°:
Tracking N°'s: **0/0/0**
Date: **11/19/2001** Que: **003** Time: **09:00 AM** Desc: **BTRL BENCH TRIAL**

### Defendant Information

Name: **FOSTER NORRIS** Alias 1: Alias 2:
DOB: **06/13/1958** SSN: **XXX-XX-0187** Driv License N°:
Height : **5'09"** Weight: **165** Race/Sex: **Black /M** Eyes/Hair: **BRO/BLK**
SID: **AL0** YDate: AIS: PR: **0**
Address 1: **3282 CO. RD 47** Address 2:
Zip: **36053** City: **MIDWAY** State: **AL** Country: **US**

### Prosecutor & Atty Info

Prosecutor: **WHI025** Attorney 1: Attorney 2:
Prosecutor Flag: **N** Attorney 1 Flag: **Y** Attorney 2 Flag: **Y**

### Warrant Information

Warrant Date: WARACT: WARLOC:
BP ISS: BP RTN:

### Charges

1. Crime co: **DISO** Statute: **DISORDERLY CONDUCT** Stat Name: **13A-011-007** Class/Categ: **M GP** Counts: **1**
2. Crime co: Statute: Stat Name: Class/Categ: Counts:
3. Crime co: Statute: Stat Name: Class/Categ: Counts:

More: **N** Dom Viol: **N** Case Type: **M** Case Categ: **GP**
Comment:

### Bonding Information

Bond amt: **500.00** Bond type: Bond co:
Rel Date: **09/28/2001** Surety: CWIT:
Jury Demand: Appeal Date:

## Settings

### Setting Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | 11/19/2001 | 003 | 09:00 AM | BTRL - BENCH TRIAL |
| 2: | | | | - |
| 3: | | | | - |
| 4: | | | | - |



## Disposition

### Disposition

CRT ACT: **A Acquitted** CA date: **11/19/2001** Jury: More: **N**

Charge 1: **DISO DISORDERLY CONDUCT** **13A-011-007** **M C** Counts: **001** CA: **11/19/2001**

Charge 2: Counts: CA:

Charge 3: Counts: CA:

Admin: Why: TBNV1: TBNV2:

Appeal: CAPP: Type: GJCA:

Cont Dt: Why: Cont N° : **0** Dom Viol: **N**

Comment:

Case Compl: **N** Sent Prov: **N** Due:

Warr: **0** SUBP: **SUBP:** Updated: **11/29/2001**

## Sentence

### Sentence

Sent: Begin: End **0** PRB Beg:

IMP CONF: **00 00 000** SUSP CONF: **00 00 000** Total Conf: **00 00 000** Jail Cred: **00 00 000**

LICN Susp: **00 00 000** Probation: **00 00 000** PRB Rev:

### Monetary

**Cost:** **Fine Imp: 0.00** **Fine Susp: 0.00** **CVCC:** **HIS:**

**WCCS:** **MCOS:** **JFEE: 0.00** **DRGF:** **ASU:**

**PREL:** **DRUG:** **RCUP: 0.00**

**RES1: 0.00** **RES2: 0.00** **RES3: 0.00**

**RES4: 0.00** **RES5: 0.00** **RES6: 0.00**

### Confine

**PENT:** **LIFE:** **LWOP:** **DEATH:** **SPLIT:** **BOOT: 0** **EMON: 0**

**JAIL:** **CCUR:** **CSEC:** **CTERM:** **RVSPL:** **GANG: 0**

### Programs

**JDVR:** **IPROB:** **AASCH:** **DUI:** **DDC:** **CSV: 0** **SAPP:**

**PTRL:** **BCSCH:** **MNTL:** **CRO:** **ASCH:** **ANGER:** **DRUGCT:**

### Enhanced

**PROJ:** **CNOT:** **SCH:** **VDOB:** **HOOF:**

**DRUGCODE:** **MEAS:** **VOL: 0.00**

SEC/CUR:

Comment:

Bal Due: Due: CRO: Updated: **Cost: 11/29/2001**

## Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 09/28/2001 | 1:30:23 | JUDG | ASSIGNED TO: (MOE) MICHAEL O. EMFINGER (AR01) | CEC |
| 09/28/2001 | 1:30:24 | STAT | INITIAL STATUS SET TO: "B" - BOND (AR01) | CEC |
| 09/28/2001 | 1:30:25 | FILE | FILED ON: 09/28/2001 (AR01) | CEC |
| 09/28/2001 | 1:30:26 | ARRS | DEFENDANT ARRESTED ON: 09/28/2001 (AR01) | CEC |
| 09/28/2001 | 1:30:27 | BOND | BOND SET AT: $500.00 (AR01) | CEC |
| 09/28/2001 | 1:30:28 | FILE | CHARGE 01: DISORDERLY CONDUCT/#CNTS: 001 (AR01) | CEC |
| 09/28/2001 | 1:30:29 | REDT | DEFENDANT RELEASED FROM JAIL: 09/28/2001 (AR01) | CEC |
| 09/28/2001 | 1:30:30 | DAT1 | SET FOR: BENCH TRIAL ON 11/19/2001 AT 0900A (AR01) | CEC |
| 09/28/2001 | 1:32:00 | PRTY | PARTY ADDED W001 EARLLIE B LEE (AW21) | CEC |
| 09/28/2001 | 1:32:52 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | CEC |
| 11/08/2001 | 1:35:29 | SUBP | WITNESS SUBPOENA ISSUED | CEC |
| 11/09/2001 | 7:07:51 | SUBP | WITNESS SUBPOENAS ISSUED | CEC |
| 11/29/2001 | 9:45:25 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: MOE | CEC |
| 11/29/2001 | 9:45:26 | DISP | CHARGE 01 DISPOSED BY: AQUITTED ON: 11/19/2001 | CEC |
| 11/29/2001 | 9:45:27 | DISP | CHARGE 01: DISORDERLY CONDUCT /#CNTS: 001 (AR10) | CEC |
| 11/29/2001 | 9:45:28 | D001 | ENFORCEMENT STATUS SET TO: "N" (AR10) | CEC |

 END OF THE REPORT