IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>MID STATE LAND & TIMBER  )<br>COMPANY, INC., D/B/A  )<br>SEDGEFIELDS PLANTATION,  )<br>  )<br>  Defendant.  ) | CIVIL ACTION NO.:<br>2:06-CV-00405-ID-SRW |
| JEFFREY HARRIS, WILLIE BERNARD  )<br>MACK, DEMETRIUS PARHAM and  )<br>HENRY TARVER,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>MID STATE LAND & TIMBER  )<br>COMPANY, INC., D/B/A  )<br>SEDGEFIELDS PLANTATION,  )<br>  )<br>  Defendant.  ) | CIVIL ACTION NO.:<br>2:06-CV-00875-ID-CSC |

**JOINT MOTION TO CONTINUE SCHEDULING ORDER DEADLINES**

COMES NOW Defendant Mid State Land & Timber Company, Inc. ("Mid State"), by and through its undersigned counsel, and Plaintiffs Norris Foster, Jeffrey Harris, Willie Mack, Demetrius Parham, and Henry Tarver, by and through their undersigned counsel, and respectfully request that this Court continue and reset the pretrial and trial dates in *Foster v. Mid State*, 2:06-CV-00405-ID-SRW to October 1, 2007 and November 5, 2007, respectively, and extend the dispositive motion deadline in *Foster v. Mid State*, 2:06-CV-00405-ID-SRW and *Harris v. Mid State*, 2:06-CV-00875-

ID-CSC, presently set for January 5, 2007, by sixty days. In support of this Motion, the parties show unto the Court the following:

1.  The pretrial and trial dates in *Foster v. Mid State*, 2:06-CV-00405-ID-SRW, are currently set for April 5, 2007 and May 14, 2007, respectively. Initially, *Harris v. Mid State*, 2:06-CV-00875-ID-CSC, was set for pretrial in May and trial in July 2007, but due to a scheduling conflict with Plaintiff's counsel, the pretrial and trial deadlines for *Harris v. Mid State*, 2:06-CV-00875-ID-CSC, were reset by this Court's Order for October 1, 2007 and November 5, 2007, respectively.

2.  The above-styled actions have been consolidated for purposes of discovery. For simplicity, the parties proposed in their Report of Parties' Planning Meeting for *Harris v. Mid State*, 2:06-CV-00875-ID-CSC, the dispositive motion deadline set in the earlier filed case of *Foster v. Mid State*, 2:06-CV-00405-ID-SRW. As such, the dispositive motion deadline in both cases is currently January 5, 2007.

3.  The parties have diligently pursued discovery. Due to a scheduled arbitration for Plaintiff's counsel and the upcoming holidays, the first days that the *Harris* plaintiffs are available for deposition are December 19 through December 22, 2006. Defendant anticipates that testimony from the *Harris* plaintiffs may be utilized in preparation of the *Foster* summary judgment motion as well as the *Harris* summary judgment motion. Defendant cannot conduct the necessary depositions, receive the transcripts, and prepare dispositive motions by the January 5, 2007 deadline. To allow Defendant adequate time to complete the necessary discovery and prepare dispositive motions, Defendant requests a sixty day extension of the current dispositive motion deadline. Plaintiff does not oppose this extension.

4.  To allow the Court adequate time to consider the *Foster* summary judgment motion

before the parties incur the expense of trial preparation, the parties propose continuing the pretrial and trial dates in the *Foster* case. As Plaintiff's counsel has a previously scheduled trial the week of this Court's July 2007 trial term, which is the first scheduled trial term after the current setting of May 2007, the parties propose continuing the pretrial and trial in *Foster* to the Court's next scheduled term which commences on November 5, 2007.

5. The parties do not request an extension of any other deadlines in the above-styled cases.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that this Court continue the pretrial hearing in *Foster v. Mid State*, presently set for April 5, 2007, to October 1, 2007, and continue the trial of *Foster v. Mid State*, presently scheduled for May 14, 2007, to November 5, 2007. The parties further request that the dispositive motion deadline in both of the above-styled cases, presently set for January 5, 2007, be continued to March 5, 2007.

Respectfully submitted,

/s/ Jerry D. Roberson
Jerry D. Roberson
Attorney for Plaintiffs
Norris Foster, Jeffrey Harris, Willie Mack, Demetrius Parham, and Henry Tarver

**OF COUNSEL:**
ROBERSON & ROBERSON
8 Office Park Circle
Birmingham, Alabama  35223
(205) 871-1115

/s/Carter H. Dukes
Carter H. Dukes
Kimberly W. Geisler
Attorneys for Defendant
Mid State Land & Timber Company, Inc.

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

39441.1