IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:06cv405-ID |
| **MID STATE LAND & TIMBER CO., INC.,** | ) |
| **d/b/a SEDGEFIELDS PLANTATION,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the joint motion to continue scheduling order deadlines (Doc. No. 32), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

It is further CONSIDERED and ORDERED that the Uniform Scheduling Order (Doc. No. 6) entered in this case on June 14, 2006, be and the same is hereby VACATED. A new Uniform Scheduling Order is being entered contemporaneously herewith.

DONE this 27th day of November, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE