# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JEFFREY HARRIS, WILLIE BERNARD MACK, DEMETRIUS PARHAM and HENRY TARVER,**<br><br>　　**Plaintiffs**<br><br>v.<br><br>**MID-STATE LAND & TIMBER COMPANY, INC., d/b/a SEDGEFIELDS PLANTATION,**<br><br>　　**Defendant.** | **Civil Action No.:**<br><br>**2:06-cv-875-ID-CSC** |
| **NORRIS FOSTER,**<br><br>　　**Plaintiff,**<br><br>v.<br><br>**MID-STATE LAND & TIMBER COMPANY, INC., d/b/a SEDGEFIELDS PLANTATION,**<br><br>　　**Defendant.** | **Civil Action No.:**<br><br>**2:06-CV-00405-ID-SRW** |

## NOTIFICATION OF ADDRESS CHANGE

COME NOW the Plaintiffs in the above styled action, by and through their undersigned counsel of record and gives notice to the Court and opposing counsel of the following:

　　1.　　That the office of Roberson & Roberson moved their office the week of December 17, 2006.

2. That the contact information for Jerry D. Roberson will be as follows:

**New Contact Information:**
**Jerry Roberson**
***ROBERSON & ROBERSON***
**3765 Kinross Drive**
**P.O. Box 380487**
**Birmingham, Alabama 35238-0487**
**Phone Number:205.981.3906**
**Fax Number:205.981.3908**
**E-mail: jdratty@charter.net**
**tlbaker@charter.net**

WHEREFORE, Plaintiff respectfully requests this Court and opposing counsel to note the above changes and direct any future correspondence to the address and/or number(s) listed above.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238
Telephone: (205) 981-3906
Fax: (205) 981-3908
E-mail: **jdratty@charter.net**
**tlbaker@charter.net**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

                                                s/Jerry Roberson

                                                _____
                                                OF COUNSEL