IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORRIS FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv405-ID |
| | ) | |
| MID STATE LAND & TIMBER COMPANY, INC., d/b/a SEDGEFIELDS PLANTATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of plaintiff's amended objection and motion to quash non-party subpoenas (Doc. # 28), and defendant's motion to compel production (Doc. # 31), and for good cause, it is

ORDERED that the motions are GRANTED in part and DENIED in part as follows:

1.  Defendant may obtain discovery from the Union Springs Police Department and the Bullock County Sheriff's Department of plaintiff's "arrest reports, and other incident/offense reports from 2002 to present."

2.  Defendant may not obtain discovery at this time of "[a]ny and all records or documents of any nature, including photographs, audio or video tape recordings, prepared at any time that concern or relate to [plaintiff's address] or Norris Jordan a/k/a Norris Foster ..., including but not limited to, as applicable, reports of illegal activity at his address, notes, memoranda, records of communication, photographs, surveillance notes, [and] reports of suspicious activity... from 2002 to present." Defendant has failed to persuade the court that

such information is relevant to the claim or defense of any party or the subject matter involved in this action. Fed. R. Civ. P. 26 (b)(1).

DONE, this 21st day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE