IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO:** |
| ) | **2:06-CV-00405-ID-SRW** |
| **MID STATE LAND & TIMBER** ) | |
| **COMPANY, INC., D/B/A** ) | |
| **SEDGEFIELDS PLANTATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| ) | |
| **JEFFREY HARRIS, WILLIE** ) | |
| **BERNARD MACK, DEMETRIUS** ) | |
| **PARHAM, and HENRY TARVER,** ) | |
| ) | |
| **Plaintiffs,** ) | **CIVIL ACTION NO:** |
| ) | **2:06-CV-00875-ID-CSC** |
| v. ) | |
| ) | |
| **MID STATE LAND & TIMBER** ) | |
| **COMPANY, INC., D/B/A** ) | |
| **SEDGEFIELDS PLANTATION,** ) | |
| ) | |
| **Defendant.** ) | |

**JOINT MOTION TO CONTINUE**

COME NOW Plaintiffs in the above styled actions, by and through their undersigned counsel, and Mid State Land & Timber Company, Inc., Defendant in the above styled actions, by and through its undersigned counsel, and jointly move the Court to extend the dispositive motion deadline for the above styled actions through April 5, 2007 and the time for Plaintiff Roy Lee to file an Opposition to Defendant's Motion for Summary Judgment through April 9, 2007. In support thereof, the parties show unto the Court the following:

1. The current dispositive motion deadline for the above styled actions is March 5, 2007. Defendant Mid State has filed a Motion for Summary Judgment as to Plaintiff Roy Lee's claims. The Court set the time in which Plaintiff Lee has to file an opposition to that motion for summary judgment for March 8, 2007.

2. Plaintiffs in the *Harris* case filed a 30(b)(5) and (6) Deposition Notice on Defendant Mid State for a deposition to occur on February 26, 2007. Defendant Mid State timely asserted objections to the Deposition Notice and Plaintiff filed a Motion to Compel with the Court. Defendant Mid State then filed an Opposition to the Motion to Compel and a Motion for Protective Order. Magistrate Judge Coody has heard oral arguments as to Plaintiffs Motion to Compel and Defendants Motion for Protective but has not yet issued a ruling.

3. Magistrate Judge Coody's decision with respect to the pending motions may impact the evidence that might be presented to the Court with respect to dispositive motions that have been and will be filed in these cases. (The issue before Judge Coody is as to discovery of potential alleged comparators to Plaintiffs.)

4. The parties believe that for the sake of judicial economy and to ensure an orderly briefing schedule with respect to the dispositive motions that an extension of time would be appropriate.

5. The parties do not anticipate that this extension of time will impact the pretrial or trial dates for these actions.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant respectfully request that the Court extend the dispositive motion deadline from March 5, 2007 to April 5, 2007 as to both actions and allow Plaintiff Roy Lee through April 9, 2007 to file an opposition to the pending Motion for Summary Judgment as to him.

Respectfully submitted,

/s/ Jerry D. Roberson
Jerry D. Roberson
Attorney for Plaintiffs
Norris Foster, Roy Lee,
Willie Bernard Mack, Demetrius Parham,
and Henry Tarver

**OF COUNSEL:**
ROBERSON & ROBERSON
3765 Kinross Drive
Birmingham, Alabama 35238-0487

/s/ Carter H. Dukes
Carter H. Dukes
Kimberly W. Geisler
Attorneys for Defendant
Mid State Land & Timber Co., Inc.,
d/b/a Sedgefields Plantation

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

40293.1