# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:06cv405-ID |
| **MID STATE LAND & TIMBER CO., INC.,** | ) |
| **d/b/a SEDGEFIELDS PLANTATION,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Before the court is a joint motion to continue, filed February 23, 2007 (Doc. No. 38), by Defendant Mid State Land & Timber Co., Inc., and Plaintiffs in civil actions numbers 2:06cv405 and 2:06cv875. Upon CONSIDERATION thereof, it is ORDERED that said motion be and the same is hereby GRANTED and that the dispositive motion deadline be and the same is hereby EXTENDED to and including April 5, 2007.

Done this 26th day of February, 2007.

                                      /s/ Ira DeMent
                                    SENIOR UNITED STATES DISTRICT JUDGE