**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **NORRIS FOSTER,** ) | |
| ) | |
| ) | **CIVIL ACTION NO.:** |
| Plaintiff, ) | **2:06-CV-00405-ID-SRW** |
| ) | |
| v. ) | |
| ) | |
| **MID STATE LAND & TIMBER** ) | |
| **COMPANY, INC., D/B/A** ) | |
| **SEDGEFIELDS PLANTATION,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO
PLAINTIFF NORRIS FOSTER'S CLAIMS**

COMES NOW Defendant Mid State Land & Timber Company, Inc. (hereafter referred to as "Mid State" or "Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Court for summary judgment dismissing Plaintiff Norris Foster's claims against Defendant with prejudice on the basis that there are no genuine issues of material fact and Defendant is entitled to judgment as a matter of law. Further, as there is no just reason for delay, Defendant respectfully requests that this Court render a final judgment in favor of this Defendant as to Plaintiff Norris Foster pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant relies on its supporting brief and the exhibits and affidavits filed therewith, as well as the pleadings and other papers filed in this action.

Respectfully submitted,


  /s/Carter H. Dukes  
Carter H. Dukes
Kimberly W. Geisler
Attorneys for Defendant
Mid State Land & Timber Company, Inc.

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203
(205) 251-2300

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon counsel of record by placing a copy of same in the United States mail, first class postage prepaid and addressed as follows:

>Jerry D. Roberson, Esq.
>Roberson & Roberson
>3765 Kinross Drive
>P.O. Box 380487
>Birmingham, Alabama 35238-0487

>Albert H. Adams, Jr., Esq.
>Irby Law Firm, LLC
>Post Office Box 910
>Eufaula, Alabama 36072

  DONE this the 5th day of April, 2007.

>        /s/Carter H. Dukes
>              Of Counsel

40568