

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, <br> WILLIE BERNARD MACK, <br> DEMETRIUS PARHAM and <br> HENRY TARVER, <br><br> Plaintiffs, <br><br> vs. <br><br> MID STATE LAND & TIMBER <br> COMPANY, INC., D/B/A <br> SEDGEFIELDS PLANTATION, <br><br> Defendant. | CIVIL ACTION NO.: <br> 2:06-CV-00875-ID-CSC |

AFFIDAVIT OF DAVID CARROLL

STATE OF ALABAMA )
COUNTY OF BULLOCK )

Before me, the undersigned notary public in and for said county and state, personally appeared David Carroll, who being known to me and who being first duly sworn, deposes oath and states as follows:

1. My name is David Carroll. I am over the age of nineteen years and am suffering from no legal disability. I am currently the general manager for Sedgefields Plantation (Sedgefields") which is owned by Tolleson Land & Timber. I was previously employed by Mid State Land & Timber Company, Inc. ("Mid State") from April 2005 through May 19, 2006 as the general manager for Sedgefields before the plantation was purchased by Tolleson. This affidavit is based upon my personal knowledge.

2. Mid State owned, until its sale in May 19, 2006, Sedgefields. It is my understanding that Sedgefields was developed by the Maytag family in the early 1930's and has a rich tradition for quality quail hunting. As a testament to this tradition, Sedgefields continues to host the National Amateur Free For All Championship for bird dogs.

3. Despite its fabled quail hunting past and its continued association with National Field Trials, the Sedgefields property for several years prior to my employment at Sedgefields had not been properly cultivated and managed for wild quail covies, resulting in a reduction in its wild quail population and creating a lack-luster quail hunting experience. It is my understanding from speaking with people who had previously hunted the property that Mid State was utilizing "put and take birds" for its quail hunts for several years prior to my arrival. That is, Mid State was putting pen raised birds in the fields at pre-determined locations to be hunted later that day. Hunting "put and take" birds does not create as much of an enjoyable quail hunting experience as hunting pre-released birds (i.e. birds that have been released months in advance) or birds from preexisting wild covies. Mid State, prior to my arrival, had begun to lose its luster as a renown quail hunting destination.

4. To remedy this problem, Mid State sought to hire as a quail operations manager someone with significant experience in quail hunting operations, dog training and handling, and land cultivation for wild quail covies. I was in charge of finding a quail operations manager for Mid State and was responsible for the hiring of Joel Norman ("Norman") as the quail operations manager for Sedgefields. Mid State hired Norman from the Mill Pond Plantation in Thomasville, Georgia, an area renown around the world for superior quail hunting, to cultivate and manage the land at Sedgefields for wild quail habitation and to return Sedgefields to its former prominence as a top rate quail hunting destination. Norman told me that it would take $70,000 to leave Mill Pond and to come to Sedgefields. We hoped that Norman's quail hunting customers from Mill Pond would

follow him to Sedgefields and increase our customer base. I recommended to Mid State that Mid State pay Norman $70,000. Prior to coming to Sedgefields, Norman had twenty-seven years of bird dog training and handling experience and twenty-four years of experience of working on quail hunting operations, the last seven years of which he was the plantation manager. In addition to his work experience, Norman had a two year associate degree in wildlife management.

5.  While Roy Lee ("Lee") was a good employee, he did not have the quail hunting experience, the bird dog training and handling experience, the wildlife management and cultivation experience, or education that I was looking for in a quail operations manager. I thought that Norman was more qualified for the quail hunting operations manager position than Lee. Further, it was a priority for Sedgefields to rejuvenate its quail hunting tradition. Sedgefields did not have with deer hunting the long tradition and reputation that it had in quail hunting, and the deer operations at Sedgefields did not need the overhaul that the quail hunting operations required at that time. The quail operations manager position and the deer operations manager position require different qualifications and experiences and have different job duties and responsibilities.

FURTHER AFFIANT SAITH NOT.

Executed this 7th day of February, 2007.

_____
David Carroll

STATE OF ALABAMA    )
                    :
COUNTY OF BULLOCK   )

I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that David Carroll whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that being informed of the contents of the said instrument, ____ executed the same voluntarily on the day the same bears date.

GIVEN under my hand and seal this 7 day of Feb, 2007.

[NOTARIAL SEAL]

_____
Notary Public

Print Name Denise Pierce

My Commission Expires: 9/20/08