

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS,<br>WILLIE BERNARD MACK,<br>DEMETRIUS PARHAM and<br>HENRY TARVER,<br><br>  Plaintiffs,<br><br>vs.<br><br>MID STATE LAND & TIMBER<br>COMPANY, INC., D/B/A<br>SEDGEFIELDS PLANTATION,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.:<br>)  2:06-CV-00875-ID-CSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SECOND AFFIDAVIT OF DAVID CARROLL

STATE OF ALABAMA     )
                     :
COUNTY OF BULLOCK    )

Before me, the undersigned notary public in and for said county and state, personally appeared David Carroll, who being known to me and who being first duly sworn, deposes oath and states as follows:

  1.   My name is David Carroll. I am over the age of nineteen years and am suffering from no legal disability. I am currently the general manager for Sedgefields Plantation ("Sedgefields") which is owned by Tolleson Land & Timber. I was previously employed by Mid State Land & Timber Company, Inc. ("Mid State") from April 2005 through May 19, 2006 as the general manager for Sedgefields before the plantation was purchased by Tolleson. This affidavit is based upon my personal knowledge.

  2.   Horses were brought back to the barn in preparation for hunting season in late

September or early October 2005. Other than myself, Joel Norman, the quail operations manager, and Denise Pierce, the office manager, there were no other white employees at Sedgefields from September 27, 2005, when William Beckwith was terminated, until November 21, 2005.

3. When I was hired to work for Mid State in April 2005, my first months were spent assessing the more twenty square miles of property to ascertain what needed to be done with the property. While making this assessment, I utilized the existing staff and did not make any new hires except for my hiring of Corey Balkcam. Mr. Balkcam was hired in May 2005, at the request of Roy Lee, to meet the immediate need for assistance with mowing the fields and handling ground maintenance in the coming summer months. I based my hiring decisions for Mid State upon what I believed to be Mid State's immediate needs at the time and an individual's ability to meet those needs. Mr. Balkcam worked a couple of weeks and then quit. After Mr. Balkcam quit, I hired Henry Tarver in June 2005 to perform ground maintenance. William "Brother Man" Beckwith was hired on July 25, 2005 to work as a laborer and night watchman. On September 6, 2005, I hired Jeffrey Harris. Shortly thereafter, on September 19, 2005, Joel Norman was hired to be the quail operations manager. A week or so after Mr. Norman was hired, I terminated the employment of Mr. Beckwith. On or about November 21, 2005, I hired Joseph May and Will Hubbard. Norris Foster was terminated on December 28, 2005. On December 29, 2005, Mr. May voluntarily quit and Mr. Harris was injured and never returned to work at Sedgefields. Chance Hamm was hired in January 2006 to work at Sedgefields. After Mr. Hamm's hiring in January 2006, Mid State did not hire any new employees for Sedgefields.

4. None of the white employees at Sedgefields who were hired in late 2005 received a pay raise in 2006. All of the black employees received a raise on January 1, 2006, including Willie "BB" Mack who received a raise to $8.00 per hour (from his previous rate of $7.50 per hour) and Jeffrey Harris, Henry Tarver, and Demetrius Parham who received raises to $7.50 per hour.

5. Mid State has never retained an employee who, like Norris Foster, failed to perform assigned tasks, failed to follow directives about performance, ignored the procedures and policies concerning tips, and displayed a negative attitude.

FURTHER AFFIANT SAITH NOT.

Executed this 3rd day of April, 2007.

_____
David Carroll

STATE OF ALABAMA )
                 :
COUNTY OF BULLOCK )

I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that David Carroll whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that being informed of the contents of the said instrument, ____ executed the same voluntarily on the day the same bears date.

GIVEN under my hand and seal this 3rd day of April, 2007.

[NOTARIAL SEAL]

_____
Notary Public

Print Name Ronda G. Keisre

My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT L
MY COMMISSION EXPIRES: Apr 30,
BONDED THRU NOTARY PUBLIC UNDERWRI

40459