

# FREEDOM COURT REPORTING

Page 1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3    NORTHERN DIVISION

4

5    CASE NUMBER:  2:06-CV-875-ID

6    JEFFREY HARRIS, et al.,                    **COPY**

7    Plaintiffs,

8    vs.

9    MID STATE LAND & TIMBER CO., INC.,

10   d/b/a SEDGEFIELDS PLANTATION,

11   Defendant.

12

13   S T I P U L A T I O N

14   IT IS STIPULATED AND AGREED by and

15   between the parties through their respective

16   counsel, that the deposition of Roy Lee may

17   be taken before Angela Smith, RPR, CRR, at

18   the offices of John W. Waters, Jr., at 214

19   North Prairie Street, Union Springs, Alabama

20   36089, on the 18th day of January, 2007.

21

22   DEPOSITION OF ROY LEE

23

# FREEDOM COURT REPORTING

Page 78

1    Q.    Okay.  I want to go back a

2   little bit in time, back when David Carroll

3   came to Sedgefields and became the

4   plantation manager.  And I think we've

5   established you don't remember the exact

6   date.

7    A.    Correct.

8    Q.    But I think you agreed with me

9   that April of 2005 sounded about right; is

10  that right?

11   A.    Correct.

12   Q.    Okay.  Right before David came

13  there, tell me who all was working at

14  Sedgefields.

15   A.    Before David Carroll came --

16   Q.    And I'm talking about the day

17  before he came.

18   A.    Oh, just that day?

19   Q.    Or the week before.

20   A.    Not about the year before?

21   Q.    No.  The day or week before.

22   A.    Okay.  The day before, let me

23  see.  Norris Foster -- Myself, Norris

# FREEDOM COURT REPORTING

1   Foster.

2          Q.      Wait a minute.  Hold on.

3   Norris Foster, you.

4          A.      Denise Pierce, Demetrius

5   Parham, Willie Mack, Katie Mae Woods, I

6   think, Brenda Tarver.  I think that's it.

7          Q.      Seven people, what I counted

8   out?

9          A.      Correct.  Norris, me, Denise,

10  BB, Demetrius, Katie, Brenda, correct.

11         Q.      Okay.  And BB is Willie Mack;

12  right?

13         A.      Correct.

14         Q.      Okay.  Brenda Tarver and Katie

15  Woods, they were working at the lodge, were

16  they not?

17         A.      Correct.

18         Q.      Were they doing the cooking

19  and cleaning?

20         A.      Cooking and cleaning.

21         Q.      And they're --

22                 (Off-the-Record discussion

23                  was held.)

## FREEDOM COURT REPORTING

Page 80

1       Q.     Katie Mae Woods and Brenda

2   Tarver, they're black; right?

3       A.     Correct.

4       Q.     Okay.  Denise Pierce was the

5   only white person out there at the time?

6       A.     At the time.

7       Q.     At that time?

8       A.     Correct.

9       Q.     And Denise, what was she doing

10  at that time?

11      A.     Secretary.

12      Q.     Okay.  She was doing all the

13  paperwork in the office; right?

14      A.     Correct.

15      Q.     All right.  What was Demetrius

16  doing at that time?

17      A.     At that time --

18      Q.     The day before David Carroll

19  got there.

20      A.     The exact thing what he was

21  doing?  I don't -- I know what his job

22  performance was.

23      Q.     What was his job duties at

# FREEDOM COURT REPORTING

Page 81

1   that time?

2          A.       Okay, then.  Cutting grass,

3   Weedeating.

4          Q.       Anything else?

5          A.       Picking up limbs.

6          Q.       Okay.  He was primarily --

7          A.       A labor worker.  We'll put it

8   that way.

9          Q.       -- a labor worker.  And he was

10  primarily working around the lodge; right?

11         A.       Around the lodge.  Sometimes I

12  get him to bring, if I need fertilizer, dog

13  feed, stuff like that, little stuff like

14  that.

15         Q.       Okay.  Doing some fetching?

16         A.       Correct.

17         Q.       And he didn't operate heavy

18  machinery at that time, he was just doing a

19  riding lawn mower and Weedeating, wasn't he?

20         A.       Weedeating.  And we had a

21  finishing mower, smaller tractor.

22         Q.       Massey Ferguson?

23         A.       Yeah.

# FREEDOM COURT REPORTING

Page 82

1      Q.      A little, small tractor,

2  Massey Ferguson?

3      A.      Right.

4      Q.      Not a big tractor --

5      A.      Not a big tractor.

6      Q.      -- that you use to pull

7  choppers or Bush Hogs with?

8      A.      Correct.  Correct.

9      Q.      All right.  What was Willie

10 Mack or BB, what was he doing at that time?

11 And that time, again, is, you know, the day

12 before, a week before, David Carroll came to

13 Sedgefields.

14     A.      Generally the same thing that

15 Demetrius was doing.  He was doing the same

16 thing that Demetrius was doing.

17     Q.      Okay.  Was he driving a Bush

18 Hog or anything -- I mean, pulling a Bush

19 Hog, driving a bigger tractor?

20     A.      Not at that time.

21     Q.      Okay.  All right.  What about

22 Norris Foster, what was he doing at that

23 time?

## FREEDOM COURT REPORTING

Page 83

1     A.      Cutting -- Bush Hogging.

2     Q.      Okay.  Now, Norris was driving

3  a bigger tractor?

4     A.      Bigger tractor.

5     Q.      Were y'all chopping at that

6  time, in April?

7     A.      At that time, we was planting

8  milo strips at that time, strips for the

9  birds at that time, Bush Hogging rows.

10     Q.      Okay.  And I guess maybe fire

11  lanes, too?

12     A.      Some, yeah.

13     Q.      What were you doing at that

14  time?

15     A.      Basically, the same thing.

16     Q.      Okay.

17     A.      Bush Hogging.

18     Q.      Bush Hogging and planting?

19     A.      Planting.  Making sure they do

20  their jobs.

21     Q.      Okay.  Now, in April, had

22  y'all released the horses out to the field

23  yet?

# FREEDOM COURT REPORTING

Page 84

1        A.        What you mean?

2        Q.        My understanding is that

3  during the summertime, the horses, for the

4  most part, stay out in the fields.

5        A.        Yeah.

6        Q.        Or out in the pasture.

7        A.        Correct.

8        Q.        And then when it gets closer

9  to the hunting season, September, October,

10 you start bringing the horses in to get them

11 ready for the hunts, and also because the

12 weather, you know, starts turning a little

13 cold and you get worse weather?

14       A.        Depends on whether Matt or

15 Susan, one, will come out and ride.  Then we

16 had to go to the pasture to get them and

17 bring them up to the barn.

18       Q.        Okay.  Yeah.

19       A.        Just for them.

20       Q.        For the personal riding

21 horses, you might want to bring those horses

22 in?

23       A.        Four horses in, yeah.

# FREEDOM COURT REPORTING

Page 85

1  Q.      And get them ready for riding?

2  A.      Right.

3  Q.      Okay.  But for the most part,

4  the horses that you use for the bird hunts

5  and so forth --

6  A.      They stay in the big pasture.

7  Q.      -- they stay in the big

8  pasture --

9  A.      Correct.

10  Q.      -- until right before the

11  hunting season starts?

12  A.      At least about a month,

13  because we had to work them and get them in

14  shape.

15  Q.      Yeah.  Okay.

16  A.      At least about a month, yeah.

17  Q.      And then when it gets to

18  summertime, you release them back out in the

19  pasture; right?

20  A.      Yeah.  We take shoes -- The

21  horse shoes off, the ones that -- I make

22  sure, I call Susan and make sure how many

23  she want to leave up.  She said:  Roy, maybe

# FREEDOM COURT REPORTING

Page 86

1    four, no more than four.

2         Q.      Okay.  I didn't even know

3    that.  I don't know anything about horses.

4    So during the summertime, if they're not

5    going to be -- no one is going to be riding

6    them, you take the shoes off?

7         A.      Yeah.  Take them off of

8    everything, yeah.

9         Q.      When does that start in the

10   year?  So, right before David got there,

11   were the horses already out in the field,

12   for the most part, and the shoes off?

13        A.      In the pasture, correct.

14        Q.      In the pasture?

15        A.      Correct.  Big pasture, yeah.

16        Q.      Okay.

17        A.      All but four, four or three

18   was at the main barn.  Correct.

19                     (Off-the-Record discussion

20                     was held.)

21        Q.      Okay.  All right.  I have the

22   hire date for Norris Foster as February 8,

23   2005.  Do you have any reason to dispute

# FREEDOM COURT REPORTING

Page 87

1    that?

2         A.      Rehire?

3         Q.      Yeah.  Rehire.

4         A.      Correct.

5         Q.      And you hired him on that

6    occasion?

7         A.      Correct.

8         Q.      So, he had been there, you

9    know, two months before David got there?

10        A.      Correct.

11        Q.      And then after David got

12   there, my understanding is the first hire to

13   work out at Sedgefields was Brother Man?

14        A.      Correct.

15        Q.      And I've got him being hired

16   July 25, 2005.

17        A.      No.  Henry Tarver.

18        Q.      Henry Tarver.

19        A.      I brought him in before

20   Brother Man.

21        Q.      You're right.  That was June

22   7, 2005?

23        A.      Yeah.

# FREEDOM COURT REPORTING

Page 91

1    Q.       Okay.  Do you know how

2  Mr. Carroll knew Brother Man before he hired

3  him?  Have you ever heard?

4        A.       I think David said he -- that

5  he -- he cooks for the Little League

6  Baseball, something like that, in Auburn or

7  Tuskegee.  I don't know.

8        Q.       Did Mr. Carroll know his

9  family?

10       A.       I don't know.

11       Q.       Okay.  You didn't know

12  anything about that?

13       A.       Huh-uh.

14       Q.       Then the next hire is Jeff

15  Harris, I've got, on September 6, 2005.

16  Does that sound about right for you?

17       A.       He was the next hire, yeah.

18       Q.       Okay.  And so now we're up to

19  when Jeff Harris was hired, we're up to --

20  Let's see.  We've got Henry Tarver, Brother

21  Man, and Harris, we're up to ten employees

22  now; is that right?  If we were at seven

23  right before, we've got ten employees, plus,

# FREEDOM COURT REPORTING

Page 93

1  in the other horses?

2       A.      No.   When Joel Norman was

3  hired, we pulled the horses off the big

4  pasture and brought them up.

5       Q.      Okay.   And I've got his hire

6  date -- I think it was sometime a little bit

7  later in September of 2005; is that about

8  right?

9       A.      The same month, the 19th, a

10  week or two later.

11       Q.      Okay.   And that's when y'all

12  started bringing the horses in from the

13  pasture?

14       A.      Right.   The rest of them.

15  Because four was already up there.

16       Q.      Okay.   The rest of the horses?

17       A.      Correct.

18       Q.      So, when the rest of the

19  horses -- Well, who was cleaning out the

20  barn --

21       A.      With the four horses up there?

22       Q.      -- with the four horses up

23  there?

## FREEDOM COURT REPORTING

Page 94

1    A.    With the four horses up there,

2   we weren't riding the horses. I had BB or

3   Norris feeding the horses on the outside.

4   We've got a cradle on the outside where they

5   were feeding. So the barn stay clean. They

6   were always on us about the barns, so we had

7   to keep it clean.

8    Q.    Okay. So, who was cleaning

9   the barn?

10    A.    Wasn't nobody cleaning the

11   barn at that time.

12    Q.    Okay.

13    A.    Because there wasn't no need,

14   there wasn't no horses in there.

15    Q.    Okay. All right. And then

16   when the horses -- When you brought the

17   horses in, who started cleaning out the

18   barn?

19    A.    BB, Norris and Jeff.

20    Q.    Okay.

21    A.    I even had Demetrius clean it

22   every now and then. Depending on the grass.

23    Q.    Okay. So, that's what those

## FREEDOM COURT REPORTING

Page 97

1    Q.     Okay.

2    A.     Not before.

3    Q.     Right.

4    A.     That's with Joel Norman.

5    Q.     Right.

6    A.     They clean horses -- We had

7  them clean -- Depend on the weather.  When

8  Joel came, they brought all the horses in

9  the barn.

10   Q.     Okay.

11   A.     So Joel was doing it different

12  from the way I was doing it.  He would bring

13  the horses in and let them feed them in the

14  barn.  But for me, we had three troughs out

15  there, I'd feed them on the outside, unless

16  we was going to ride.

17          But he would bring them in the

18  barn and leave them in the barn all night.

19  We wouldn't leave no horses in the barn,

20  standing on cement like that.  And so I

21  wasn't over that department, so I don't

22  know.

23   Q.     All right.  That's why you

# FREEDOM COURT REPORTING

1    weren't using cedar shavings?

2        A.      Correct.

3        Q.      Because you weren't keeping

4    them in overnight?

5        A.      Overnight.  Correct.

6        Q.      Okay.  But when Mr. Norman

7    came onboard, he started keeping them in

8    overnight?

9        A.      Correct.

10       Q.      And so he had to have the

11   cedar shavings to make it --

12       A.      To stand on the concrete.

13       Q.      -- where the horses wouldn't

14   stand on the concrete?

15       A.      Correct.

16       Q.      All night long?

17       A.      Especially with their shoes

18   on.

19       Q.      Right.

20       A.      Yeah.

21       Q.      Okay.  So, when Mr. Norman

22   came and he started keeping the -- I just

23   want to make sure the Record is clear.  When

## FREEDOM COURT REPORTING

1  he started keeping the horses in overnight,

2  who, again, was cleaning out the barn when

3  they first started?

4          A.        When Joel -- Let me back up.

5  Okay.  Before they hired Joel Norman, the

6  horses was in the main pasture.

7          Q.        Right.

8          A.        Okay.  We kept four horses put

9  up at the main barn.  We got two different

10  pastures -- three different pastures.

11          Q.        Okay.

12          A.        But at the horse barn, we've

13  got a pasture right around the horse barn.

14  We kept four horse right there.  We would

15  feed them on the outside.  If Susan call me

16  two -- a couple of days ahead of time, I'll

17  leave a message.  We'll come and we'll clean

18  the horses, bathe them up and put them in

19  the barn.  We put hay down and let them

20  stand on hay all night.  All right.  Other

21  than that, they'll stay on the outside.

22                  So Norris, Demetrius -- And BB

23  was cleaning because Jeff wasn't there at

# FREEDOM COURT REPORTING

Page 102

1    MR. ADAMS:  You've got Norris,

2  Roy, Denise, Demetrius, BB, Katie Mae Woods,

3  Brenda Tarver, Henry Tarver, then Brother

4  Man and Beckwith, and then Jeffrey Harris

5  and then Joel Norman and then David Carroll.

6    THE WITNESS:  Correct.

7    Q.    So, when Norman is hired,

8  you've got twelve people working out at

9  Sedgefields; is that right?

10    A.    Correct.

11    Q.    Brother Man is fired shortly

12  after Norman gets there; is that about

13  right?

14    A.    Correct.  Correct.

15    Q.    So, you're back down to

16  eleven; is that right?

17    A.    Correct.

18    Q.    And then Joseph Mays and Will

19  Hubbard are hired on November 21, 2005.  Do

20  you have any reason to dispute that date?

21    A.    Correct.  I do.

22    Q.    Oh, you do dispute that?

23    A.    I do dispute that, because,

## FREEDOM COURT REPORTING

Page 103

1    see, when Will Hubbard and Joseph Mays was

2    hired, they was hired -- they told me they

3    wasn't.

4              I come to David at the field

5    trial after they hired, I said:  Who is the

6    guys that Norman was interviewing up there?

7    He said:  Those are some guys he might want

8    to let them work on the weekend.  But, also,

9    David, you told me that Sara Hall wasn't

10   doing no hiring right then at that time, she

11   wouldn't let you hire.

12             So me knowing them two guys --

13   I was at the office when they pulled up.

14   They said:  Well, Roy -- They didn't know my

15   name, they saw it on my shirt, they said:

16   We come after paperwork.  I said:  Some

17   paperwork?  I said:  Are you come looking

18   for application?  They said:  No.

19             I said:  What you need?  They

20   said:  We come to sign up.  We already got

21   the job.  I said:  Really?  I said:  Oh, I

22   thought they wasn't hiring.  I said:  But I

23   don't know, I'll call Denise.

## FREEDOM COURT REPORTING

Page 104

1        So I called Denise and told

2   her.  She said:  Well, tell them I'll meet

3   them down there.  I left it like that there.

4        Q.    Okay.  I understand --

5        A.    I don't know the exact date

6   they was hired, I really don't.

7        Q.    Okay.

8        A.    My understanding, we wasn't

9   supposed to be hiring anybody.

10       Q.    I understand.  You don't have

11   any reason to dispute, do you?  -- I mean,

12   you don't know when they started getting

13   paid, do you?

14       A.    Who?

15       Q.    Will Hubbard and Adam or

16   Joseph Mays.

17       A.    Whatever David say.  I don't

18   know.

19       Q.    Okay.  All right.  Are you a

20   good coon hunter?

21       A.    I think so.

22       Q.    Why are you a good coon

23   Hunter?