

**FREEDOM COURT REPORTING**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER: 2:06-CV-875-ID

JEFFREY HARRIS, et al.,

    Plaintiffs,

vs.

MID STATE LAND & TIMBER CO., INC.,

d/b/a SEDGEFIELDS PLANTATION,

    Defendant.

ORIGINAL

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of Jeffrey Harris may be taken before Angela Smith, RPR, CRR, at the offices of John W. Waters, Jr., at 214 North Prairie Street, Union Springs, Alabama 36089, on the 16th day of January, 2007.

DEPOSITION OF JEFFREY HARRIS

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 37

1  Q. In other words, worker's comp
2  insurer is not paying for your current
3  medical treatment?
4  A. Right.
5  Q. Okay. And when did you settle
6  that worker's comp case?
7  A. I can't remember the exact
8  dates, but it was sometime in late 2002 or
9  early 2003.
10  Q. Okay. What was your next job
11  after Winn Dixie?
12  A. At Mid State Land and Timber.
13  Q. Okay. And when did you start
14  working there?
15  A. I believe it was, like,
16  September.
17  Q. September 6, 2005?
18  A. Something like that.
19  Q. And then you got hurt again,
20  like, December 30, 2005; is that right?
21  A. Yes.
22  Q. And you filed a worker's comp
23  claim with regards to that injury; correct?

**FREEDOM COURT REPORTING**

Page 40

1   Q.   Okay.  When did that stop?
2   A.   Maybe two months ago, three.
3   Q.   Okay.  I don't know anything
4  about worker's comp.  I know a little bit
5  about a Volkman machine, but I don't know
6  anything about workman's comp.  Why did it
7  stop?
8   A.   Well, one of the doctors that
9  I was going to see released me back to
10 preinjury status.
11  Q.   Okay.
12  A.   Basically saying that there, I
13 guess, wasn't nothing else he could do for
14 me.
15  Q.   Okay.  And who was that?
16  A.   Dr. Pirofsky.
17  Q.   Where is he located?
18  A.   In Montgomery.
19  Q.   Have you worked anywhere since
20 December 30, 2005?
21  A.   No.
22  Q.   Have you been drawing -- Since
23 your worker's comp stopped, have you been

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

Page 117

1   A.   No.
2   Q.   Okay.
3   A.   Brother Man didn't do nothing.
4 Not a blooming thing.
5   Q.   He got fired, didn't he?
6   A.   I think so.
7   Q.   In fact, he got fired right
8 around or soon after you put the --
9   A.   Joel got there.
10  Q.   -- Joel got there and y'all
11 put the horses in the stalls -- in the barn?
12  A.   Yeah.
13  Q.   Okay.  So, he really didn't
14 have an opportunity to clean out the barn,
15 or he didn't have much of an opportunity;
16 right?
17  A.   Right, right.
18  Q.   After you left, do you know
19 who cleaned out the barn?  You and Norris
20 were gone, do you know who cleaned out the
21 barn?
22  A.   No.  I have an idea, though.
23       MR. ROBERSON:  Just answer