

## Declaration

My name is Roy Chester Lee. I am over the age of 19 yrs and am suffering from no legal disability. I started working at Sedfields sometime in 2000, earning $6.50/hr. Before working at Sedfields, I worked at Columbus Mills. Before working at Sedgefields, I had experience working with horses, tractors, and deer hunting. I did not have any prior experience with quail hunting. I was trained as to quail hunting at Sedgefields by Hunter McDuffie. I later managed the quail hunts and deer hunts. I later got a raise to $10.00/hr and helped run Sedgefields during a time when there were several managers. Sometimes I was the only one to manage Sedgefields for months at a time. I asked to be put on salary and Mid State would not do it. Mid State later put on a salary earning $40,000 a year.

I have personal knowledge of some of Norris Foster's work performance issues during the first time he worked at Sedgefields. These issues include saying that he fixed the plumbing in the barn when he did not and stealing traps, dog feed, and birds.

In 2005, I hired Norris Foster back

0196    CONFIDENTIAL
DEFENDANT'S PRO

## DECLARATION

at Sedgfields at 6.50 hr. I did not have any problems with Norris Foster at this time, and I told him that if he stole anything again I would fire him immediately. I told him you know what's in your record and he said "yes." When Joel Norman began working at Sedgfields, Norris Foster worked under him. Norris complained about Joel and Joel complained about Norris. However, I did not personally observe any performance issue involving Norris Foster. I have never heard anyone use a racial slur. The only thing that I have observed that might be discrimination as to me is my pay difference with Joel Norman, because I was doing both jobs for a period of time before Joel Norman started working at Sedgfields. I have not complained to my new employer about this pay difference.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of August, 2006

CONFIDENTIAL
0197 DEFENDANT'S PRO