H

# The Peble Corp.

## EMPLOYMENT APPLICATION

PLEASE PRINT ANSWERS TO THE FOLLOWING QUESTIONS CAREFULLY AND IN INK. TO BE CONSIDERED FOR EMPLOYMENT, ALL ITEMS MUST BE COMPLETED, INCLUDING SIGNATURE. THIS APPLICATION IS VALID FOR 30 DAYS. IF YOU WISH TO BE CONSIDERED FOR EMPLOYMENT AFTER THIS APPLICATION EXPIRES, THEN YOU MUST RE-APPLY.

NAME: Norris Foster
ADDRESS: P.O. Box 253
CITY: Midway   STATE: Ala.   ZIP: 36053
TELEPHONE NUMBER
Home #: (334) 355-8505
Daytime #: (334) 529-3260
SOCIAL SECURITY NUMBER: 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

**EMPLOYMENT INTERESTS:**

Type of work desired: Anything Available
Full Time: 7:00 am - 7:00 pm   Part Time: ___   Temporary: ___
Starting pay expected: $7 hour
Date Available to start: Today

**IF APPLICABLE:**
Are you willing to travel? Yes   If yes, what percentage of the time: Whenever
Would you be willing to relocate? Yes

Would you object to:   Irregular work hours ☒ YES ☐ NO   Night work ☒ YES ☐ NO
Swing or fluctuating shift work ☐ YES ☐ NO

**SPECIAL SKILLS** - COMPLETE IF APPLICABLE TO THE POSITION FOR WHICH YOU ARE APPLYING:

Skill: Tractor driver   Experience: 20 yrs.
Skill: Training dog   Experience: 20 yrs
Skill: Bull~~~~ cozen   Experience: 20 yrs

Please discuss other specialized skills you feel are pertinent to the job for which you are applying ___

**UNITED STATES MILITARY SERVICE STATUS:**
Past Military Service - FROM ~~~~ 77   TO 83
Branch: Army   Rank on discharge: E-4   Present Status: ___
List duties and special training ___

CONFIDENTIAL
DEFENDANT'S PROD.   0001

Do you have a valid, active driver's license?   ☐ YES   ☒ NO   Issuing State ~~Al~~

Drivers License #_____ Class of License_____

How long have you been a resident of this City 4 yrs   State Alabama

How long at your present address? 3 yrs.   Give previous address if less than one year at present

address P.O. Box 263 - Midway

Are you over the age of 18?  ☒ YES  ☐ NO   If hired can you provide proof of age?  ☒ YES  ☐ NO

**EMPLOYMENT DATA:**

Have you ever been employed by this company before?  ☒ YES  ☐ NO   If yes, please give dates of employment, position employed, and reason for leaving  Training dog, Tractor driver   lay-off

Please list all jobs (if not listed above), beginning with your present or last employer and working backwards to earlier positions. Account for all periods, including unemployment, self-employment, and military service. If additional space is needed, please list on a separate page or on the back of this form.

#1 DATES - From _____ to _____

Company Name, City, and State  Frogg Pond Turf

Supervisor's Name/Title  Al Davis

Phone # _____   May we contact? _____   SALARY - Start $7.50  End $9.50

Reason for leaving?  Work got to slow - lay off   Final position with the company  Tractor driver

#2 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____

Phone # _____   May we contact? _____   SALARY - Start _____ End _____

Reason for leaving? _____   Final position with the company _____

#3 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____

Phone # _____   May we contact? _____   SALARY - Start _____ End _____

Reason for leaving? _____   Final position with the company _____

CONFIDENTIAL
DEFENDANT'S PROD.  000:

#4 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____

Phone # _____ May we contact? _____ SALARY - Start _____ End _____

Final position with the company _____

Reason for leaving? _____

#5 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____

Phone # _____ May we contact? _____ SALARY - Start _____ End _____

Final position with the company _____

Reason for leaving? _____

PERSONAL REFERENCES (Not Former Employers or Relatives)

| Name and Occupation | Address | Phone Number |
|---|---|---|
| Ben Jordan | | 529-3260 |
| Brendra Turner | | 529-3887 |

The Peble Corp. is an Equal Opportunity Employer which endeavors, pursuant to all applicable Federal and State Laws, to give every applicant for employment, and every employee, equal consideration in all matters relating to employment, without regard to race, color, sex, age, religion, national origin, citizenship and disability.

By my signature below, I certify the facts set forth in this application for employment are true and complete to the best of my knowledge and belief, and I agree you may investigate my statements. I agree to permit all past employers to give any information concerning me and release them from liability in furnishing such information. I understand that my employment and, if employed, my continued employment, is conditional upon my participating in and clearing such security examinations or investigations as may be deemed advisable by the company. I agree to participate in such examinations and investigations when requested to do so by the company, and agree that the company shall be held harmless and free from liability in connection with any security examination or investigation in which I may be involved.

I understand, if employed, false statements on this application shall result in disciplinary action up to and including discharge. Also if employed, I understand that it is the company's policy that all employees who do not have a written employment contract with the company for a specific, fixed term of employment are employed at the company's will. I understand that I would be subject to termination at any time, for any reason, with or without cause or notice.

_____
Applicant's Signature

2/8/05
Date Signed

CONFIDENTIAL
DEFENDANT'S PROD.   0003

**EDUCATION:**

| | NAME OF SCHOOL AND LOCATION | MAJOR AREA OF STUDY and/or DEGREE RECEIVED |
|---|---|---|
| High School | 12th Bullock Co. High | |
| Jr. College, College, or University | | |
| Technical or Trade Schools | | |

Honors and Scholarships _____

Grade Average (approx.) High School __12th__ College _____ Other _____

**General Information:**

Are you legally authorized to work in the United States? ☒ YES ☐ NO If not, what is your present status and do you have a work visa? _____

Have you ever been convicted of a crime? ☐ YES ☒ NO If yes, please explain. Give dates, charge, penalty assessed or disposition. Conviction will not necessarily bar employment. Consideration will be given to the nature of the crime, age at the time of offense, rehabilitation and the position for which you are applying.

_____

Have you ever been discharged from a job? ☐ YES ☒ NO If yes, please explain _____

_____

Have you ever been bonded? ☐ Yes ☒ NO If yes, when and in what job. _____

_____

CONFIDENTIAL
DEFENDANT'S PROD. 0004