

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

NORRIS FOSTER,

    Plaintiff,

vs.            CASE NO. 206-cv-00405-IDSRW

MID STATE LAND AND TIMBER

COMPANY, INCORPORATED,

d/b/a SEDGEFIELDS PLANTATION,

    Defendant.

    * * * * * * * *

The videotaped deposition of **ROY LEE** was taken before Cornelia J. Baker, Certified Court Reporter and Certified Shorthand Reporter, as Commissioner, on Wednesday, October 11, 2006, commencing at approximately 12:33 p.m., in the law office of John Waters, Union Springs, Alabama, pursuant to the stipulations set forth herein.

1  Q. -- and they put you in charge, did you
2     seek him out to hire? Do you know what
3     I'm saying?
4  A. No, I don't.
5  Q. Okay. In other words, you needed some
6     help, right?
7  A. Right.
8  Q. So did you go to him and ask him if he
9     would work for you?
10 A. No. I went to Sherry Howell --
11 Q. Okay.
12 A. -- and Bob Rea first.
13 Q. Right.
14 A. I told them they had a lot of work on me,
15    and I was putting in a lot of hours. I
16    needed some help.
17 Q. Okay. You got permission to hire
18    somebody?
19 A. Permission from Bob Rea and Sherry Howell
20    to find somebody that -- to help me that
21    knew how to drive a tractor real good that
22    knowed the place.
23 Q. Okay. And did you talk to Norris?

```
 1   A.  No.  I talked to Damon Duncan first.
 2   Q.  Okay.  Did you hire him?  Did he ever work
 3       for you?
 4   A.  No.  I didn't hire him, because he
 5       wouldn't come.
 6   Q.  Okay.  All right.  And then did you go to
 7       Norris?
 8   A.  I went -- I sent my brother-in-law,
 9       Demetrius Parham, to go tell Norris I
10       needed to see him about a job.
11   Q.  Okay.  And did he?
12   A.  Yes, he did.
13   Q.  And then Norris --
14   A.  Norris came to my house.
15   Q.  Okay.
16   A.  The next -- the first day I sent
17       Demetrius, Norris wasn't at home.  The
18       next day I sent Demetrius, he found
19       Norris.  Norris come to my house.
20   Q.  Now, Demetrius Parham, I represent him.
21       He's also suing.  Did you know that?
22   A.  No.
23   Q.  Well, he's a black male, you know that?
```

1  **A.** Right.
2  **Q.** And he works at Sedge -- or worked at Mid
3  States, correct?
4  **A.** Uh-huh (affirmative response).
5  **Q.** What did he do?  Was he a laborer, too?
6  **A.** He was a labor worker.
7  **Q.** Okay.  Did he ever work -- did he work
8  under you?
9  **A.** Yeah.
10 **Q.** Demetrius Parham?
11 **A.** Yeah.
12 **Q.** Now, if he's your -- you say in-law?
13 **A.** He's married to my sister.
14 **Q.** Okay.
15 **A.** Brother-in-law.
16 **Q.** Is it -- as far as you know, is there any
17 prohibition for you supervising your
18 brother-in-law?
19 **A.** No.  Because like this, if he messes up,
20 he -- I mean, no favors.
21 **Q.** Okay.  Well, I'm not implying --
22 **A.** Okay.
23 **Q.** -- that you give him a favor.

```
 1   A.  Okay.
 2   Q.  I'm just asking about the work.  That's
 3       never been a problem --
 4   A.  No.
 5   Q.  -- that anybody's discussed with you?
 6   A.  No, No.
 7   Q.  Okay.  All right.  Well, then, did you and
 8       Norris have some discussions about the job
 9       and about how much he would make?
10   A.  When I sent for Norris?
11   Q.  Yes.
12   A.  Okay, when I sent for Norris -- I don't
13       know.  I believe that was on a Thursday.
14       I sent for Norris on a Tuesday or a
15       Wednesday.  He wasn't at home.  The next
16       day Demetrius found him.  He came to me on
17       Thursday.  I say, Norris, I say, I'm
18       looking for some help.  I need some help.
19       Ms. Sherry Howell and Mr. Bob Rea told me
20       to find somebody that could drive a
21       tractor real good and could take the
22       pressure off of me, that know the place,
23       to help me bird hunt.
```

1  Q. Right.
2  A. I said, Well, are you interested in the
3     job? He said, When can I start? I said,
4     Hold on a minute. I said, Now, you
5     know -- I'm going to let you know now,
6     you'd be working under me. He said, I
7     ain't got a problem. I said, You know, me
8     and you ain't been talking lately. I
9     said, But now, if you have a problem
10    working for me, you tell me now. He said,
11    No, I don't; when can I start? I said,
12    Norris, let me tell you something like
13    this here. I said, You know why you left
14    before. I said, You know what they say
15    you left before. He said, Okay, yeah. I
16    said, All right, I'm going to tell you
17    like this here now, if you come up with
18    anything missing, a can of oil or anything
19    missing, I'm going to have to let you go.
20    I ain't got to see you, I'll let the boys
21    see you. If they tell me, you're gone.
22    He said, Fine.
23             All right. So I said, You just

1  wait till Monday and come down there and
2  meet me at the barn at 7:00. That was on
3  a Thursday. I called Sherry Howell back
4  and Bob Rea. I told them, I said, I
5  talked with Damon. Damon said he wasn't
6  coming for under $10 an hour. He said,
7  Okay. I talked to Norris. I said, you
8  know, Norris used to work here. I said,
9  He knows about the dogs; he knows how to
10 bushhog. He knows where to go.
11          He said, What did he say? I
12 said, He said he'd come back. I said, But
13 he's making $8 now. He ain't working --
14 he ain't working no less. He said, Well,
15 we'll give him $9. I said, Okay. I said,
16 Okay. But he said, Start him off with 8.
17 And then you keep him there a month, and
18 if you like -- he's doing what you need
19 him to do, then move him up to $9, as far
20 as me and Bob Rea talking on the phone.
21          I said, Okay. I said, Well, now,
22 you make sure you run this by Ms. Sherry.
23 He said, I will. All right. So I left

1  that alone.
2          I still was thinking about
3  whether to hire Norris or whether or not
4  to hire Norris.  So I called
5  Mr. Broadhead's daughter, Suzanne.  And
6  she stay in Atlanta.  I called Suzanne and
7  Matt Garver.
8  Q. Does she have some job with --
9  A. She had a lot of input in the place.
10 Q. Okay.
11 A. Yeah.  And so I said, I've talked to them.
12    I said, Look here, I need some help down
13    there.  I said, I need to hire somebody,
14    and I got Norris.  I've already talked
15    with Sherry Howell and Bob.  Bob said
16    whatever I do, I'm behind you 100 percent.
17    So Suzanne said, Well, you know what
18    happened before with Norris.  I said,
19    Yeah.  I said, Well, I know that, but any
20    man can be changed.  I said, I see him all
21    of the time.  I said, Anybody can be
22    changed, give him a second chance.  She
23    said, Okay, whatever you decide, I'm 100

1  percent with you.  She said, I appreciate
2  you calling us and letting us know that
3  you were thinking about us when you did
4  that.  She said, Whatever your decision
5  is, I'm with you 100 percent.  I said,
6  Thank you.  So when Norris got there that
7  Monday, I put Norris to work.
8  Q. Did you know how much he was making?
9  A. Not at the time.  Norris supposed to have
10  been making $8.  Supposed to start him off
11  at 8, but stay here a month, he'd move him
12  up to 9.
13            All right.  So when Norris came
14  to me after Norris got his first check, I
15  think -- you've got to put two weeks in a
16  hole, I think.  After he got his first
17  check, he said, Roy -- he said, I thought
18  you said I'd make $8.  I said, Yeah,
19  that's what you supposed to be.  I said, I
20  ran that by Denise, though.  Denise was
21  with Bob.  Rea said start you off with $8
22  I said, But let me go down here and check.
23  So I went down there.  I called Bob.  Bob

1  said, Well, Roy -- he said, look here. He
2  said, On Norris's application, he's got
3  down there I work for $7. I said, Well --
4  I said, he told me he wasn't working under
5  that. I said, Okay, then, well, I'll tell
6  him that's his fault. So I went back and
7  told Norris, Norris, you know what
8  happened, you put on your application $7.
9  I said, Now, I done told you I'd start you
10 off with $8, and you'd make up to $9. I
11 said, but -- he said, Well, my girlfriend
12 filled that out, and I didn't even check
13 it. That's what he said. I said, Okay.
14      I said, Well, then, maybe you
15 stay here a month, then you get up -- you
16 get back up where you supposed to be if
17 you're doing a good job. A month went by,
18 two months went by, they didn't never say
19 nothing. Then David came. And then
20 Norris was asking me again. I said, Well,
21 you need to take that up with David.
22 David is the manager. You need to go talk
23 to David about that. And then, after

1   then, I don't know what happened.
2   Q. All right.  But you understood and you got
3   permission to hire him at $8 an hour
4   before --
5   A. Correct.
6   Q. -- he was hired?
7   A. Correct.
8   Q. And then he put -- or somebody put $7 --
9   A. On his application, uh-huh.
10  Q. -- on his application, and that's what
11  they paid him?
12  A. Right.
13  Q. And they never -- to your knowledge, while
14  Norris worked at Mid States, he never did
15  make $8 an hour, did he?
16  A. To my knowledge, he never did.  He said he
17  didn't.  I never did -- I didn't have -- I
18  was going by what he said he never did.
19  Q. Okay.  All right.  Now, after you hired
20  Norris back -- and we've had some
21  discussions with some other people -- do
22  you have any personal knowledge that
23  Norris ever stole any birds before the