

# The Peble Corp.

## EMPLOYMENT APPLICATION

PLEASE PRINT ANSWERS TO THE FOLLOWING QUESTIONS CAREFULLY AND IN INK. TO BE CONSIDERED FOR EMPLOYMENT, ALL ITEMS MUST BE COMPLETED, INCLUDING SIGNATURE. THIS APPLICATION IS VALID FOR 30 DAYS. IF YOU WISH TO BE CONSIDERED FOR EMPLOYMENT AFTER THIS APPLICATION EXPIRES, THEN YOU MUST RE-APPLY.

NAME: Forest Chance Hamm
TELEPHONE NUMBER
ADDRESS: 594 Co Rd 19E
Home #: (334) 474-3557
CITY: Union Springs   STATE: Al   ZIP: 36089
Daytime #: (334) 605-8024
SOCIAL SECURITY NUMBER: 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

**EMPLOYMENT INTERESTS:**

Type of work desired: Outdoors
Full Time: ✓   Part Time: ___   Temporary: ___
Starting pay expected: negotiable   Date Available to start: ASAP

**IF APPLICABLE:**

Are you willing to travel? yes   If yes, what percentage of the time ___
Would you be willing to relocate? No

Would you object to: Irregular work hours ☐ YES ☑ NO   Night work ☐ YES ☑ NO
Swing or fluctuating shift work ☐ YES ☑ NO

**SPECIAL SKILLS** - COMPLETE IF APPLICABLE TO THE POSITION FOR WHICH YOU ARE APPLYING:

Skill: Welding   Experience: 2 years
Skill: Hunting Guide (Deer and Quail)   Experience: 4 year
Skill: Heavy Equipment   Experience: 5 years

Please discuss other specialized skills you feel are pertinent to the job for which you are applying: enjoy the outdoors, meeting people and assisting the hunting guests. As well as getting ready for the season driving heavy equipment.

**UNITED STATES MILITARY SERVICE STATUS:**

Past Military Service - FROM ___ TO ___
Branch ___   Rank on discharge ___   Present Status ___

List duties and special training

CONFIDENTIAL
DEFENDANT'S PROD.   0083

**EDUCATION:**

|  | NAME OF SCHOOL AND LOCATION | MAJOR AREA OF STUDY and/or DEGREE RECEIVED |
|---|---|---|
| High School | Dixie Academy <br> Louisville Alabama |  |
| Jr. College, College, or University |  |  |
| Technical or Trade Schools |  |  |

Honors and Scholarships _____

Grade Average (approx.)   High School __B__   College _____   Other _____

**General Information:**

Are you legally authorized to work in the United States?  ■ YES  ☐ NO  If not, what is your present status and do you have a work visa? _____

Have you ever been convicted of a crime?  ☐ YES  ■ NO  If yes, please explain. Give dates, charge, penalty assessed or disposition. Conviction will not necessarily bar employment. Consideration will be given to the nature of the crime, age at the time of offense, rehabilitation and the position for which you are applying.

_____

_____

Have you ever been discharged from a job?  ☐ YES  ■ NO  If yes, please explain _____

_____

_____

Have you ever been bonded?  ☐ Yes  ■ NO   If yes, when and in what job. _____

_____

CONFIDENTIAL DEFENDANT'S PROD.   0084

Do you have a valid, active driver's license?   ■ YES   ☐ NO   Issuing State __Alabama__

Drivers License # __7092813__ _____ Class of License _____

ow long have you been a resident of this City __15 years__   State __Alabama__

How long at your present address? __2 years__ Give previous address if less than one year at present address _____

Are you over the age of 18?   ■ YES   ☐ NO   If hired can you provide proof of age?   ■ YES   ☐ NO

**EMPLOYMENT DATA:**

Have you ever been employed by this company before?   ☐ YES   ■ NO   If yes, please give dates of employment, position employed, and reason for leaving _____

Please list all jobs (if not listed above), beginning with your present or last employer and working backwards to earlier positions. Account for all periods, including unemployment, self-employment, and military service. If additional space is needed, please list on a separate page or on the back of this form.

#1 DATES - From __2000__ to __2001__

Company Name, City, and State __Wheelin Sportmen NWTF Union Springs Al__

Supervisor's Name/Title __Kirk Thomas / Founder__   SALARY - Start hr __8.00__ End __8.00__

Phone # __unknown__ May we contact? __yes__ Final position with the company __Grounds Keeper/Guide__

Reason for leaving? __Closed__

#2 DATES - From __2001__ to __2003__

Company Name, City, and State __Bonnie Plant Farm Union Springs Al__

Supervisor's Name/Title __Richard Brooks / Routeman__   SALARY - Start __8.00__ End __8.00__

Phone # __unknown__ May we contact? __yes__ Final position with the company __Helper__

Reason for leaving? __Seasonal__

#3 DATES - From __2003__ to __2004__

Company Name, City, and State __Great Southern Outdoors Union Spring Al__

Supervisor's Name/Title __Rex Pritchett / Owner__   SALARY - Start __a day 50.00 plus Tips__ End ____

Phone # __738-5066__ May we contact? __yes__ Final position with the company __Grounds Keeper/Gui__

Reason for leaving? __Seasonal__

CONFIDENTIAL
DEFENDANT'S PROD.   0085

#4 DATES - From 2004 to present

Company Name, City, and State: C3W Industries Union Springs Al

Supervisor's Name/Title: Bill Moorer - Gene Combest / owner   SALARY - Start $9.00 End Curre

Phone # 738-8556   May we contact? yes   Final position with the company: Supervisor

Reason for leaving? _____

#5 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____   SALARY - Start _____ End _____

Phone # _____ May we contact? _____ Final position with the company _____

Reason for leaving? _____

PERSONAL REFERENCES (Not Former Employers or Relatives)

| Name and Occupation | Address | Phone Number |
|---|---|---|
| Kirk Thomas | Edgefield, South Carolina | |
| Thomas Rich | 36 Co Rd 15 Union Springs | 738-3719 |
| Bill Lee | 353 Sugar Harris Rd | 738-2591 |

The Peble Corp. is an Equal Opportunity Employer which endeavors, pursuant to all applicable Federal and State Laws, to give every applicant for employment, and every employee, equal consideration in all matters relating to employment, without regard to race, color, sex, age, religion, national origin, citizenship and disability.

my signature below, I certify the facts set forth in this application for employment true and complete to the best of my knowledge and belief, and I agree you may investigate my statements. I agree to permit all past employers to give any information concerning me and release them from liability in furnishing such information. I understand that my employment and, if employed, my continued employment, is conditional upon my participating in and clearing such security examinations or investigations as may be deemed advisable by the company. I agree to participate in such examinations and investigations when requested to do so by the company, and agree that the company shall be held harmless and free from liability in connection with any security examination or investigation in which I may be involved.

I understand, if employed, false statements on this application shall result in disciplinary action up to and including discharge. Also if employed, I understand that it is the company's policy that all employees who do not have a written employment contract with the company for a specific, fixed term of employment are employed at the company's will. I understand that I would be subject to termination at any time, for any reason, with or without cause or notice.

_Forest Chaney_
Applicant's Signature

11/22/05
Date Signed