

FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER:   2:06-CV-875-ID

JEFFREY HARRIS, et al.,

    Plaintiffs,

vs.

MID STATE LAND & TIMBER CO., INC.,

d/b/a SEDGEFIELDS PLANTATION,

    Defendant.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of Willie Mack may be taken before Angela Smith, RPR, CRR, at the offices of John W. Waters, Jr., at 214 North Prairie Street, Union Springs, Alabama 36089, on the 17th day of January, 2007.

DEPOSITION OF WILLIE MACK

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 79

1  they were bad about the tractor being hot,
2  running hot, maybe because of the straw or
3  whatever in the radiator, all that good
4  stuff.  I will be present when he'll be
5  talking to them.  I'm sitting in the truck.
6  See, me and him together be working dogs,
7  them two was on the tractor all the time.
8       Q.    Okay.  And what did Mr. Harris
9  and Mr. Foster say in response?
10      A.    Talking about what did they
11 say?
12      Q.    Yes, sir.  When he's saying:
13 You need to stop nicking the trees, you need
14 to make sure that you're, you know, doing
15 straight lines, I guess, when you're
16 chopping, chopping lanes, and that you need
17 to make sure that the tractor doesn't run
18 hot by removing stuff away from the in-flow,
19 I guess; is that right?
20      A.    Yeah.  I never hear them talk,
21 you know, back.
22      Q.    Okay.
23      A.    But they would get mad -- This

FREEDOM COURT REPORTING

Page 85

1  wasn't there actually to hear the actual
2  conversations. But I know between them two,
3  something wasn't right.
4     Q.   Well, you at least heard it on
5  one occasion, because you've testified about
6  that; right?
7     A.   Yes.
8     Q.   Did you hear it two or three
9  times, maybe, or was it more than that?
10    A.   State what you saying that I
11 heard. You put it in words and maybe I can
12 -- Repeat yourself.
13    Q.   Hey, I'm not trying to put
14 words in your mouth. How many times did you
15 hear Mr. Norman say something to Mr. Foster
16 or Mr. Harris about: Please stop nicking
17 the trees when you're chopping?
18    A.   I know over one time he got on
19 him.
20    Q.   Okay. And you couldn't hear
21 what they said in response?
22    A.   No, I couldn't.
23    Q.   Okay. You were here when

FREEDOM COURT REPORTING

Page 86

1  Mr. Harris --
2      A.   See, I'm sitting up on the
3  truck, these two guys are on the tractor.
4  Joel will get out of the truck. I'm on the
5  road. I've got a horse trailer hooked
6  behind the truck, and dogs, we're on, like,
7  a little road. And, you know, the tractor
8  is in the woods. Joel will get out of the
9  truck, walk down to where they're at. We
10 lie low like a trail you looking, he said:
11 Look down there. See them cats down there
12 sitting down when they supposed to be doing
13 this or that? Do you see what I'm saying?
14     Q.   Yeah.
15     A.   That's the situation I'm in.
16     Q.   Did Mr. Norman show you some
17 of the trees that had been nicked?
18     A.   Well, I could see it myself.
19 When I rode the tractor, I could see.
20     Q.   Okay. And Mr. Harris -- You
21 were here for Mr. Harris's deposition, were
22 you not?
23     A.   Exactly.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 87

1   Q.   And he admitted that he nicked trees?

3   A.   Yes, he did.  He told Joel that he wasn't trying to.

5   Q.   And you personally observed, when you were out on the fields, that some of the trees had been nicked by Mr. Foster and Mr. Harris; is that true?

9   A.   Uh-huh.

10   Q.   Is that a yes?

11   A.   Yes.

12   Q.   Okay.  When Mr. Norman came to Sedgefields, Norris Foster and Jeff Harris were the ones driving the tractors; is that right?

16   A.   To my knowledge.

17   Q.   Okay.  And at some point, Mr. Norman began to train you on how to operate a tractor; is that right?

20   A.   Yes.  But -- Yes, yes.

21   Q.   Mr. Foster did not like that?

22   A.   Well, the chopping was done on two Kubota tractors.  And Norris, at one

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 116

1  think he has spoken to?
2      A.   Yeah.  Because he owe Roy
3  twenty dollars.  So Roy said:  When you see
4  Brother Man, you tell Brother Man to bring
5  my twenty dollars.  So I know he ain't seen
6  Roy.  But I haven't seen him, other than
7  David had told me -- gave me a message that
8  he wanted me to help him do some work at
9  Auburn.  I haven't seen Brother Man since.
10               (Off-the-Record discussion
11                was held.)
12     Q.   Do you know anything about how
13  David Carroll may know Brother Man?  How he
14  may have come to know Brother Man?
15     A.   Talking about how do they know
16  one another?
17     Q.   Yeah.  Before Brother Man came
18  to work at Sedgefields?
19     A.   Brother Man, he told me that
20  him and David were good friends.  He speak
21  highly of David.  He said that he knew
22  David's father, or something about a father
23  deal.  Somebody knew somebody's father, if