# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** | ) |
| | ) |
| | ) **CIVIL ACTION NO.:** |
| **Plaintiff,** | ) **2:06-CV-00405-ID-SRW** |
| | ) |
| v. | ) |
| | ) |
| **MID STATE LAND & TIMBER** | ) |
| **COMPANY, INC., D/B/A** | ) |
| **SEDGEFIELDS PLANTATION,** | ) |
| | ) |
| **Defendant.** | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, Defendant Mid State Land & Timber Company, Inc. formerly d/b/a Sedgefields Plantation ("Mid State") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

The following entities are hereby reported:

The Peble Corporation–parent corporation; and

ORIC, LLC– limited liability company of which Mid State is the sole member.

Respectfully submitted,

/s/ Kimberly W. Geisler
Carter H. Dukes
Kimberly W. Geisler
Attorneys for Defendant
Mid State Land & Timber Company, Inc.

OF COUNSEL:
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Jerry D. Roberson, Esq.
        Roberson & Roberson
        8 Office Park Circle
        Suite 150
        Birmingham, Alabama 35223

        Albert H. Adams, Jr., Esq.
        Irby Law Firm, LLC
        Post Office Box 910
        Eufaula, Alabama 36072

DONE this the 9th day of April, 2007.

                                                  <u>Kimberly W. Geisler</u>
                                                        Of Counsel

40618