IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, WILLIE BERNARD MACK, DEMETRIUS PARHAM and HENRY TARVER,<br><br>Plaintiffs<br><br>v.<br><br>MID-STATE LAND & TIMBER COMPANY, INC., d/b/a SEDGEFIELDS PLANTATION,<br><br>Defendant. | Civil Action No.:<br><br>2:06-cv-875-ID-CSC |
| NORRIS FOSTER,<br><br>Plaintiff,<br><br>v.<br><br>MID-STATE LAND & TIMBER COMPANY, INC., d/b/a SEDGEFIELDS PLANTATION,<br><br>Defendant. | Civil Action No.:<br><br>2:06-CV-00405-ID-SRW |

**PLAINTIFFS' NOTICE OF FILING OF EVIDENTIARY MATERIALS
IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**COME NOW** Plaintiffs in the above styled action, by and through his undersigned counsel of record, and files the following evidentiary materials in Opposition to the Defendant's Motion for Summary Judgment:

 Exhibit 1. Deposition of Norris Foster, ***Norris Foster v. Mid-State Land & Timber Company, Inc.,* 2:06-CV-405** ID

Exhibit 2.   Deposition of Joel Norman, *Norris Foster v. Mid-State Land & Timber Company, Inc.,* **2:06-CV-405 ID**

Exhibit 3.   Deposition of Roy Lee, *Norris Foster v. Mid-State Land & Timber Company, Inc.,* **2:06-CV-405 ID**

Exhibit 4.   Exhibit Deposition of David Carroll, *Norris Foster v. Mid-State Land & Timber Company, Inc.* **2:06-CV-405 ID**

Exhibit 5.   Deposition of David Carroll, *Jeffrey Harris, et al. v. Mid-State Land & Timber Company, Inc.*, **2:06-cv-875-ID-CSC**

Exhibit 6.   Defendant's Answers to Interrogatories

Exhibit 7.   Norris Foster hourly rate of pay $7.00 2/8/2005

Exhibit 8.   Foster Wages

Exhibit 9.   Foster reduction in force 3/22/2001

Exhibit 10.  Foster's written reprimand 12/6/2005 - strike 1

Exhibit 11.  Foster Discharge 12/29/2005

Exhibit 12.  Foster's Unemployment

Exhibit 13.  Attitude - Tipping Memo

Exhibit 14.  Harris Affidavit

Exhibit15.   Lee application

Exhibit16.   Beckwith termination 9/30/2005 $8.00 per hour

Exhibit 17.  Hubbard application

Exhibit 18.  Hubbard wages

Exhibit 19.  May wages

Exhibit 20.  May application

Exhibit 21.  Hamm wages

Exhibit 22.  Hamm application

Exhibit 23.   Harris wages

Exhibit 24.   Harris application

Exhibit 25.   OMIT

Exhibit 26.   Mack wages

Exhibit 27.   Mack application

Exhibit 28.   Foster pay-stubs

Exhibit 29.   Foster 2005 W-2

Exhibit 30.   Memo regarding 2006 raises

Exhibit 31.   Sale of Sedgefields to Tollesons $32 million

Exhibit 32.   Organization Chart

Exhibit 33.   Balkcom application

Exhibit 34.   Mid-State wages 2005-2006

Exhibit 35.   Mid-State wages 2003-2004

Exhibit 36.   Declaration of Roy Lee

Exhibit 37.   Declaration of Norris Foster

Exhibit 38.   Foster Discharge Memo

      Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:    205.981.3906
Fax Number:         205.981.3908
E-mail: jdratty@charter.net
      tlbaker@charter.net

OF COUNSEL*:*

Albert H. Adams, Jr., Esq.  (ADA-058)
IRBY LAW FIRM, LLC
P.O. Box 910
Eufaula, Al. 36072

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

s/Jerry Roberson
Jerry Roberson (ROB010)