MID-STATE LAND AND TIMBER
EMPLOYEE INFORMATION



PLAINTIFF'S EXHIBIT 1

## TO BE FILLED OUT BY HIRING MANAGER

APPLICANT NAME: Norris Foster

DATE OF HIRE: 2/8/05

RATE OF PAY: 7.00  (HOURLY)  _____ WEEKLY

## CLASS OF EMPLOYMENT:

OUTSIDE LABOURER: X          MANAGEMENT: _____

INSIDE DOMESTIC: _____       OTHER: _____

PART-TIME _____              FULL-TIME  X

ETHNIC ORIGIN: _____         WHITE, (BLACK), HISPANIC ETC.

## MANAGER'S CHECK LIST

1. CHECK ALL PAPER WORK AND COMPLETE ✓
2. INFORM OF BENEFITS (INSURANCE) IF APPLICABLE ✓
3. INFORM OF 90 DAY WAITING PERIOD ✓
4. OBTAIN COPY OF DRIVERS LICENSE AND SOCIAL SECURITY ID CARD ✓
5. MAIL ALL ORIGIONAL FORMS TO THE OFFICE IN MERIDIAN ✓

APPROVED BY: Pierce          DATE: 3/8/05

CONFIDENTIAL
DEFENDANT'S PROD.   000