# EMPLOYEE RECORDS JACKET

Dept 851    PRINT EMPLOYEE NAME ON TAB
#1677

## POSITION HISTORY

| DATE FROM | DATE TO | POSITION AND DEPARTMENT | PAY RATE AMOUNT | PER |
|---|---|---|---|---|
| 9.14.99 | | Labourer | 5 15 | hr. |
| 11/1/00 | | Raise | 5 50 | hr. |
| 6/11/00 | | Raise - Merit | 6 25 | hr. |
| 2/8/05 | | Rehire | 7 00 | hr. |
| 5.1.05 | | Fulltime | 7 00 | hr. |

## TERMINATION INFORMATION

DATE TERMINATED: 3-22-01    WOULD WE REHIRE? YES ☒ NO ☐

REASON FOR TERMINATION: Reduction in Staff

*(Continue on Reverse, if necessary)*

CONFIDENTIAL DEFENDANT'S PROD 0036

© Copyright 1980, 1996 — SELECTFORM, INC., Box 3045, Freeport NY 11520    FORM 14 — Printed in U.S.A.

---

ADDRESS: Rt 3 Box 269 A / Rt 2 Box 228A / 33743 Hwy 82 / PO Box 253

City: Midway / Union Spr / Midway / Midway    State: AL / AL / AL / AL    Zip: 36053 / 36089 / 36053 / 36053    Telephone: 334-738-3531 / 334-355-8505

SOCIAL SECURITY NO. _____    DATE OF BIRTH: 6-13-58    SEX: ☒ M ☐ F

CITIZEN OF U.S.A.: YES ☒ OTHER (Name) _____

MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ SEPARATED ☐ WIDOWED ☐ DIVORCED

NAME OF SPOUSE _____    NO. OF DEPENDENTS: Daughter

IN EMERGENCY NOTIFY: Annie Foster / Patty D. Jenkins    RELATIONSHIP: Aunt (334)

ADDRESS: 3282 Co. Rd #71A Midway AL 36053 / Rt 3 Box 269 A    TELEPHONE: 738-3531 / 529-4560

RELATIVES WORKING FOR US: NAME _____ RELATIONSHIP _____

EDUCATION: ELEMENTARY _____ HIGH _____ COLLEGE _____ GRADUATE _____

OTHER _____

UNION MEMBER: ☐ YES ☐ NO    UNION (Local) NAME _____

| NAME | DATES Eligible | Enrolled | NAME | DATES Eligible | Enrolled |
|---|---|---|---|---|---|
| PENSION PLAN | | | GROUP INSURANCE | | |
| PROFIT SHARING | | | | | |
| CREDIT UNION | | | | | |

COMPANY TRAINING AND SPECIAL SKILLS _____

SECURITY CLEARANCE _____

PLAINTIFF'S EXHIBIT 8