## THE PEBLE CORP

### EMPLOYEE TERMINATION

NAME: Norris Foster

SOCIAL SECURITY NUMBER: __

EMPLOYEE NUMBER: 1677

ADDRESS: 33743 Hwy 82

CITY: Midway    STATE: AL   ZIP: 36053

DATE OF EMPLOYMENT: 9-14-99

POSITION: Laborer

PAY RATE: _____

DATE TERMINATED: 03-28-01   LAST WORK DAY: 03-27-01

REASON FOR TERMINATION: Reduction in staffing for Plantation work

WOULD THIS PERSON BE CONSIDERED FOR RE-HIRE? X YES ___ NO

REASON: _____

AUTHORIZED BY: [signature]   DATE: 03-28-01

CC: PAYROLL CLERK

PLAINTIFF'S EXHIBIT 9 Joel Norman

CONFIDENTIAL
DEFENDANT'S PROD.   0055