


# SEDGEFIELDS
PLANTATION

## FORMAL REPRIMAND

Date  12/06/2005

Employee  Norris Foster

Supervisor  Joel Norman

Occurrence: Was instructed to clip horses, feed horses and clean barn. Employee stopped clipping horses as instructed and began riding horses at approximately 2 P.M. and returned at approximately  3:10 PM

Employee Signature  Norris Foster
Date  12/6/2005

Supervisor Signature  Joel Norman
Date

(Strike 1)     Strike 2     Strike 3

CONFIDENTIAL
DEFENDANT'S PROD.   0025

22139 Highway 29 • Union Springs, Alabama 36089 • Telephone (334) 738-3179 • Fax (334) 738-3338