## PAUL BROADHEAD INTERESTS, INC.
## PAYROLL STATUS CHANGE FORM

NAME: Norris Foster

EFFECTIVE DATE: 12/29/05          Department: SEDGEFIELDS

| NEW ADDRESS | STREET |
| --- | --- |
| | CITY, STATE, ZIP |
| | TELEPHONE |

| CHANGE | FROM | TO |
| --- | --- | --- |
| NAME | | |
| JOB | | |
| DEPARTMENT | | |
| SHIFT | | |
| PAY | | |

PLAINTIFF'S EXHIBIT 11

### REASON FOR CHANGE

| | | |
| --- | --- | --- |
| ___ Hired | ___ Merit Increase | ___ Length of Service |
| ___ Retired | ___ Resignation | ___ Reevaluation of job |
| ___ Promotion | ___ Retirement | ___ Probation Period Completed |
| ___ Demotion | ___ Layoff | ___ Union Contract |
| ___ Transfer | _X_ Discharge | ___ Other |

Comments, If Necessary: Documentation to follow if needed. On-file at Sedgefields Office.

| Leave of Absence | charged to vacation ___ yes or ___ no     Family act ___ yes or ___ no |
| --- | --- |
| From / / | OTHER, EXPLAIN |
| To / / | |

Authorized By: X [signature]          Approved By: _____

FAXED TO: ST
DATE: 1-6-06
BY: DKS

CONFIDENTIAL
DEFENDANT'S PROD. 001