## UNEMPLOYMENT COMPENSATION AGENCY

### NOTICE OF CLAIM AND REQUEST FOR SEPARATION INFORMATION

**IMPORTANT NOTE:** If your response is not received by 04-11-0? a determination may be made solely on information furnished claimant. Return one copy only address below.

**PLAINTIFF'S EXHIBIT** Joel Norman

00   290604   87

MID STATE LAND & TIMBER COMPAN
ATTN  RON ST JOHN
PO BOX 2090
MERIDIAN MS 39301-2090

**MAIL TO:** EUFAULA EMPL SECURITY OFFICE
128 NORTH ORANGE AVE
PO BOX 40
EUFAULA AL  36072-0040
FAX NUMBER 334-687-6381

The individual identified below has filed a claim for Unemployment Compensation benefits.

1. CLAIMANT'S NAME   : FOSTER/NORRIS LEON
2. SOCIAL SECURITY NO. :
3. DATE OF CLAIM   : 04-01-01
4. DATE MAILED   : 04-03-01

5. BASE PERIOD BEGINS : 01-01-00
6. OFFICE-COUNTY   : 3980
7. MAIL CODE   : 9
8. TYPE CLAIM   : N

The claimant identified you as his/her last employer and alleges the reason for separation to be:

LACK OF WORK

LDW 03-23-01

---

### EMPLOYER RESPONSE

Claimant's last day employed was _03-22-2001_

(If temporary layoff, enter expected date of recall: _____)

10. If the claimant was paid vacation and/or separation pay or will receive a pension upon termination, or earned wages with you on or after the date shown in item 3. above, complete the applicable space(s) below:
   a. GROSS WAGES  $ _126.75_  paid for period _03-19-200 1_ to _03-31-2001_
   b. VACATION PAY  $ _-0-_  paid for period _____ to _____
   c. SEPARATION PAY $ _520.00_  paid for period _4-1-2001_ to _4-14-2001_
      (1) Was separation pay a legal obligation or a courtesy/gift? _Courtesy/gift_
      (2) If a legal obligation, what required that it be paid (contract, company policy, labor agreement, etc.)? _N/A_
      (3) Does contract, policy, or agreement require that such payment be made with respect to a specific period following termination? _N/A_ Explain: _____

      (4) Does contract, policy, or agreement provide for reduction of severance payments based on some act by the claimant after separation? _N/A_ Explain: _____

   d. PENSION   $ _____ per month. Effective Date _____

11. REASON FOR SEPARATION: (ATTACH ADDITIONAL SHEET IF NECESSARY)
   _Reduction in Staff._

_[signature]_   President   4.4.01   (601) 693-0602

TELEPHONE NO.

CONFIDENTIAL