November 3, 2005



PLAINTIFF'S EXHIBIT

Joel Norman

13

To all Sedgefields Employees

# ATTITUDE IS IMPORTANT

The goal of Sedgefields Plantation is to provide our guests with a first class experience. It does not matter whether guests are here for deer, turkey, quail or just lodging. We are a service business and our reputation is based on the effort we put forth here at work. This effort not only applies to when we have guests but to the days when we are preparing the woods and fields for hunters or the lodge and other buildings for our guests stay. The weed-eating, mowing, chopping and cleaning are all important. In order to be first class, we have to take pride in the work we do.

Tips are not a standard part of your pay when we have guests. However, some of our guests will want to tip for the great service you provide. You may receive a tip in one of two ways: (1) cash or (2) it may be included with an upcoming paycheck. I will not have employees standing around waiting for a tip at the end of the day. If I see this behavior you will be dismissed from employment at the Plantation. **If tipping continues to be a problem at the Plantation, it will be stopped.** Take pride in what you do.

Sedgefields will have a staff that is committed to seeing the Plantation move forward and be known for providing great service. Employees present/future who are here just for a paycheck, disrupt the work of others and are only concerned with self will find there employment time at the Plantation to be a short one. I expect every employee to work hard each day and receive a fair wage for the work they do, anything less in not acceptable. Take pride in what you do.

If you are sick and can not come to work, I expect you to notify your manager. Take pride in what you do.