IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: |
| MID STATE LAND & TIMBER CO., | ) |
| Defendant. | ) |

**PLAINTIFF'S EXHIBIT**

### AFFIDAVIT OF JEFFREY HARRIS

COMES NOW Jeffrey Harris, and after being duly sworn, does state under oath as follows:

My name is Jeffrey Harris. I live at 242 Orchid Lane, Fitzpatrick, Alabama 36029. I am over nineteen (19) years of age and I have personal knowledge of the below stated facts.

I began working in approximately September 2005 for Mid State Land & Timber Company, Incorporated. This is the owner of the Sedgefield Plantation, a lodge where you pay to go deer and quail hunting. I was hired at an hourly rate of $7.25 per hour and later received a raise to $7.50 per hour. Initially, I drove a tractor preparing the ground for hunting. It involves a great deal of tractor work in preparing deer plots and preparing the fields for quail hunting.

About a week after I was hired, Joel Norman, a white male, was hired. He was my supervisor. He also supervised two other black males, Norris Foster and Willie Mack. The three of us formed a crew that was used to take people on quail hunts. I drove a wagon pulled by two mules. Norris Foster was the pointer or scout and handled the dogs. Willie

Mack assisted the guests with their horses, with the dogs, with the wagon transfers. Joel Norman flushed the quail and supervised.

I heard Joel Norman make several statements about his intention to replace the black crew with a white crew. About a month after he arrived, he stated in my presence that he was "going to get rid of all blacks in his crew." When we had homecoming in Bullock County, he threatened my job and stated he was going to "get some white boys and Mexicans who wanted to work" because we wanted to get off early for homecoming. He later stated he was going to "get the blacks off his crew and get him some white boys." He told me he had "never worked with black people who were so concerned about their money," referring to tips for the crew that he kept.

In December of 2005, he hired two young white males, Joseph Mayes and Will Hubbard. After Norris and I trained them how to operate the tractors, we were sent to the barn to shovel manure. The young white males were paid more money than Norris and I, even though they had no experience or training working in the hunting industry.

On December 28, I spoke with Joel Norman about Norris Foster. He claimed that I had told him that Norris took dead birds out of the refrigerator. I told him that Norris didn't take the birds, but rather the birds were thrown out of the refrigerator because they were rotten. Joel fired Norris Foster that same day.

On December 30, I was working at the barn with the horses. While I was working, the horse slipped down, knocking me to the ground and injuring my back. I have not worked since December 30, 2005. I am presently drawing workers' compensation for my on the job back injury.

There are approximately twelve (12) people employed at Sedgefield Plantation.

When I started working there, there were nine (9) blacks. Today, I believe there are only four (4) blacks still employed there.

Willie Mack was moved from the hunting crew back to the lodge. The hunting crew is now all white. Chance Hamm, another young white male, is also working in the crew, with Joseph Mayes and Will Hubbard.

Further the affiant saith not.

_____
Jeffrey Harris


STATE OF ALABAMA    }
BARBOUR COUNTY      }

SWORN and SUBSCRIBED before me on the 2 day of May, 2006.

_____
NOTARY PUBLIC

MY Commission Expires: 8/15/06