# The Peble Corp.

## EMPLOYMENT APPLICATION

PLAINTIFF'S EXHIBIT 13

PLEASE PRINT ANSWERS TO THE FOLLOWING QUESTIONS CAREFULLY AND CONSIDERED FOR EMPLOYMENT, ALL ITEMS MUST BE COMPLETED, INCLUDING SIGNATURE. THIS APPLICATION IS VALID FOR 30 DAYS. IF YOU WISH TO BE CONSIDERED FOR EMPLOYMENT AFTER THIS APPLICATION EXPIRES, THEN YOU MUST RE-APPLY.

NAME Roy Chester Lee         TELEPHONE NUMBER

ADDRESS REDACT                   Home # REDACT

CITY REDACT   STATE AL   ZIP    Daytime # REDACT

SOCIAL SECURITY NUMBER  REDACT

EMPLOYMENT INTERESTS:

Type of work desired Horse/Dog Trainer/Hunting Guide or Tractor

Full Time  X   Part Time____  Temporary____

Starting pay expected $6.00 per Hour   Date Available to start Anytime

**IF APPLICABLE:**
Are you willing to travel? ____ If yes, what percentage of the time ____
Would you be willing to relocate? ____

Would you object to:  Irregular work hours ☐ YES ☒ NO   Night work ☐ YES ☒ NO
Swing or fluctuating shift work ☐ YES ☒ NO

SPECIAL SKILLS - COMPLETE IF APPLICABLE TO THE POSITION FOR WHICH YOU ARE APPLYING:

Skill Horse Training            Experience 9 years
Skill License Forklift Operator Experience 23 years
Skill Dog Trainer               Experience 13 years

Please discuss other specialized skills you feel are pertinent to the job for which you are applying ____

UNITED STATES MILITARY SERVICE STATUS:

Past Military Service - FROM _____, 19__ TO _____, 19__

Branch _____ Rank on discharge _____ Present Status _____

List duties and special training

0173    CONFIDENTIAL DEFENDANT'S PROD

**EDUCATION:**

| | NAME OF SCHOOL AND LOCATION | MAJOR AREA OF STUDY and/or DEGREE RECEIVED |
|---|---|---|
| High School | Bullock County High School, Union Springs, AL | Science, Math, History |
| Jr. College, College, or University | | |
| Technical or Trade Schools | | |

Honors and Scholarships _____

Grade Average (approx.) High School __X__ College _____ Other _____

**General Information:**

Are you legally authorized to work in the United States? ☒ YES ☐ NO  If not, what is your present status and do you have a work visa? _____

Have you ever been convicted of a crime? ☐ YES ☒ NO  If yes, please explain. Give dates, charge, penalty assessed or disposition. Conviction will not necessarily bar employment. Consideration will be given to the nature of the crime, age at the time of offense, rehabilitation and the position for which you are applying.

_____

Have you ever been discharged from a job? ☐ YES ☒ NO  If yes, please explain _____

_____

Have you ever been bonded? ☐ Yes ☒ NO  If yes, when and in what job _____

_____

Do you have a valid, active driver's license?   ☒ YES   ☐ NO   Issuing State _____

Drivers License   REDACT   _____ Class of License _____

How long have you been a resident of this City __41 years__ State __41 years__

How long at your present address? __40 years__ Give previous address if less than one year at present address _____

Are you over the age of 18?   ☒ YES   ☐ NO   If hired can you provide proof of age?   ☐ YES   ☐ NO

**EMPLOYMENT DATA:**

Have you ever been employed by this company before?   ☐ YES   ☒ NO   If yes, please give dates of employment, position employed, and reason for leaving _____

Please list all jobs (if not listed above), beginning with your present or last employer and working backwards to earlier positions. Account for all periods, including unemployment, self-employment, and military service. If additional space is needed, please list on a separate page or on the back of this form.

#1 DATES - From __July 9, 1978__ to __July 14, 00__
Company Name, City, and State __Beaulieu of America__
Supervisor's Name/Title __Lawrence Penn__   SALARY - Start $__9.70__ End __13.26 per h__
Phone # __738-4600__ May we contact? __yes__ Final position with the company __Supervisor Trainee__
Reason for leaving? __Plant Closed__

#2 DATES - From __Summer 75/76__ to __to Summer 1977__
Company Name, City, and State __Welsh Company of the South__
Supervisor's Name/Title __M. Driggers__   SALARY - Start _____ End _____
Phone # _____ May we contact? _____ Final position with the company __Assembly Worker__
Reason for leaving? __Plant Closed__

#3 DATES - From _____ to _____
Company Name, City, and State __Chris Caldwell Logging Company__
Supervisor's Name/Title __Chris Caldwell/Deceased__ SALARY - Start _____ End _____
Phone # _____ May we contact? _____ Final position with the company __Truck Driver, Skidder/Tractor operator__

#4 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____ SALARY - Start _____ End _____

Phone # _____ May we contact? _____ Final position with the company _____

Reason for leaving? _____

#5 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____ SALARY - Start _____ End _____

Phone # _____ May we contact? _____ Final position with the company _____

Reason for leaving? _____

PERSONAL REFERENCES (Not Former Employers or Relatives)

| Name and Occupation | Address | Phone Number |
|---|---|---|
| Hill + Hill Grocery<br>Milton Hill - Owner | Hwy. 82 E.<br>Midway, Alabama 36053 | 529-3700 |
| Bill Davis Grocery<br>Bill Davis - Owner | Rt. 2<br>Midway, Alabama | 529-9859 |
| Sherman Bowens Grocery<br>Sherman Bowens - Owner | Rt. 2<br>Midway, Alabama 36053 | 529-3327 |

The Pebla Corp. is an Equal Opportunity Employer which endeavors, pursuant to all applicable Federal and State Laws, to give every applicant for employment, and every employee, equal consideration in all matters relating to employment, without regard race, color, sex, age, religion, national origin, citizenship and disability.

By my signature below, I certify the facts set forth in this application for employment are true and complete to the best of my knowledge and belief, and I agree you may investigate my statements. I agree to permit all past employers to give any information concerning me and release them from liability in furnishing such information. I understand that my employment and, if employed, my continued employment, is conditional upon my participating in and clearing such security examinations or investigations as may be deemed advisable by the company. I agree to participate in such examinations and investigations when requested to do so by the company, and agree that the company shall be held harmless and free from liability in connection with any security examination or investigation in which I may be involved.

I understand, if employed, false statements on this application shall result in disciplinary action up to and including discharge. Also if employed, I understand that it is the company's policy that all employees who do not have a written employment contract with the company for a specific, fixed term of employment are employed at the company's will. I understand that I would be subject to termination at any time, for any reason, with or without cause or notice.

_Roy Chester Lee_
Applicant's Signature

_August 10, 2000_
Date Signed

0176    CONFIDENTIAL
DEFENDANT'S PROD