

PLAINTIFF'S EXHIBIT 16

## THE PEBLE CORP

### EMPLOYEE TERMINATION

NAME: William Beckwith Jr

SOCIAL SECURITY NUMBER: ___

EMPLOYEE NUMBER: ___

ADDRESS: 22139 Hwy 29

CITY: Union Springs   STATE: AL   ZIP: 36089

DATE OF EMPLOYMENT: 7-25-05

POSITION: Outside Laborer

PAY RATE: 8⁰⁰ per hour

DATE TERMINATED: 9/27/05   LAST WORK DAY: 9/27/05

REASON FOR TERMINATION:

Stole Gas / No valid Drivers license

WOULD THIS PERSON BE CONSIDERED FOR RE-HIRE? ___ YES  X NO

REASON: ___

AUTHORIZED BY: [signature]   DATE: 9/30/05

CC: PAYROLL CLERK
    PERSONELL FILE

CONFIDENTIAL DEFENDANT'S PROD.  0112