# The Peble Corp.

## EMPLOYMENT APPLICATION

PLEASE PRINT ANSWERS TO THE FOLLOWING QUESTIONS CAREFULLY AND IN INK. TO BE CONSIDERED FOR EMPLOYMENT, ALL ITEMS MUST BE COMPLETED, INCLUDING SIGNATURE. THIS APPLICATION IS VALID FOR 30 DAYS. IF YOU WISH TO BE CONSIDERED FOR EMPLOYMENT AFTER THIS APPLICATION EXPIRES, THEN YOU MUST RE-APPLY.

NAME William Rogers Hubbard          TELEPHONE NUMBER
ADDRESS 12703 Co. Road 7 Troy AL     Home # (334) 474-3088
CITY Troy       STATE AL     ZIP 36091   Daytime # (   ) -
SOCIAL SECURITY NUMBER _

EMPLOYMENT INTERESTS:

Type of work desired  Outside Labor
Full Time 40 HR week   Part Time _____   Temporary _____
Starting pay expected $8.00 HR          Date Available to start _____

**IF APPLICABLE:**
Are you willing to travel? No   If yes, what percentage of the time _____
Would you be willing to relocate? No

Would you object to:  Irregular work hours  ☑ YES  ☐ NO   Night work  ☑ YES  ☐ NO
                      Swing or fluctuating shift work  ☑ YES  ☐ NO

SPECIAL SKILLS - COMPLETE IF APPLICABLE TO THE POSITION FOR WHICH YOU ARE APPLYING:

Skill Equipment operator      Experience Dozier - Tractor - Skidder
Skill Horse Rider             Experience _____
Skill _____                  Experience _____

Please discuss other specialized skills you feel are pertinent to the job for which you a[re applying]

PLAINTIFF'S EXHIBIT

UNITED STATES MILITARY SERVICE STATUS:

[Pa]st Military Service - FROM  N/A          TO _____
[Bra]nch _____   Rank on discharge _____   Present Status _____

List duties and special training

CONFIDENTIAL

EDUCATION:

|  | NAME OF SCHOOL AND LOCATION | MAJOR AREA OF STUDY and/or DEGREE RECEIVED |
|---|---|---|
| High School | Books Middle School | general |
| Jr. College, College, or University | | |
| Technical or Trade Schools | | |

Honors and Scholarships _____

Grade Average (approx.)  High School _____  College _____ Other _____

**ieral Information:**

Are you legally authorized to work in the United States?  ☒ YES   ☐ NO   If not, what is your present status and do you have a work visa? _____

Have you ever been convicted of a crime?  ☐ YES  ☒ NO  If yes, please explain. Give dates, charge, penalty assessed or disposition. Conviction will not necessarily bar employment. Consideration will be given to the nature of the crime, age at the time of offense, rehabilitation and the position for which you are applying.

_____

_____

Have you ever been discharged from a job?  ☐ YES  ☒ NO   If yes, please explain _____

_____

_____

Have you ever been bonded?  ☐ Yes  ☒ NO   If yes, when and in what job _____

_____

Do you have a valid, active driver's license? ☒ YES ☐ NO   Issuing State __ALABAMA__

Drivers License # _____ Class of License __D__

How long have you been a resident of this City __19 years__ State __AL__

How long at your present address? __19 years__ Give previous address if less than one year at present address _____

Are you over the age of 18? ☒ YES ☐ NO   If hired can you provide proof of age? ☒ YES ☐ NO

**EMPLOYMENT DATA:**

Have you ever been employed by this company before? ☐ YES ☒ NO   If yes, please give dates of employment, position employed, and reason for leaving _____

Please list all jobs (if not listed above), beginning with your present or last employer and working backwards to earlier positions. Account for all periods, including unemployment, self-employment, and military service. If additional space is needed, please list on a separate page or on the back of this form.

#1 DATES - From __Aug-03__ to __11-20-05__   __Union Springs AL__
Company Name, City, and State __Bonnie plant Farm__
Supervisor's Name/Title __Paul Boughton__   SALARY - Start __7⁰⁰__ End __8⁰⁰__
Phone # __738-3104__ May we contact? __Yes__ Final position with the company __Sales Helper__
Reason for leaving? __Job ~~~~ opportunity__

#2 DATES - From _____ to _____
Company Name, City, and State _____
Supervisor's Name/Title _____ SALARY - Start _____ End _____
Phone # _____ May we contact? _____ Final position with the company _____
Reason for leaving? _____

#3 DATES - From _____ to _____
Company Name, City, and State _____
Supervisor's Name/Title _____ SALARY - Start _____ End _____
Phone # _____ May we contact? _____ Final position with the company _____
Reason for leaving? _____

CONFIDENTIAL

#4 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____ SALARY - Start _____ End _____

Phone # _____ May we contact? _____ Final position with the company _____

Reason for leaving? _____

#5 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____ SALARY - Start _____ End _____

Phone # _____ May we contact? _____ Final position with the company _____

Reason for leaving? _____

PERSONAL REFERENCES (Not Former Employers or Relatives)

| Name and Occupation | Address | Phone Number |
|---|---|---|
| Peggy Wood | 9823 Co Rd 15, Union Springs AL | 334) 474) 3666 |
| Bobby Earles | 13679 Co Rd 7, Troy AL | 334) 474) 3540 |
| Daren Hooks | 14043 Co Rd 9, Troy AL | 334) 474) 3317 |

The Pablo Corp. is an Equal Opportunity Employer which endeavors, pursuant to all applicable Federal and State Laws, to give every applicant for employment, and every employee, equal consideration in all matters relating to employment, without regard to race, color, sex, age, religion, national origin, citizenship and disability.

By my signature below, I certify the facts set forth in this application for employment are true and complete to the best of my knowledge and belief, and I agree you may investigate my statements. I agree to permit all past employers to give any information concerning me and release them from liability in furnishing such information. I understand that my employment and, if employed, my continued employment, is conditioned upon my participating in and clearing such security examinations or investigations as may be deemed advisable by the company. I agree to participate in such examinations and investigations when requested to do so by the company, and agree that the company shall be held harmless and free from liability in connection with any security examination or investigation in which I may be involved.

I understand, if employed, false statements on this application shall result in disciplinary action up to and including discharge. Also if employed, I understand that it is the company's policy that all employees who do not have a written employment contract with the company for a specific, fixed term of employment are employed at the company's will. I understand that I would be subject to termination at any time, for any reason, with or without cause or notice.

_William B. Hubbard_    11-17-05
Applicant's Signature

_____
Date Signed