Dept 851

PRINT EMPLOYEE'S NAME ON TAB

# EMPLOYEE RECORDS JACKET

## POSITION HISTORY

| DATE | | POSITION AND DEPARTMENT | PAY RATE | |
|---|---|---|---|---|
| FROM | TO | | AMOUNT | PER |
| 11/21/05 | | Labourer | 8 00 | hr. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLAINTIFF'S EXHIBIT 18

## TERMINATION INFORMATION

DATE TERMINATED 4-28-06       WOULD WE REHIRE? YES ☐ NO ☐

REASON FOR TERMINATION:
Resign in

ADDRESS 12703 CR 7    City TROY    State AL    Zip 36081    Telephone 334-474-3088

City ___ State ___ Zip ___ Telephone ___

City ___ State ___ Zip ___ Telephone ___

SOCIAL SECURITY NO. ___    DATE OF BIRTH 10-14-1986    SEX: ☒ M ☐ F

CITIZEN OF U.S.A.: YES ☒ OTHER (Name) ___

MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ SEPARATED  ☐ WIDOWED  ☐ DIVORCED

NAME OF SPOUSE ___    NO. OF DEPENDENTS ___

IN EMERGENCY NOTIFY Debbie Hubbard    RELATIONSHIP MOM

ADDRESS 12703 CR 7, Troy AL 36081    TELEPHONE (334) 474-3088

RELATIVES WORKING FOR US: NAME ___    RELATIONSHIP ___

EDUCATION: ELEMENTARY ___    HIGH ___    COLLEGE ___    GRADUATE ___

OTHER ___

UNION MEMBER: ☐ YES ☐ NO   UNION (Local) NAME ___

| NAME | DATES | | NAME | DATES | |
|---|---|---|---|---|---|
| | Eligible | Enrolled | | Eligible | Enrolled |
| PENSION PLAN | | | GROUP INSURANCE | | |
| PROFIT SHARING | | | | | |
| CREDIT UNION | | | | | |

COMPANY TRAINING AND SPECIAL SKILLS ___

SECURITY CLEARANCE ___

CONFIDENTIAL DEFENDANT'S PROD. 0064