May Josephadam

**PLAINTIFF'S EXHIBIT 19**

**PLAINTIFF'S EXHIBIT 13** Joel Norman

Dept # 851

PRINT EMPLOYEE'S NAME ON TAB

# EMPLOYEE RECORDS JACKET

ADDRESS 4440 CR 15  Union Sp., AL 36089  334-474-3280

SOCIAL SECURITY NO. _____  DATE OF BIRTH 03-24-81  SEX: ☒M ☐F

CITIZEN OF U.S.A.: YES ☐ OTHER (Name) _____

MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ SEPARATED  ☐ WIDOWED  ☐ DIVORCED

NAME OF SPOUSE _____  NO. OF DEPENDENTS _____

IN EMERGENCY NOTIFY Beth May  RELATIONSHIP Mom
ADDRESS 4340 CR 15 Union Spring AL 36089  TELEPHONE (334) 474-3257

RELATIVES WORKING FOR US: NAME _____ RELATIONSHIP _____

EDUCATION: ELEMENTARY ___ HIGH ___ COLLEGE ___ GRADUATE ___

OTHER _____

## POSITION HISTORY

| DATE FROM | DATE TO | POSITION AND DEPARTMENT | PAY RATE AMOUNT | PER |
|---|---|---|---|---|
| 11/24/05 | | Labourer | 8.00 | hr. |

## TERMINATION INFORMATION

DATE TERMINATED 12-29-05    WOULD WE REHIRE? YES ☐ NO ☐

REASON FOR TERMINATION: Quit  didn't show up for work

(Continue on Reverse, if necessary)

UNION MEMBER: ☐ YES ☐ NO  UNION (Local) NAME _____

| NAME | DATES Eligible | Enrolled | NAME | DATES Eligible | Enrolled |
|---|---|---|---|---|---|
| PENSION PLAN | | | GROUP INSURANCE | | |
| PROFIT SHARING | | | | | |
| CREDIT UNION | | | | | |

COMPANY TRAINING AND SPECIAL SKILLS _____

SECURITY CLEARANCE _____

© Copyright 1890 - 1998 SELECTFORM, INC., Box 3045, Freeport NY 11520 Tel: 800-326-0311

FORM 14 — Printed in U.S.A.

ROBERSON AND ROBERSO  205-871-5115  09/06/2006 02:51  PAGE 11