# The Peble Corp.

**PLAINTIFF'S EXHIBIT 20**

## EMPLOYMENT APPLICATION

PLEASE PRINT ANSWERS TO THE FOLLOWING QUESTIONS CAREFULLY AND IN FULL TO BE CONSIDERED FOR EMPLOYMENT, ALL ITEMS MUST BE COMPLETED, INCLUDING SIGNATURE. THIS APPLICATION IS VALID FOR 30 DAYS. IF YOU WISH TO BE CONSIDERED FOR EMPLOYMENT AFTER THIS APPLICATION EXPIRES, THEN YOU MUST RE-APPLY.

NAME Joseph Adam May   TELEPHONE NUMBER
ADDRESS 4440 Co Rd 15   Home # (334) 474-3280
CITY Union Springs STATE Alabama ZIP 36089   Daytime # (334) 850-0350
SOCIAL SECURITY NUMBER ____

EMPLOYMENT INTERESTS:

Type of work desired Outside labor
Full Time 40 hr week Part Time ____ Temporary ____
Starting pay expected $9.00 hr   Date Available to start 11-21-05

IF APPLICABLE:
Are you willing to travel? NO   If yes, what percentage of the time ____
Would you be willing to relocate? NO

Would you object to:  Irregular work hours ☑ YES ☐ NO   Night work ☑ YES ☐ NO
Swing or fluctuating shift work ☑ YES ☐ NO

SPECIAL SKILLS - COMPLETE IF APPLICABLE TO THE POSITION FOR WHICH YOU ARE APPLYING:

Skill Trapping   Experience 7 years
Skill Tractor Operator   Experience 9 years
Skill Mecanhic   Experience 6 months

Please discuss other specialized skills you feel are pertinent to the job for which you are applying ____

UNITED STATES MILITARY SERVICE STATUS:

Last Military Service - FROM N/A   TO ____
Branch ____ Rank on discharge ____ Present Status ____

List duties and special training

EDUCATION:

| | NAME OF SCHOOL AND LOCATION | MAJOR AREA OF STUDY and/or DEGREE RECEIVED |
|---|---|---|
| High School | Bullock Memorial, Union Springs, AL | General |
| Jr. College, College, or University | Tuskegee University, Tuskegee, AL | G.E.D. |
| Technical or Trade Schools | | |

Honors and Scholarships _____

Grade Average (approx.) High School _____ College _____ Other _____

General Information:

Are you legally authorized to work in the United States? ☒ YES ☐ NO  If not, what is your present status and do you have a work visa? _____

Have you ever been convicted of a crime? ☐ YES ☒ NO  If yes, please explain. Give dates, charge, penalty assessed or disposition. Conviction will not necessarily bar employment. Consideration will be given to the nature of the crime, age at the time of offense, rehabilitation and the position for which you are applying.

_____

Have you ever been discharged from a job? ☐ YES ☒ NO  If yes, please explain _____

_____

Have you ever been bonded? ☐ Yes ☒ NO  If yes, when and in what job _____

Do you have a valid, active driver's license?  ☒ YES  ☐ NO  Issuing State _Alabama_

Driver's License #: _____  Class of License _D_

How long have you been a resident of this City _11 yrs_  State _Alabama_

How long at your present address? _3 yrs_  Give previous address if less than one year at present address _____

Are you over the age of 18?  ☒ YES  ☐ NO  If hired can you provide proof of age?  ☒ YES  ☐ NO

**EMPLOYMENT DATA:**

Have you ever been employed by this company before?  ☐ YES  ☒ NO  If yes, please give dates of employment, position employed, and reason for leaving _____

Please list all jobs (if not listed above), beginning with your present or last employer and working backwards to earlier positions. Account for all periods, including unemployment, self-employment, and military service. If additional space is needed, please list on a separate page or on the back of this form.

#1 DATES - From _Dec "04"_ to _Feb "05"_

Company Name, City, and State _Fine Cutz Deer Pr_   _Union Springs_

Supervisor's Name/Title _Chris Simpson_   SALARY - Start _$7.00/hr_ End _$7.00/hr_

Phone # _738-8732_  May we contact? _Yes_  Final position with the company _____

Reason for leaving? _Seasonal_

#2 DATES - From _March "04"_ to _Sept "04"_

Company Name, City, and State _Brooks Tractor_   _Union Springs, AL_

Supervisor's Name/Title _____  SALARY - Start _$6.25/hr_ End _$6.50/hr_

Phone # _474-3212_  May we contact? _Yes_  Final position with the company _Mecanhic_

Reason for leaving? _Personal_

#3 DATES - From _Feb "03"_ to _Feb "04"_

Company Name, City, and State _Pronto Grassing   Troy, AL_

Supervisor's Name/Title _Chad Thrash_   SALARY - Start _$8.00/hr_ End _$9.00/hr_

Phone # _735-2506_  May we contact? _Yes_  Final position with the company _Labor_

Reason for leaving? Differences with _some_ Employees   CONFIDENTIAL 0105

#4 DATES - From Jan "2000" to Jan "04"

Company Name, City, and State Bonnie Plant Farm  Union Springs, AL

Supervisor's Name/Title Charles May, Mark G / Gene Montgomery Sales Man SALARY - Start $9.00 End $9.00

Phone # 738-3104 May we contact? Yes Final position with the company Sales Helper

Reason for leaving? Not What I wanted Any more.

---

#5 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____ SALARY - Start _____ End _____

Phone # _____ May we contact? _____ Final position with the company _____

Reason for leaving? _____

---

PERSONAL REFERENCES (Not Former Employers or Relatives)

| Name and Occupation | Address | Phone Number |
|---|---|---|
| Peggy Wood | 4823 Co Rd 15, Union Springs, AL | (334) 474-3666 |
| Bobby Earles | 13679 Co Rd 7, Troy, AL | (334) 474-3540 |
| Rodger Hubbard | 12703 Co Rd 7, Troy, AL | (334) 474-3088 |

The Peble Corp. is an Equal Opportunity Employer which endeavors, pursuant to all applicable Federal and State Laws, to give every applicant for employment, and every employee, equal consideration in all matters relating to employment, without regard to race, color, sex, age, religion, national origin, citizenship and disability.

By my signature below, I certify the facts set forth in this application for employment are true and complete to the best of my knowledge and belief, and I agree you may investigate my statements. I agree to permit all past employers to give any information concerning me and release them from liability in furnishing such information. I understand that my employment and, if employed, my continued employment, is conditional upon my participating in and clearing such security examinations or investigations as may be deemed advisable by the company. I agree to participate in such examinations and investigations when requested to do so by the company, and agree that the company shall be held harmless and free from liability in connection with any security examination or investigation in which I may be involved.

I understand, if employed, false statements on this application shall result in disciplinary action up to and including discharge. Also if employed, I understand that it is the company's policy that all employees who do not have a written employment contract with the company for a specific, fixed term of employment are employed at the company's will. I understand that I would be subject to termination at any time, for any reason, with or without cause or notice.

Joseph Adam May
Applicant's Signature

11-17-05
Signed

CONFIDENTIAL
DEFENDANTS PROD
0110

## NEW EMPLOYEE CHECKLIST

Applicant Name: Joseph Adam May

Location: Sedgefields Plantation

Hire Date: 11-21-05

Job Position: Outside Labor

Please have the following completed and check off as you receive. Send this form along with other New Hire paperwork to the Personnel Department:

- ✓ Hiring Manager's Form
- ✓ Employment Application
- ✓ Employee Data form
- ✓ Employment Agreement
- ✓ Authorization and Waiver Form
- ✓ Standard Procedure Form
- N/A I-9 (Immigration and Naturalization form – please attach a copy of the appropriate I.D.)
- ✓ W-4 (Federal Withholding Form)
- ✓ State Withholding
- ✓ State New Hire Form

_____    11/21/05
Hiring Manager Signature         Date

CONFIDENTIAL
DEFENDANT'S PROD   0093