HHMM, forest C.

# 1156

CONFIDENTIAL
DEFENDANT'S PROD. 0082

Dept 851

PRINT EMPLOYEE'S NAME ON TAB ↑

# EMPLOYEE RECORDS JACKET

## POSITION HISTORY

| DATE | | POSITION AND DEPARTMENT | PAY RATE | |
|------|------|---------------------------|---------|-----|
| FROM | TO | | AMOUNT | PER |
| 1/12/06 | | Outside labourer | 8 00 | HR |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## TERMINATION INFORMATION

DATE TERMINATED _____ WOULD WE REHIRE? YES ☐ NO ☐

REASON FOR TERMINATION:

---

ADDRESS 594 CR 191    Union Springs, AL 36089    -334-  474-3557
City    State    Zip    Telephone

PLAINTIFF'S EXHIBIT 21    PENGAD-Bayonne, N. J.

City    State    Zip    Telephone

City    State    Zip    Telephone

SOCIAL SECURITY NO. _____ DATE OF BIRTH 07-20-84 SEX: ☒ M ☐ F

CITIZEN OF U.S.A.: YES ☒ OTHER (Name) _____

MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ SEPARATED ☐ WIDOWED ☐ DIVORCED

NAME OF SPOUSE _____ NO. OF DEPENDENTS _____

IN EMERGENCY NOTIFY Nancy Hamm    RELATIONSHIP Mother

ADDRESS 594 CR 191, Union Springs, AL    TELEPHONE (334) 850-4252

RELATIVES WORKING FOR US: NAME _____ RELATIONSHIP _____

EDUCATION: ELEMENTARY _____ HIGH _____ COLLEGE _____ GRADUATE _____

OTHER _____

---

UNION MEMBER: ☐ YES ☐ NO  UNION (Local) NAME _____

| NAME | DATES | | NAME | DATES | |
|------|----------|----------|------|----------|----------|
| | Eligible | Enrolled | | Eligible | Enrolled |
| PENSION PLAN | | | GROUP INSURANCE | | |
| PROFIT SHARING | | | | | |
| CREDIT UNION | | | | | |

COMPANY TRAINING AND SPECIAL SKILLS _____

SECURITY CLEARANCE _____