PAGE 04

HARRIS, JEFFREY

**PLAINTIFF'S EXHIBIT**
23
PENGAD-Bayonne, N.J.

*1750*

PRINT EMPLOYEE'S NAME ON TAB
(334)

# EMPLOYEE RECORDS JACKET

ADDRESS 242 Orchard Lane    Fitzpatrick AL 36089  738-2502

| | City | State | Zip | Telephone |

| | City | State | Zip | Telephone |

SOCIAL SECURITY NO. _____  DATE OF BIRTH 12·4·67  SEX: ☒ M ☐ F

CITIZEN OF U.S.A.: YES ☒ OTHER (Name) _____

MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ SEPARATED  ☐ WIDOWED  ☐ DIVORCED

NAME OF SPOUSE _____  NO. OF DEPENDENTS _____

IN EMERGENCY NOTIFY Dianne Patterson  RELATIONSHIP Friend
ADDRESS 242 Orchid Lane Fitzpatrick (334) TELEPHONE 738·2502
AL 36089

RELATIVES WORKING FOR US: NAME _____  RELATIONSHIP _____

EDUCATION: ELEMENTARY _____ HIGH _____ COLLEGE _____ GRADUATE _____

OTHER _____

## POSITION HISTORY

| DATE | | POSITION AND DEPARTMENT | PAY RATE | |
|---|---|---|---|---|
| FROM | TO | | AMOUNT | PER |
| 1-6-05 | | Outside laborer | 7 00 | hr |
| 4/06 | | Raise | 7 50 | hr |
| | | | | |

ROBERSON AND ROBERSO

205-871-5115

02:07

09/06/2006

UNION MEMBER: ☐ YES ☐ NO  UNION (Local) NAME _____

| NAME | DATES | | NAME | DATES | |
|---|---|---|---|---|---|
| | Eligible | Enrolled | | Eligible | Enrolled |
| PENSION PLAN | | | GROUP INSURANCE | | |
| PROFIT SHARING | | | | | |
| CREDIT UNION | | | | | |

COMPANY TRAINING AND SPECIAL SKILLS _____

## TERMINATION INFORMATION

DATE TERMINATED _____  WOULD WE REHIRE? YES ☐ NO ☐

REASON FOR _____TION:

SECU ... CLEARANCE