RECEIVED
SEP 12 2005

PLAINTIFF'S
EXHIBIT
24

# The P[...] Corp.

## EMP[LOYMENT APPLI]CATION

PLEASE PRINT ANSWERS TO THE [QUEST]IONS CAREFULLY AND IN INK. TO BE CONSIDERED FOR EMPLOYMENT [ALL ITEMS MU]ST BE COMPLETED, INCLUDING SIGNATURE. THIS APPLICATION IS VALID FOR 30 DAYS. IF YOU WISH TO BE CONSIDERED FOR EMPLOYMENT AFTER THIS APPLICATION EXPIRES, THEN YOU MUST RE-APPLY.

NAME **Jeffrey Harris** TELEPHONE NUMBER

ADDRESS **242 Orchid Ln** Home # **(334) 738-2502**

CITY **Fitzpatrick** STATE **AL** ZIP **36029** Daytime # ( ) -

SOCIAL SECURITY NUMBER _ _

EMPLOYMENT INTERESTS:

Type of work desired **Animal Care (feeding & watering) Tractor Operator**

Full Time **✓** Part Time _____ Temporary _____

Starting pay expected _____ Date Available to start **8 26 05**

### IF APPLICABLE:

Are you willing to travel? **yes** If yes, what percentage of the time **60%**

Would you be willing to relocate? **No**

Would you object to: Irregular work hours ☑ YES ☐ NO   Night work ☑ YES ☐ NO

Swing or fluctuating shift work ☑ YES ☐ NO

SPECIAL SKILLS - COMPLETE IF APPLICABLE TO THE POSITION FOR WHICH YOU ARE APPLYING:

Skill **Forklift** Experience **6 yrs**

Skill **Bush hog** Experience **8 yrs**

Skill **Bush hog Maintanace** Experience **3 yrs**

Please discuss other specialized skills you feel are pertinent to the job for which you are applying

**hunting**

UNITED STATES MILITARY SERVICE STATUS:

Past Military Service - FROM **1985** TO **1986**

**National Guard** Rank on discharge **E1** Present Status **Same**

Past duties and special training

**Ammonition Clerk**

CONFIDENTIAL
DEFENDANT'S PROD.    0058

EDUCATION:

| | NAME OF SCHOOL AND LOCATION | MAJOR AREA OF STUDY and/or DEGREE RECEIVED |
|---|---|---|
| High School | Bullock Co High Shool, Sardis Rd | |
| Jr. College, College, or University | None | |
| Technical or Trade Schools | None | |

Honors and Scholarships __None__

Grade Average (approx.)  High School __C__  College _____  Other _____

General Information:

Are you legally authorized to work in the United States? ☒ YES ☐ NO  If not, what is your present status and do you have a work visa? _____

Have you ever been convicted of a crime? ☒ YES ☐ NO  If yes, please explain. Give dates, charge, penalty assessed or disposition. Conviction will not necessarily bar employment. Consideration will be given to the nature of the crime, age at the time of offense, rehabilitation and the position for which you are applying.

Possesion of Marijane, Misdemeanor 1994 fine paid Rehab 1 yr

Have you ever been discharged from a job? ☐ YES ☒ NO  If yes, please explain _____

Have you ever been bonded? ☐ Yes ☒ NO  If yes, when and in what job _____

CONFIDENTIAL DEFENDANT'S PROD. 0059

Do you have a valid active driver's license? ☑ YES ☐ NO   Issued State AL

Drivers License # _____ Class of License Dm

How long have you been a resident of this City 25 yrs   State Al.

How long at your present address? 5yrs   Give previous address if less than one year at present address _____

Are you over the age of 18? ☑ YES ☐ NO   If hired can you provide proof of age? ☑ YES ☐ NO

**EMPLOYMENT DATA:**

Have you ever been employed by this company before? ☐ YES ☑ NO   If yes, please give dates of employment, position employed, and reason for leaving _____

Please list all jobs (if not listed above), beginning with your present or last employer and working backwards to earlier positions. Account for all periods, including unemployment, self-employment, and military service. If additional space is needed, please list on a separate page or on the back of this form.

#1 DATES - From 1999 to 2001

Company Name, City, and State Winn Dixie mont.

Supervisor's Name/Title Terry   SALARY - Start 9:50 End 11:25

Phone # N/A   May we contact? yes   Final position with the company loader

Reason for leaving? 2 Back Surgerys

#2 DATES - From 1993 to 1999

Company Name, City, and State Mr. turf Banks Al.

Supervisor's Name/Title Rob Cameron   SALARY - Start 4:50 End 8:50

Phone # _____   May we contact? yes   Final position with the company Mower maintance

Reason for leaving? Financial

#3 DATES - From 1987 to 1993

Company Name, City, and State National Industries

Supervisor's Name/Title Wendy bronson   SALARY - Start 4.25 End 4:75

Phone # N/A   May we contact? yes  Moved to mexico  Final position with the company Stock man

Reason for leaving? Financial

CONFIDENTIAL
DEFENDANT'S PROD.   0060

#4 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____ SALARY - Start _____ End _____

Phone # _____ May we contact? _____ Final position with the company _____

Reason for leaving? _____

#5 DATES - From _____ to _____

Company Name, City, and State _____

Supervisor's Name/Title _____ SALARY - Start _____ End _____

Phone # _____ May we contact? _____ Final position with the company _____

Reason for leaving? _____

PERSONAL REFERENCES (Not Former Employers or Relatives)

| Name and Occupation | Address | Phone Number |
|---|---|---|
| Henry Himmons | Rt 2 Box 9nn Union Springs Al | 334-738-4547 |
| Stan Williams | Adams Ridge | 334-738-5998 |
| | | |

The Peble Corp. is an Equal Opportunity Employer which endeavors, pursuant to all applicable Federal and State Laws, to give every applicant for employment, and every employee, equal consideration in all matters relating to employment, without regard to race, color, sex, age, religion, national origin, citizenship and disability.

By my signature below, I certify the facts set forth in this application for employment are true and complete to the best of my knowledge and belief, and I agree you may investigate my statements. I agree to permit all past employers to give any information concerning me and release them from liability in furnishing such information. I understand that my employment and, if employed, my continued employment, is conditional upon my participating in and clearing such security examinations or investigations as may be deemed advisable by the company. I agree to participate in such examinations and investigations when requested to do so by the company, and agree that the company shall be held harmless and free from liability in connection with any security examination or investigation in which I may be involved.

I understand, if employed, false statements on this application shall result in disciplinary action up to and including discharge. Also if employed, I understand that it is the company's policy that all employees who do not have a written employment contract with the company for a specific, fixed term of employment are employed at the company's will. I understand that I would be subject to termination at any time, for any reason, with or without cause or notice.

_____
Applicant's Signature

8-30-05
Date Signed

CONFIDENTIAL
DEFENDANT'S PROD.    0061