CONFIDENTIAL
DEFENDANT'S PROD.
0070

PLAINTIFF'S EXHIBIT 26

Dept 851

PRINT EMPLOYEE'S NAME ON TAB

# EMPLOYEE RECORDS JACKET

ADDRESS: 966 Johnson St.  Union Springs, AL 36089  738-4523

## POSITION HISTORY

| DATE FROM | TO | POSITION AND DEPARTMENT | PAY RATE AMOUNT | PER |
|---|---|---|---|---|
| 3/16/01 | | outside labourer | 6.50 | hr. |
| 4/1/05 | | Raise | 7.80 | hr. |
| 4/1/06 | | Raise | 8.00 | hr. |

SOCIAL SECURITY NO. _____  DATE OF BIRTH 12·28·62  SEX: ☒M ☐F

CITIZEN OF U.S.A.: ☒YES ☐OTHER (Name) _____

MARITAL STATUS: ☒SINGLE ☐MARRIED ☐SEPARATED ☐WIDOWED ☐DIVORCED

NAME OF SPOUSE _____ NO. OF DEPENDENTS 1

IN EMERGENCY NOTIFY _____ RELATIONSHIP _____

ADDRESS _____ TELEPHONE _____

RELATIVES WORKING FOR US: NAME _____ RELATIONSHIP _____

EDUCATION: ELEMENTARY _____ HIGH _____ COLLEGE _____ GRADUATE _____

OTHER _____

UNION MEMBER: ☐YES ☐NO  UNION (Local) NAME _____

| NAME | DATES Eligible | Enrolled | NAME | DATES Eligible | Enrolled |
|---|---|---|---|---|---|
| PENSION PLAN | | | GROUP INSURANCE | | |
| PROFIT SHARING | | | | | |
| CREDIT UNION | | | | | |

## TERMINATION INFORMATION

DATE TERMINATED _____ WOULD WE REHIRE? YES ☐ NO ☐

REASON FOR TERMINATION: _____

COMPANY TRAINING AND SPECIAL SKILLS _____

SECURITY CLEARANCE _____