3577

| FOSTER EMPLOYEE NO. | DEPARTMENT 851 | NORRIS FOSTER EMPLOYEE NAME | | 050705 PERIOD END | 3577 CHECK NO. |
|---|---|---|---|---|---|
| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular  7.00 | 80.00 | 560.00 | 2,756.25 | FIT W/H | 0.00 | 0.00 |
| Overtime 10.50 | 4.00 | 42.00 | 112.89 | SS | 37.33 | 177.89 |
| | | | | Med | 8.73 | 41.60 |
| | | | | AL W/H | 20.68 | 96.35 |

PLAINTIFF'S EXHIBIT 28

| PAY RATE | 602.00 CURRENT EARNINGS | 66.74 CURRENT DEDUCTIONS | 535.26 NET PAY | 2,869.14 Y.T.D. EARNINGS | NOT AVAIL Y.T.D. DEDUCTIONS | NOT AVAIL Y.T.D. NET PAY |

---

MID STATE LAND & TIMBER CO. / PAYROLL ACCOUNT          3614

| FOSTER EMPLOYEE NO. | DEPARTMENT 851 | NORRIS FOSTER EMPLOYEE NAME | | 86-0... 070205 PERIOD END | 3614 CHECK NO. |
|---|---|---|---|---|---|
| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular  7.00 | 80.00 | 560.00 | 4,991.00 | FIT W/H | 0.00 | 0.00 |
| Overtime 10.50 | 17.50 | 183.75 | 538.15 | SS | 46.12 | 342.81 |
| | | | | Med | 10.78 | 80.17 |
| | | | | AL W/H | 27.76 | 191.65 |
| | | | | GARNISH'T #1 | 38.08 | 152.32 |
| | | | | GARNISH'T #2 | 15.86 | 53.44 |
| | | | | GARNISH'T #3 | 57.69 | 230.76 |

| PAY RATE | 743.75 CURRENT EARNINGS | 196.29 CURRENT DEDUCTIONS | 547.46 NETPAY | 5,529.15 Y.T.D. EARNINGS | NOT AVAIL Y.T.D. DEDUCTIONS | NOT AVAIL Y.T.D. NET PAY |

---

MID STATE LAND & TIMBER CO. / PAYROLL ACCOUNT          3653

| FOSTER EMPLOYEE NO. | DEPARTMENT 851 | NORRIS FOSTER EMPLOYEE NAME | | 082705 PERIOD END | 3653 CHECK NO. |
|---|---|---|---|---|---|
| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular  7.00 | 80.00 | 560.00 | 7,164.50 | FIT W/H | 0.00 | 0.00 |
| Overtime 10.50 | 13.50 | 141.75 | 808.53 | SS | 43.51 | 494.33 |
| | | | | Med | 10.18 | 115.61 |
| | | | | AL W/H | 25.66 | 276.15 |
| | | | | GARNISH'T #1 | 38.08 | 304.64 |
| | | | | GARNISH'T #2 | 15.86 | 126.88 |
| | | | | GARNISH'T #3 | 57.69 | 461.52 |

Norris Foster
0003

**Check 3663**

FOSTER — EMPLOYEE NO. | DEPARTMENT 851 | NORRIS FOSTER | PERIOD END 091005 | CHECK NO. 3663

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 7.00 | 78.25 | 547.75 | FIT W/H | 0.00 | 0.00 |
| Regular | 7.00 | 8.00 | 56.00 | 7,768.25 | SS | 44.43 | 538.76 |
| Overtime | 10.50 | 10.75 | 112.88 | 921.41 | Med | 10.39 | 126.00 |
| | | | | AL W/H | 26.41 | 302.56 |
| | | | | GARNISH'T #1 | 38.08 | 342.72 |
| | | | | GARNISH'T #2 | 15.86 | 142.74 |
| | | | | GARNISH'T #3 | 57.69 | 519.21 |

PLAINTIFF'S EXHIBIT 28

| PAY RATE | CURRENT EARNINGS 716.63 | CURRENT DEDUCTIONS 192.86 | NET PAY 523.77 | Y.T.D. EARNINGS 8,689.66 | Y.T.D. DEDUCTIONS NOT AVAIL | Y.T.D. NET PAY NOT AVAIL |

---

MID STATE LAND & TIMBER CO. / PAYROLL ACCOUNT  3674

FOSTER | DEPARTMENT 851 | NORRIS FOSTER | PERIOD END 092405 | CHECK NO. 3674

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 7.00 | 80.00 | 560.00 | 8,328.25 | FIT W/H | 0.00 | 0.00 |
| Overtime | 10.50 | 20.25 | 212.63 | 1,134.04 | SS | 47.08 | 585.84 |
| | | | | Med | 11.01 | 137.01 |
| | | | | AL W/H | 28.54 | 331.10 |
| | | | | GARNISH'T #1 | 38.08 | 380.80 |
| | | | | GARNISH'T #2 | 15.86 | 158.60 |
| | | | | GARNISH'T #3 | 57.69 | 576.90 |
| | | | | CAFE INS/PREM | 13.28 | 13.28 |

| PAY RATE | CURRENT EARNINGS 772.63 | CURRENT DEDUCTIONS 211.54 | NET PAY 561.09 | Y.T.D. EARNINGS 9,462.29 | Y.T.D. DEDUCTIONS NOT AVAIL | Y.T.D. NET PAY NOT AVAIL |

---

MID STATE LAND & TIMBER CO. / PAYROLL ACCOUNT  3686

FOSTER | DEPARTMENT 851 | NORRIS FOSTER | PERIOD END 100805 | CHECK NO. 3686

| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 7.00 | 80.00 | 560.00 | 8,888.25 | FIT W/H | 0.00 | 0.00 |
| Overtime | 10.50 | 12.25 | 128.63 | 1,262.67 | SS | 41.87 | 627.71 |
| | | | | Med | 9.79 | 146.80 |
| | | | | AL W/H | 23.31 | 354.41 |
| | | | | GARNISH'T #1 | 38.08 | 418.88 |
| | | | | GARNISH'T #2 | 15.86 | 174.46 |
| | | | | GARNISH'T #3 | 57.69 | 634.59 |
| | | | | CAFE INS/PREM | 13.28 | 26.56 |
| | | | | 401k Cont. | 20.66 | 20.66 |

Norris Foster
0004

| PAY RATE | CURRENT EARNINGS 688.63 | CURRENT DEDUCTIONS 220.54 | NET PAY 468.09 | Y.T.D. EARNINGS 10,150.92 | Y.T.D. DEDUCTIONS NOT AVAIL | Y.T.D. NET PAY NOT AVAIL |

| FOSTER EMPLOYEE NO. | DEPARTMENT 851 | NORRIS FOSTER EMPLOYEE NAME | | | 102205 PERIOD END | 3697 CHECK NO. |
|---|---|---|---|---|---|---|
| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular  7.00 | 80.00 | 560.00 | 9,448.25 | FIT W/H | 0.00 | 0.00 |
| Overtime 10.50 | 15.25 | 160.13 | 1,422.80 | SS | 44.24 | 671.95 |
| | | | | Med | 10.35 | 157.15 |
| | | | | AL W/H | 25.17 | 379.58 |
| | | | | GARNISH'T #1 | 38.08 | 456.96 |
| | | | | GARNISH'T #2 | 15.86 | 190.32 |
| | | | | GARNISH'T #3 | 57.69 | 692.28 |
| | | | | CAFE INS/PREM | 6.64 | 33.20 |
| | | | | 401k Cont. | 21.60 | 42.26 |
| PAY RATE 720.13 | CURRENT EARNINGS | 219.63 CURRENT DEDUCTIONS | 500.50 NET PAY | 10,871.05 Y.T.D. EARNINGS | NOT AVAIL Y.T.D. DEDUCTIONS | NOT AVAIL Y.T.D. NET PAY |

PLAINTIFF'S EXHIBIT 28

---

MID STATE LAND & TIMBER CO. / PAYROLL ACCOUNT                                  3708

| FOSTER EMPLOYEE NO. | DEPARTMENT 851 | NORRIS FOSTER EMPLOYEE NAME | | | 110505 PERIOD END | 3708 CHECK NO. |
|---|---|---|---|---|---|---|
| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular  7.00 | 80.00 | 560.00 | 10,008.25 | FIT W/H | 0.00 | 0.00 |
| Overtime 10.50 | 15.50 | 162.75 | 1,585.55 | SS | 46.46 | 718.41 |
| TIPS | | 33.33 | 33.33 | Med | 10.87 | 168.02 |
| | | | | AL W/H | 26.92 | 406.50 |
| | | | | GARNISH'T #1 | 38.08 | 495.04 |
| | | | | GARNISH'T #2 | 15.86 | 206.18 |
| | | | | GARNISH'T #3 | 57.69 | 749.97 |
| | | | | CAFE INS/PREM | 6.64 | 39.84 |
| | | | | 401k Cont. | 22.68 | 64.94 |
| PAY RATE 756.08 | CURRENT EARNINGS | 225.20 CURRENT DEDUCTIONS | 530.88 NET PAY | 11,627.13 Y.T.D. EARNINGS | NOT AVAIL Y.T.D. DEDUCTIONS | NOT AVAIL Y.T.D. NET PAY |

---

MID STATE LAND & TIMBER CO. / PAYROLL ACCOUNT                                  3730

| FOSTER EMPLOYEE NO. | DEPARTMENT 851 | NORRIS FOSTER EMPLOYEE NAME | | | 120105 PERIOD END | 3730 CHECK NO. |
|---|---|---|---|---|---|---|
| EARNINGS | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| BONUS | | 100.00 | 100.00 | FIT W/H | 0.00 | 0.00 |
| | | | | SS | 6.20 | 765.27 |
| | | | | Med | 1.45 | 178.97 |
| | | | | AL W/H | 0.00 | 428.87 |
| | | | | 401k Cont. | 3.00 | 87.81 |

Norris Foster
0005

ROBERSON AND ROBERSO

3754

| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|
| FOSTER | 851 | NORRIS FOSTER | | 121705 | 3754 |

| EARNINGS | | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular | 7.00 | 78.50 | 549.50 | 11,628.75 | FIT W/H | 0.00 | 0.00 |
| Overtime | 10.50 | 7.75 | 81.38 | 1,792.94 | SS | 38.71 | 839.81 |
| | | | | | Med | 9.06 | 196.41 |
| | | | | | AL W/H | 20.84 | 468.31 |
| | | | | | GARNISH'T #1 | 38.08 | 609.28 |
| | | | | | GARNISH'T #2 | 15.86 | 253.76 |
| | | | | | GARNISH'T #3 | 57.69 | 923.04 |
| | | | | | CAFE INS/PREM | 6.64 | 59.76 |
| | | | | | 401k Cont. | 18.93 | 124.28 |

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 630.88 | 205.81 | 425.07 | 13,605.02 | NOT AVAIL | NOT AVAIL |


PLAINTIFF'S EXHIBIT 28

---

MID STATE LAND & TIMBER CO. / PAYROLL ACCOUNT

3767

| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | | PERIOD END | CHECK NO. |
|---|---|---|---|---|---|
| FOSTER | 851 | NORRIS FOSTER | | 123105 | 3767 |

| EARNINGS | | HRS./UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular | 7.50 | 61.75 | 463.13 | | FIT W/H | 0.00 | 0.00 |
| Regular | 7.50 | 8.00 | 60.00 | 523.13 | SS | 32.02 | 32.02 |
| | | | | | Med | 7.49 | 7.49 |
| | | | | | AL W/H | 15.62 | 15.62 |
| | | | | | GARNISH'T #1 | 38.08 | 38.08 |
| | | | | | GARNISH'T #2 | 15.86 | 15.86 |
| | | | | | GARNISH'T #3 | 57.69 | 57.69 |
| | | | | | CAFE INS/PREM | 6.64 | 6.64 |
| | | | | | 401k Cont. | 15.69 | 15.69 |

Norris Foster
0006

523.13   189.09