## Copy B—To Be Filed With Employee's FEDERAL Tax Return.

39-1908647
OMB No. 1545-0008

| a Control number | 1 Wages, tips, other comp. 13420.98 | 2 Federal income tax withheld 0.00 |
|---|---|---|
| b Employer ID no. (EIN) -0741681 | 3 Social security wages 13545.26 | 4 Social security tax withheld 839.81 |
| | 5 Medicare wages and tips 13545.26 | 6 Medicare tax withheld 196.41 |

c Employer's name, address, and ZIP code
Mid State Land & Timber Co.
2212 B Street
Meridian, Ms
39301

d Employee's social security number

e Employee's name, address, and ZIP code
NORRIS FOSTER
3282 CO RD 47
MIDWAY, AL
36053

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Advance EIC payment 0.00 |
|---|---|---|
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12a Code  See Inst. for box 12  D  124.28 |
| 13 Statutory employee | 14 Other | 12b Code E 0.00 |
| Retirement plan X | | 12c Code F 0.00 |
| Third-party sick pay | | 12d Code G 0.00 |

| AL | 344548 | 13420.98 | 468.31 |
|---|---|---|---|
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement  2005  Dept. of the Treasury — IRS
This Information is being furnished to the Internal Revenue Service.

---

PLAINTIFF'S EXHIBIT

---

## Copy C—For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B.)

39-1908647
OMB No. 1545-0008

| a Control number | 1 Wages, tips, other comp. 13420.98 | 2 Federal income tax withheld 0.00 |
|---|---|---|
| b Employer ID no. (EIN) 64-0741681 | 3 Social security wages 13545.26 | 4 Social security tax withheld 839.81 |
| | 5 Medicare wages and tips 13545.26 | 6 Medicare tax withheld 196.41 |

c Employer's name, address, and ZIP code
Mid State Land & Timber Co.
2212 B Street
Meridian, Ms
39301

e Employee's name, address, and ZIP code
NORRIS FOSTER
3282 CO RD 47
MIDWAY, AL
36053

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Advance EIC payment 0.00 |
|---|---|---|
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12a Code  See Inst. for box 12  D  124.28 |
| 13 Statutory employee | 14 Other | 12b Code E 0.00 |
| Retirement plan X | | 12c Code F 0.00 |
| Third-party sick pay | | 12d Code G 0.00 |

| AL | 344548 | 13420.98 | 468.31 |
|---|---|---|---|
| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement  2005  Dept. of the Treasury — IRS

---

## Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return.

39-1908647
OMB No. 1545-0008

| a Control number | 1 Wages, tips, other comp. 13420.98 | 2 Federal income tax withheld 0.00 |
|---|---|---|
| b Employer ID no. (EIN) 64-0741681 | 3 Social security wages 13545.26 | 4 Social security tax withheld 839.81 |
| | 5 Medicare wages and tips 13545.26 | 6 Medicare tax withheld 196.41 |

c Employer's name, address, and ZIP code
Mid State Land & Timber Co.
2212 B Street
Meridian, Ms
39301

e Employee's name, address, and ZIP code
NORRIS FOSTER
3282 CO RD 47
MIDWAY, AL
36053

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Advance EIC payment 0.00 |
|---|---|---|
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12a Code D 124.28 |
| 13 Statutory employee | 14 Other | 12b Code E 0.00 |
| Retirement plan X | | 12c Code F 0.00 |
| Third-party sick pay | | 12d Code G 0.00 |

| AL | 344548 | 13420.98 | 468.31 |
|---|---|---|---|
| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2  Norris Foster  2005  Dept. of the Treasury — IRS