Sherry,

Here are my suggestions for 2006 raises for Sedgefields Plantation employees. We discussed a change for Denise (hourly to salary) so I put down a figure for her.

| | |
|---|---|
| Norris Foster | $0.50 |
| Willie B. Mack | $0.50 |
| Katie Woods | $0.25 |
| Brenda Tarver | $0.25 |
| Demetrius Parhams | $0.50 |
| Jeffrey Harris | $0.50 |
| Henry Tarver | $0.50 |
| | |
| Will Hubbard | ------ part-time just started |
| Adam May | ------ part-time just started |
| | |
| Roy Lee | $1,500 |
| Joel Norman | ------ |
| | |
| Denise Pierce | Need to move from hourly to salary, $32,000/year |

Thanks,

*[signature]*