

# AMERICAN FIELD
### THE SPORTSMAN'S JOURNAL

## HISTORIC SEDGEFIELDS PLANTATION SOLD
### *Home of the National Amateur Free-for-All Championship*

Colorado Springs-based Orvis/Cushman & Wakefield announced June 9 the closing of the sale of th acre world-famous Sedgefields Plantation in Union Springs, Ala.

Sedgefields is considered one of the foremost preserves for quail hunting and boasts trophy bass fish 370+ acres of lakes. The plantation was sold for $32 million to Tolleson Land Investment Properties Alabama, LLC, which has indicated intentions to preserve the plantation as a recreational property.

The plantation was assembled in the 1920s by appliance tycoon Lewis B. Maytag, who named it Sec for the beautiful broomsedge that grows on the rolling hills of the property. Sedgefields drew celebri hunters from across the nation for decades including the likes of the late Bob Hope and Bing Crosby Renowned for its ongoing legacy as the site of the prestigious National Amateur Free-for-All Champ the plantation houses champion bird dogs in its kennels and horses in its historic barns.

Paul Broadhead of Meridian, Miss., the seller, bought the land in 1997 for about $14 million.

Back to Homepage



PLAINTIFF'S EXHIBIT 31