# Sedgefields Plantation
## Employee Organization Chart
### March 24, 2006


PLAINTIFF'S EXHIBIT 32



- **David Carroll** — General Manager
  - **Denise Pierce** — Lodge Manager
    - Katie Woods — Cook, Housekeeping
    - Brenda Tarver — Cook, Housekeeping
  - **Roy Lee** — Deer Operations Manager, Head of Grounds Crew
    - Demetrius Parham — Farm Labor, Grounds Crew
    - Henry Tarver — Farm Labor, Grounds Crew
  - **Joel Norman** — Quail Operations Manager
    - Chance Ham — Farm Labor
    - Will Hubbard — Farm Labor
    - Willie Mack — Farm Labor, Grounds Crew