# The Peble Corp.

## EMPLOYMENT APPLICATION

*PLEASE PRINT ANSWERS TO THE FOLLOWING QUESTIONS CAREFULLY AND IN INK. TO BE CONSIDERED FOR EMPLOYMENT, ALL ITEMS MUST BE COMPLETED, INCLUDING SIGNATURE. THIS APPLICATION IS VALID FOR 30 DAYS. IF YOU WISH TO BE CONSIDERED FOR EMPLOYMENT AFTER THIS APPLICATION EXPIRES, THEN YOU MUST RE-APPLY.*

NAME _Corey Balkcom_   TELEPHONE NUMBER

ADDRESS _1114 Hwy 239_   Home # _(334) 738-8105_

CITY _Union Springs_   STATE _Al_   ZIP _36089_   Daytime # _(334) 738-3267_

SOCIAL SECURITY NUMBER _

EMPLOYMENT INTERESTS:

> PLAINTIFF'S EXHIBIT
> 33
> PENGAD-Bayonne, N. J.

Type of work desired _____

Full Time _✓_   Part Time _____   Temporary _____

Starting pay expected _____   Date Available to start _today_

IF APPLICABLE:

Are you willing to travel? _yes_   If yes, what percentage of the time _Most_

Would you be willing to relocate? _yes_

Would you object to:   Irregular work hours ☐ YES ☒ NO   Night work ☐ YES ☒ NO

Swing or fluctuating shift work ☐ YES ☒ NO

**SPECIAL SKILLS** - COMPLETE IF APPLICABLE TO THE POSITION FOR WHICH YOU ARE APPLYING:

Skill _Disel Mechanic_   Experience _20 yrs_

Skill _welding_   Experience _3 yrs_

Skill _____   Experience _____

Please discuss other specialized skills you feel are pertinent to the job for which you are applying _operate heavy equipment such as, tractors, skidders, big trucks_

UNITED STATES MILITARY SERVICE STATUS:

Past Military Service - FROM _Sept. 1988_   TO _Dec 1997_

Branch _Marines_   Rank on discharge _E-5_   Present Status _EAS_

List duties and special training

_Enlist Instructor_

CONFIDENTIAL

**EDUCATION:**

|  | NAME OF SCHOOL AND LOCATION | MAJOR AREA OF STUDY and/or DEGREE RECEIVED |
|---|---|---|
| High School | Bullock County High School Union Springs, Al. | |
| Jr. College, College, or University | | |
| Technical or Trade Schools | | |

Honors and Scholarships _____

Grade Average (approx.)  High School __12__ College _____ Other _____

**General Information:**

Are you legally authorized to work in the United States? ☑ YES  ☐ NO If not, what is your present status and

do you have a work visa? _____

Have you ever been convicted of a crime? ☐ YES  ☑ NO If yes, please explain. Give dates, charge, penalty assessed or disposition. Conviction will not necessarily bar employment. Consideration will be given to the nature of the crime, age at the time of offense, rehabilitation and the position for which you are applying.

_____

_____

Have you ever been discharged from a job? ☐ YES  ☑ NO If yes, please explain _____

_____

_____

Have you ever been bonded? ☐ Yes  ☑ NO    If yes, when and in what job _____

_____

_____

CONFIDENTIAL

Do you have a valid, active driver's license?  ☐ YES  ☑ NO  Issuing State _____

Drivers License # _____  Class of License _____

How long have you been a resident of this City _24yrs_____ State _24yrs_____

How long at your present address? _8yrs_____ Give previous address if less than one year at present

address _____

Are you over the age of 18?  ☑ YES  ☐ NO  If hired can you provide proof of age?  ☑ YES  ☐ NO

**EMPLOYMENT DATA:**

Have you ever been employed by this company before?  ☐ YES  ☑ NO  If yes, please give dates of

employment, position employed, and reason for leaving _____

_____

Please list all jobs (if not listed above), beginning with your present or last employer and working backwards
to earlier positions.  Account for all periods, including unemployment, self-employment, and military service.
If additional space is needed, please list on a separate page or on the back of this form.

#1 DATES - From _Dec 1997_____ to _Fed. 2004_____

Company Name, City, and State _Walker Logging Co. Inc._

Supervisor's Name/Title _P. J. Walker  Owner_  SALARY - Start _$8.00ph_ End _$10.25ph_

Phone # _334-738-2920_  May we contact? _yes_  Final position with the company _Mechanic_

Reason for leaving? _job got slow, worked on + off up until March 2005_

#2 DATES - From _March 2005_____ to _April 2005_____

Company Name, City, and State _McWhorter's Auto_

Supervisor's Name/Title _Wiley McWhorter_  SALARY - Start _very_ End _____

Phone # _____ May we contact? _yes_ Final position with the company _Mechanic_

Reason for leaving? _the pay wasn't there_

#3 DATES - From _Sept 1988_____ to _Dec. 1997_____

Company Name, City, and State _U.S. Marine Corps_

Supervisor's Name/Title _SSgt. Smith_  SALARY - Start _____ End _____

Phone # _____ May we contact? _____ Final position with the company _Enlisted_

Reason for leaving? _Instructer, taught Combat Survial_

CONFIDENTIAL

#4 DATES - From_____ to_____

Company Name, City, and State_____

Supervisor's Name/Title_____ SALARY - Start_____End_____

Phone #_____ May we contact?_____Final position with the company_____

Reason for leaving?_____

#5 DATES - From_____ to_____

Company Name, City, and State_____

Supervisor's Name/Title_____ SALARY - Start_____End_____

Phone #_____May we contact?_____Final position with the company_____

Reason for leaving?_____

## PERSONAL REFERENCES (Not Former Employers or Relatives)

| Name and Occupation | Address | Phone Number |
| --- | --- | --- |
| Raymond Rodgers (Sheriff) | Union Springs | 334) 738-3131 |
| Danny Pierce | Union Springs | |
| Jake Wheeler (Chief Police) | Union Springs | 334) 738-313) |

The Peble Corp. is an Equal Opportunity Employer which endeavors, pursuant to all applicable Federal and State Laws, to give every applicant for employment, and every employee, equal consideration in all matters relating to employment, without regard to race, color, sex, age, religion, national origin, citizenship and disability.

By my signature below, I certify the facts set forth in this application for employment are true and complete to the best of my knowledge and belief, and I agree you may investigate my statements. I agree to permit all past employers to give any information concerning me and release them from liability in furnishing such information. I understand that my employment and, if employed, my continued employment, is conditional upon my participating in and clearing such security examinations or

investigations as may be deemed advisable by the company. I agree to participate in such examinations and investigations when requested to do so by the company, and agree that the company shall be held harmless and free from liability in connection with any security examination or investigation in which I may be involved.

I understand, if employed, false statements on this application shall result in disciplinary action up to and including discharge. Also if employed, I understand that it is the company's policy that all employees who do not have a written employment contract with the company for a specific, fixed term of employment are employed at the company's will. I understand that I would be subject to termination at any time, for any reason, with or without cause or notice.

_Corey Balkcom_
Applicant's Signature

_5/10/05_
Date Signed

CONFIDENTIAL