Mid-State Land & Timber, Co. Prepared - 2/23/2007

| Year Worked | Last Name | First Name | MLT Div | DOH | Hours | Annual Compensation | Rate Hour/BiW | |
|---|---|---|---|---|---|---|---|---|
| 1/1 - 12/31 | | | | | | | | |
| 2005 | Armenda-Pineda | Yolanda | 2 | 12/27/2004 | 210 | 1,372.50 | 6.54 | BM |
| 2005 | Balkcom | Corey | 2 | 5/27/2005 | 92 | 686.00 | 7.00 | |
| 2005 | Beckwith, Jr | William H | 2 | 8/5/2005 | 389 | 3,293.00 | 8.00 | WM |
| 2005 | Carroll | David F | 2 | 4/18/2005 | 1,240 | 44,711.61 | 2,884.62 | |
| 2005 | Foster | Norris | 2 | 2/8/2005 | 1,671 | 12,289.51 | 7.00 | BM |
| 2005 | Harris | Jeffery | 2 | 9/16/2005 | 495 | 3,721.46 | 7.00 | BM |
| 2005 | Howington | Stacy | 2 | 12/24/2004 | 461 | 5,018.63 | 9.00 | ? |
| 2005 | Hubbard | William | 2 | 12/9/2005 | 154 | 1,261.00 | 8.00 | WM |
| 2005 | Lee | Roy | 2 | 9/8/2000 | 2,944 | 47,230.50 | 1,538.46 | BM |
| 2005 | Mack | Willie | 2 | 4/2/2004 | 2,167 | 17,126.03 | 7.50 | BM |
| 2005 | Nopal | Dorotea | 2 | 3/5/2004 | 44 | 309.75 | 7.00 | ? |
| 2005 | Norman | Joel S | 2 | 10/14/2005 | 360 | 12,115.40 | 2,692.31 | WM |
| 2005 | Parhams | Demetius | 2 | 7/23/2004 | 2,133 | 15,746.79 | 7.00 | BM |
| 2005 | Pierce | Denise | 2 | 9/6/2002 | 2,330 | 29,243.10 | 11.50 | WF |
| 2005 | Tirado | Griselda | 2 | 11/19/2003 | 254 | 1,887.38 | 7.00 | Hisp. |
| 2005 | Traver | Brenda | 2 | 1/16/2005 | 1,816 | 15,105.00 | 8.00 | BF |
| 2005 | Traver | Henry L | 2 | 6/24/2005 | 1,041 | 7,634.39 | 7.00 | BM |
| 2005 | Walker | Charlie | 2 | 10/15/2004 | 360 | 2,012.40 | 5.59 | |
| 2005 | Woods | Katie Mae | 2 | 1/16/2005 | 1,829 | 17,244.54 | 9.00 | BF |
| | | | | | | | | |
| 1/1 - 12/31 | | | | | | | | |
| 2006 | Carroll | David F | 2 | 4/29/2005 | 923 | 33,290.66 | 2,884.40 | WM |
| 2006 | Foster | Norris | 2 | 9/14/1999 | 70 | 523.13 | 7.50 | BM |
| 2006 | Hamm | Forest | 2 | 1/20/2006 | 865 | 7,420.00 | 8.00 | WM |
| 2006 | Harris | Jeffery | 2 | 9/15/2005 | 130 | 973.13 | 7.50 | BM |
| 2006 | Hubbard | William | 2 | 12/9/2005 | 826 | 7,192.00 | 8.00 | WM |
| 2006 | Lee | Roy | 2 | 9/8/2000 | 1,009 | 20,285.35 | 1,600.90 | BM |
| 2006 | Mack | Willie | 2 | 4/2/2004 | 939 | 7,647.72 | 8.00 | BM |
| 2006 | May | Joseph | 2 | 12/9/2005 | 59 | 470.00 | 8.00 | WM |
| 2006 | Norman | Joel S | 2 | 10/14/2005 | 907 | 30,561.84 | 2,692.30 | WM |
| 2006 | Parhams | Demetius | 2 | 7/23/2004 | 1,088 | 8,749.08 | 7.50 | BM |
| 2006 | Pierce | Denise | 2 | 9/6/2002 | 1,082 | 16,656.93 | 1,230.77 | WF |
| 2006 | Tarver | Henry | 2 | 6/24/2005 | 1,180 | 9,508.53 | 7.50 | BM |
| 2006 | Tarver | Brenda | 2 | 2/4/2005 | 1,068 | 9,255.21 | 8.25 | BF |
| 2006 | Woods | Katie Mae | 2 | 2/4/2005 | 1,097 | 10,601.40 | 9.25 | BF |

