

PLAINTIFF'S EXHIBIT 35

| 1/1 - 12/31 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2003 | Dickey | Anthony | 2 | 5/24/2003 | 1,526 | 14,835.92 | 8.50 | WM |
| 2003 | Lee | Joseph | 2 | 4/5/2002 | 672 | 4,458.21 | 6.50 | BM |
| 2003 | Lee | Roy | 2 | 9/8/2000 | 3,119 | 37,213.29 | 11.00 | BM |
| 2003 | Pierce | Denise | 2 | 9/6/2002 | 1,178 | 12,098.75 | 10.00 | WF |
| 2003 | Rosales | Rosa | 2 | 12/2/2003 | 122 | 701.33 | 5.65 | |
| 2003 | Ryan III | Anthony | 2 | 3/19/2003 | 663 | 4,373.71 | 6.50 | |
| 2003 | Silva | Manuel | 2 | 11/9/2003 | 234 | 1,559.50 | 6.00 | |
| 2003 | Sykes | Charles | 2 | 2/1/2003 | 1,380 | 10,615.42 | 461.54 | WM |
| 2003 | Terrell | Kevin | 2 | 10/20/2003 | 242 | 1,552.00 | 6.00 | |
| 2003 | Tirado | Griselda | 2 | 11/19/2003 | 192 | 1,291.00 | 6.00 | Hisp. F. |
| 1/1 - 12/31 | | | | | | | | |
| 2004 | Cisneros | Fortino | 2 | 4/2/2004 | 611 | 4,092.58 | 6.50 | Hisp. M. |
| 2004 | Dickey | Anthony | 2 | 5/24/2003 | 670 | 6,441.34 | 8.50 | WM |
| 2004 | Howington | Stacy | 2 | 12/24/2004 | 142 | 1,557.00 | 9.00 | |
| 2004 | Lee | Roy | 2 | 9/8/2000 | 3,452 | 45,744.69 | 11.00 | BM |
| 2004 | Mack | Willie | 2 | 4/2/2004 | 1,732 | 12,461.79 | 7.00 | BM |
| 2004 | Martinez | Sonya G. | 2 | 2/6/2004 | 93 | 559.50 | 6.00 | |
| 2004 | Montiel | Oscar | 2 | 8/20/2004 | 78 | 511.88 | 6.50 | |
| 2004 | Nopal | Dorotea | 2 | 3/5/2004 | 1,880 | 12,938.35 | 7.00 | |
| 2004 | Parhams | Demetius | 2 | 7/23/2004 | 1,054 | 7,274.39 | 6.50 | BM |
| 2004 | Pierce | Denise | 2 | 9/6/2002 | 1,581 | 17,179.09 | 10.75 | WF |
| 2004 | Rosales | Rosa | 2 | 12/2/2003 | 270 | 1,382.80 | 6.25 | |
| 2004 | Secundino | Raul | 2 | 4/2/2004 | 800 | 5,460.21 | 7.00 | |
| 2004 | Silva | Manuel | 2 | 11/9/2003 | 28 | 168.00 | 6.00 | |
| 2004 | Sykes | Charles | 2 | 2/1/2003 | 1,500 | 11,688.50 | 461.54 | WM |
| 2004 | Terrell | Kevin | 2 | 10/20/2003 | 925 | 5,582.25 | 6.00 | |
| 2004 | Tirado | Griselda | 2 | 11/19/2003 | 2,155 | 14,145.62 | 7.00 | Hisp. F. |
| 2004 | Walker | Charlie | 2 | 10/15/2004 | 640 | 3,677.60 | 5.59 | |

CONFIDENTIAL