IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY HARRIS, WILLIE BERNARD MACK, DEMETRIUS PARHAM and HENRY TARVER,<br><br>Plaintiffs<br><br>v.<br><br>MID-STATE LAND & TIMBER COMPANY, INC., d/b/a SEDGEFIELDS PLANTATION,<br><br>Defendant. | Civil Action No.:<br><br>2:06-cv-875-ID-CSC<br><br>PLAINTIFF'S EXHIBIT 36 |

## DECLARATION OF ROY LEE

My name is Roy Lee. I am a Plaintiff in the above action. I claim that Mid-State has treated me unfairly in the terms and conditions of my employment. I believe that I have been discriminated against on account of my race as concerns my compensation from Mid-State. I worked for them from the year 2000 until Mid-State was sold in May 2006.

I was initially hired at $6.00 per hour as a laborer. I worked continuously for Mid-State until they were sold. I was promoted and received raises. I was made a member of management around the year 2004. I was paid by the hour even after I was a member of management.

I was over the entire plantation including all hunting operations at Sedgefields before the hiring of David Carroll in April 2005. I ran both the deer and quail hunting operations. I have taken numerous guests on quail hunts.

I have pre-released birds which is putting out wild birds before the hunting season. I have also put and take which is releasing birds the day of the hunt.

I was put on a salary in 2005 of $41,000.00 annually. I made more than that as an hourly worker in 2004. I have never been offered lodging on the property. Mid-State did not provide my health insurance and it has never been offered to me. I know that Joel Norman had his health insurance paid for by Mid-State. Norman also lived on the property at Mid-State. He received an annual salary of $70,00.00 per year. I worked more hours than any employee at Mid-State. I worked far in excess of the hours that Norman did.

I am a high school graduate. I worked at Columbus Mills for approximately 18-19 years. I was a supervisor of over 32 people when the Mill closed in Union Springs.

I can operate heavy equipment. I have operated backhoes, bulldozers, tractors, and numerous other pieces of equipment at Mid-State.

I recommended Henry Tarver a black male, to Carroll to hire as a night watchman in June of 2005. Tarver was hired as a laborer at $7.00 per hour. Carroll later hired Beckwith, a white male, as a laborer and night watchman at an hourly rate of $8.00 per hour. During the time that I had worked at Mid-State, no black has maintained a residence on the property at Sedgefields Plantation.

I declare pursuant to 28 U.S.C. §1746, under penalty of perjury that the following statement is true and correct.

Executed by Roy Lee on this the 7th day of April, 2007.

*Roy Lee*
Roy Lee