IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY HARRIS, WILLIE BERNARD MACK, DEMETRIUS PARHAM and HENRY TARVER, | ) ) ) ) | |
| Plaintiffs | ) ) | Civil Action No.: |
| v. | ) ) ) | 2:06-cv-875-ID-CSC |
| MID-STATE LAND & TIMBER COMPANY, INC., d/b/a SEDGEFIELDS PLANTATION, | ) ) ) ) | |
| Defendant. | | |

PLAINTIFF'S EXHIBIT 37

## DECLARATION OF NORRIS FOSTER

My name is Norris Foster. I am a Plaintiff in a race discrimination claim against Mid-State Land and Timber. I have worked on Sedgefields Plantation for many years. I was working there when Mid-State acquired it in 1999. I worked for Mid-State until I was laid off in a force reduction in the year 2001.

I was rehired by Mid-State in February 2005. Roy Lee offered me a job. I had approximately 10 years experience preparing fields for hunting, driving a tractor, and working in a hunting crew when I was rehired in February 2005. I have been on numerous quail hunts with Roy Lee. He is an experienced dog handler and an outstanding guide for quail hunts. I think he is a better guide than Joel Norman. I was more successful when I worked in his crew and we received larger tips when I worked in his crew. At least I received the portion of my tips when I worked with Roy.

I declare pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following

statement is true and correct.

Executed by Norris Foster on this the 7th day of April, 2007.

*Norris Foster*
Norris Foster