

01-03-06

# MEMO

To: File
From: David Carroll

Re: Norris Foster

Norris Foster was dismissed as an employee from Sedgefields Plantation on December 29 at approximately 3 PM. Joel Norman his supervisor accompanied me to the barn where Norris was cleaning stalls/barn. I informed Norris that it was obvious he was not happy working at Sedgefields based on his attitude and job performance, and that today was his last day at work at the Plantation. He asked if he was being fired and I told him, yes, and please turn in his keys.

As I was leaving the barn, I heard him talking in a raised voice to Joel, so I stepped back in the barn to see if I was needed. Norris told me that Suzanne had hired him and that this would not be the last I heard from him. I asked Norris what he meant and he replied "that is what lawyers are for." He then went on to say the reason he was being fired was because of his skin color. I let him know that I was sorry he felt that way and then he left.

Norris was reprimanded on 12-6-05 for stopping work and riding horses for an hour or so. He was supposed to be in the barn clipping horses but quit and without permission from his supervisor Joel Norman saddled a horse and with Jeff Harris went riding.

On several quail hunts Norris has displayed a negative attitude. He has made derogatory about quail hunts in front of guests.

Norris has complained to me that they were not receiving HOT meals for lunch while they were between morning and afternoon quail hunts. Sack lunches were delivered to the employees who did not have an opportunity to clock out and go to town.

Norris has called me after hours on the company radio complaining and wanting to know where his cash tip money was from guests of the most recent quail hunt. He has implied that I was keeping tip money from him, when in fact time was needed so that correct change could be obtained. All of these complaints came after I had sent a Memo to all employees regarding tips and how they would be dispersed.

Joel has brought to my attention on several occasions that Norris and others when instructed to "chop" an area, would claim they were finished and then upon inspection were not.