IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06cv405-ID |
| v. | ) |
| | ) |
| MID STATE LAND & TIMBER CO., | ) |
| INC., d/b/a SEDGEFIELDS | ) |
| PLANTATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On April 19, 2007, Plaintiff Norris Foster filed a memorandum of law in opposition to Defendant's motion for summary judgment and an evidentiary submission. (See Doc. Nos. 44-45.) Defendant may file a reply, if desired, on or before May 1, 2007. Thereafter, Defendant's motion for summary judgment, and all pleadings and evidence filed in support of and in opposition to said motion, shall be DEEMED submitted to the court.[1]

Pleadings submitted beyond the submission date will not be considered by the court absent compelling exigent circumstances.

CONSIDERED and ORDERED this 19th day of April, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] This submission is **without oral argument**. Should the court determine that oral argument is necessary, a hearing will be scheduled.