# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO: |
| ) | 2:06-CV-00405-ID-SRW |
| v. ) | |
| ) | |
| MID STATE LAND & TIMBER ) | |
| COMPANY, INC., D/B/A ) | |
| SEDGEFIELDS PLANTATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COME NOW, undersigned counsel for Plaintiff Norris Foster and Defendant Mid State Land & Timber Company, Inc. d/b/a Sedgefields Plantation, and pursuant to this Court's Order directing a face to face conference with regards to settlement of the above referenced matter, the undersigned respectfully provide notice to the Court that they have met face to face, have discussed the possibility of settlement, and have determined that the parties' respective evaluations of the case make settlement or mediation of the case not feasible.

Plaintiff's counsel has provided counsel for Defendant with his permission to use his electronic signature in the filing of this joint notice.

DATE: April 26, 2007

Respectfully submitted,

/s/ Jerry D. Roberson
Jerry D. Roberson
Attorney for Plaintiff

**OF COUNSEL:**
ROBERSON & ROBERSON
P.O. Box 380487
Birmingham, Alabama 35238-0487

/s/ Carter H. Dukes
Carter H. Dukes
Kimberly W. Geisler
Attorneys for Defendant
Mid State Land & Timber Co., Inc.,
d/b/a Sedgefields Plantation

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

40748.1