**FREEDOM COURT REPORTING**

Page 1

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE MIDDLE DISTRICT OF ALABAMA

3  NORTHERN DIVISION

4

5  CASE NUMBER: 2:06-CV-875-ID

6  JEFFREY HARRIS, et al.,

7      Plaintiffs,        **COPY**

8  vs.

9  MID STATE LAND & TIMBER CO., INC.,

10  d/b/a SEDGEFIELDS PLANTATION,

11      Defendant.

12

13      S T I P U L A T I O N

14      IT IS STIPULATED AND AGREED by and

15  between the parties through their respective

16  counsel, that the deposition of Henry Tarver

17  may be taken before Angela Smith, RPR, CRR,

18  at the offices of John W. Waters, Jr., at

19  214 North Prairie Street, Union Springs,

20  Alabama 36089, on the 16th day of January,

21  2007.

22

23      DEPOSITION OF HENRY TARVER

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 36

1  been smoking marijuana?
2      A.   Back in the '70s.
3      Q.   Do you attend church here in
4  Bullock County?
5      A.   Yeah.
6      Q.   Where do you attend church,
7  Mr. Tarver?
8      A.   Enon St. Luke.
9      Q.   Is St. Luke affiliated with
10 any denomination?
11     A.   AME church.
12     Q.   Okay.  Have you been going
13 there ever since returning here?
14     A.   Ever since returning.
15     Q.   Are you a member there?
16     A.   That's right.
17     Q.   Do you go with your sister?
18     A.   Yes.  Go to church sometimes.
19     Q.   Are you a member of the Masons
20 or any other kind of club or organization?
21     A.   No, no, no.
22     Q.   How did you find out about the
23 job at Mid-State?

```
 1        A.    Roy come and talked to me
 2   about it, Roy Lee.
 3        Q.    How did Roy know you?
 4        A.    Roy been knowing me for about
 5   two years.  We was coon hunting partners.
 6        Q.    Okay.  How old is Roy?  You're
 7   older than Roy, aren't you?
 8        A.    Yeah.  Roy is about
 9   forty-seven, I think he told me about
10   forty-seven.
11        Q.    Okay.  When would y'all hunt
12   coons together?
13        A.    When?
14        Q.    Yeah.
15        A.    All around here.
16        Q.    No.  But, I mean, it doesn't
17   sound like you were ever around here when he
18   was growing up.
19        A.    When I would come in.  I'd go
20   leave out.  I used to come home.  I'd come
21   in and go.
22        Q.    Okay.
23        A.    Come in and stay two weeks or
```

**FREEDOM COURT REPORTING**

Page 38

1  three weeks and go back.
2       Q.    Okay.  To go coon hunting with
3  Roy?
4       A.    Go coon hunting.
5       Q.    Any other kind of hunting?
6       A.    I did a little deer hunting.
7  I did rabbit hunting.  I didn't do much of
8  that.
9       Q.    Where would y'all hunt?
10      A.    Where at?
11      Q.    Yes, sir.
12      A.    Well, we had places to hunt
13 at.  We have spots that people let you hunt.
14      Q.    What did Roy Lee tell you when
15 he came to you about a job?
16      A.    He come to me and asked me.
17 He just said that they needed somebody to
18 work up there.  And go up there and check
19 with David Carroll.  He told me where the
20 office was.
21      Q.    Okay.
22      A.    And I went and checked with
23 him.  And he hired me.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 57

```
1         A.    Uh-huh.  That's right.
2         Q.    Have you ever filed a charge
3  of discrimination with the EEOC?
4         A.    No, I haven't.
5         Q.    Okay.  It's your claim that
6  you were discriminated against by Mid-State
7  with regards to your race; is that correct?
8         A.    That's right.
9         Q.    How do you believe that you
10 were discriminated against by Mid-State?
11        A.    Because they paid the white
12 more than they paid me.
13        Q.    Okay.  How else do you believe
14 that you were discriminated against on the
15 basis of your race?
16        A.    Being humiliated behind that
17 out there.
18        Q.    Being humiliated with regards
19 to the pay?
20        A.    Yeah.  I mean, you know, when
21 they get more than me and you doing the same
22 thing.
23        Q.    Okay.  I'm not asking you
```

**FREEDOM COURT REPORTING**

Page 58

1  about how you were damaged or what damages
2  you may have sustained, I'm just asking you
3  how do you believe that Mid-State
4  discriminated against you?  And you've told
5  me as to pay, paying white people more than
6  you.
7       A.     Uh-huh.
8       Q.     How else do you believe
9  Mid-State discriminated against you?
10      A.     That's about it.
11      Q.     Okay.  You didn't work under
12 Joel Norman, did you?
13      A.     No, I didn't.
14      Q.     You heard Mr. Harris testify
15 about statements that he heard Mr. Norman
16 make?
17      A.     Uh-huh.
18      Q.     You didn't hear any of those,
19 did you?
20      A.     I didn't hear him saying that,
21 but I've heard the same thing that he said,
22 and I heard it from different times from the
23 time he said it, that he did use them kind

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**