**FREEDOM COURT REPORTING**

Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3            NORTHERN DIVISION
4
5    CASE NUMBER:  2:06cv405-ID          **COPY**
6    NORRIS FOSTER,
7            Plaintiff,
8            vs.
9    MID STATE LAND & TIMBER COMPANY,
10   INC., d/b/a SEDGEFIELDS PLANTATION,
11           Defendant.
12
13           S T I P U L A T I O N
14           IT IS STIPULATED AND AGREED by and
15   between the parties through their respective
16   counsel, that the deposition of Norris
17   Foster may be taken before Angela Smith,
18   RPR, CRR, at the offices of John W. Waters,
19   at 214 North Prairie St., Union Springs,
20   Alabama 36089, on the 7th day of September,
21   2006.
22
23           DEPOSITION OF NORRIS FOSTER

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

1  A. I'm still working there.
2  Q. Okay. When did you stop
3  working at Sedgefields?
4  A. In 2001.
5  Q. Okay. Did your duties ever
6  change from 1993 to 2001, or were you still
7  doing some of the same work that you told me
8  earlier?
9  A. Yeah. Basically the same
10 thing. Basically the same thing all the
11 time. You do -- There's always different
12 stuff that you do.
13 Q. When you were working the
14 tractor, what were you doing?
15 A. Sometime I be Bush Hogging
16 roads or fields. Sometimes plant fire
17 breaks, plant deer plots. Plant deer plots.
18 You know, just different things.
19 Q. And with the dozer, what kind
20 of work were you doing with the dozer?
21 A. Mostly the same. Like I said,
22 pushing up piles.
23 Q. Okay.

1   A.   That's basically what you'd be
2   doing with the dozers.
3   Q.   Did you work any skidders or
4   anything like that?
5   A.   Sometimes.
6   Q.   Did they have any skidders
7   back then?
8   A.   No.  They would rent one.
9   Every now and then we would need it, then
10  they would rent one.
11  Q.   And who would operate the
12  skidder when they would rent one?
13  A.   This old guy, his name was Bo
14  Jack, he'd mostly just operate it.
15  Q.   But he was the one who would
16  operate it most of the time?
17  A.   Yeah.
18  Q.   What about on the dozer work,
19  who would do most of the dozer work?
20  A.   It would be different ones,
21  you know, different guys.  Sometimes I'd be
22  on it, sometimes Bo Jack would be on it,
23  sometimes Richard would be on it, whoever

Page 93

1  Joel, Mr. Lee?
2     A.   Maybe a couple of days after I
3  started working with him.
4     Q.   How many times did you
5  complain to him?
6     A.   I don't know. A bunch of
7  times.
8     Q.   Less than five?
9     A.   Yeah. I even tried to talk to
10 David about it, but he said they were my
11 boss and he didn't have nothing to do with
12 it.
13    Q.   How many times did you say
14 something to David Carroll about the way you
15 were being treated?
16    A.   I tried to talk to him twice.
17    Q.   Okay. What did you say to him
18 on the first time?
19    A.   I asked him could I talk to
20 him. And he told me if I had any problems,
21 talk to Joel, he my supervisor.
22    Q.   Did you tell him what your
23 problem was?

1   A.   He didn't want to hear it. He
2   told me to talk to Joel.
3   Q.   The second -- When was that?
4   A.   I can't remember the dates.
5   Just say sometime in October, when he first
6   -- around the first week or two in October.
7   Q.   Okay. And when was the next
8   time you approached David Carroll?
9   A.   A couple of days. I didn't
10  approach him. I talked to him over the
11  radio.
12  Q.   Okay. Called him on the
13  radio?
14  A.   Yeah.
15  Q.   And what did you say to him
16  that time?
17  A.   Same thing. I need to talk
18  with him, and he told me the same thing.
19  Q.   So, you never told Mr. Carroll
20  what your issues were with Mr. Norman?
21  A.   No.
22  Q.   Okay. You did tell Mr. Lee
23  what your issues were with Mr. Norman,

1  didn't you?
2      A.    Yeah.
3      Q.    What did Mr. Lee tell you?
4      A.    That he was my supervisor, no
5  matter what he said, do. He your
6  supervisor, and you going to have to -- You
7  know, he kept asking me had I talked to
8  David. And I had told him that I tried to
9  talk to David a couple times about it, and
10 he told me the same thing, talk to Joel.
11 But I could talk to Roy, you know, tell him,
12 probably, and wasn't nothing he could do
13 because I didn't work with him no more.
14     Q.    Okay. What did you complain
15 to Roy about specifically?
16     A.    The way he talk to us.
17     Q.    Anything else?
18     A.    That's basically it.
19     Q.    Okay. Do you know if Mr. Lee
20 ever told anybody else at Sedgefields or Mid
21 State about the complaints that you made to
22 him?
23     A.    I don't know.

**FREEDOM COURT REPORTING**

Page 96

1   Q.    He never told you he spoke to
2   anybody about your complaints?
3   A.    No.
4   Q.    Okay. What were some of the
5   things that Joel would say that you believe
6   serve as the basis for your complaint that
7   you were discriminated against on the basis
8   of your race?
9   A.    He used to always ask me were
10  we going hunting, before we got there who
11  took the guests out? And I told him either
12  me or Roy. He said he had never worked on a
13  plantation or been on a plantation where
14  black guys -- they had black guides.
15  Q.    And did he make that comment
16  before your first hunt?
17  A.    Yeah.
18  Q.    Did he make that comment any
19  other time?
20  A.    He said -- Not that comment,
21  but he said other things.
22  Q.    Okay. Well, I'm just -- I'm
23  going to let you tell me about the other

Page 165

1  go dump that, he took Jeff away from the
2  barn.  And maybe fifteen to twenty minutes
3  later, that's when him and David came up
4  there and fired me.
5       Q.    Okay.  And David and Joel were
6  there together?
7       A.    Right.
8       Q.    Who did the speaking?
9       A.    Both of them was talking.
10      Q.    All right.  Who spoke first,
11 if you recall?
12      A.    David.
13      Q.    What did David say?
14      A.    That I wasn't doing my job.
15 He wasn't satisfied with my work, but I been
16 working there all -- Like I told him, I been
17 working there all this time --
18      Q.    Okay.  Wait a minute.  Either
19 I'll let you talk about that or your
20 attorney will, but tell me exactly what
21 David told you right there at the --
22      A.    That he wasn't -- They wasn't
23 satisfied with my work and that would be my

1  last day at work.
2      Q.   Okay.  Is that the sum and
3  substance of what he told you?
4      A.   Yeah.
5      Q.   Okay.  Then what did -- Who
6  spoke next?
7      A.   Joel said that, "Really, your
8  work ain't about nothing no way, we can get
9  by without you."
10     Q.   Okay.  Is that the sum and
11 substance of what Joel said?
12     A.   Right.
13     Q.   Okay.  What did you say?
14     A.   When I got -- After he had
15 fired me?
16     Q.   Well, did anybody say anything
17 -- Did David speak after Joel spoke?
18     A.   Yeah.  I think when I -- When
19 I asked him what I'm being fired for.
20     Q.   Okay.  So, after Joel said
21 that, you said, "What am I being fired for?"
22     A.   Right.
23     Q.   And then who spoke?