American Court Reporting
toll-free (877) 320-1050

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


CIVIL ACTION NUMBER

2:06-CV-00405-ID-SRW


NORRIS FOSTER,

    Plaintiff,

vs.

MID STATE LAND & TIMBER COMPANY, INC.,
d/b/a SEDGEFIELDS PLANTATION,

    Defendant.


THE VIDEOTAPED

DEPOSITION TESTIMONY OF:

JOEL NORMAN


9:11    September 8, 2006

        a.m.


COURT REPORTER:

Gwendolyn P. Timbie, CSR

www.AmericanCourtReporting.com
September 8, 2006

COPY

Page 117

1  of document you ought to have if you're
2  making that claim, isn't it?
3         MR. DUKES: Object to the
4  form.
5     A   If you were going to fire him
6  for that, it -- it needed to be
7  documented.
8     Q   You told me he got fired for
9  stealing.
10    A   That's what I heard.
11        MR. DUKES: Object to the
12 form.
13    Q   Are you saying that might not
14 be true?
15    A   No, sir. I believe that's why
16 he got fired.
17    Q   You do?
18        MR. DUKES: Object to the
19 form.
20    A   The first time.
21    Q   Well, why do you believe that?
22    A   Because he -- because he stole
23 while I was there. I believe that that's

Page 159

1  A    No. There's not a record of
2  that.
3  Q    That's just cash, isn't it?
4  A    (Witness nodded head in the
5  affirmative.)
6  Q    Is that yes?
7  A    That's yes.
8  Q    And if they give that cash to
9  you, what happens to it?
10 A    If -- if they give it to me?
11      MR. DUKES: Object to the
12 form.
13 Q    Yes.
14 A    If they give it to me -- give
15 it to me, I spend it.
16 Q    Do you share it with the
17 people in your crew?
18 A    Yeah. If -- if it's given --
19 if it's given to me and I'm directed to
20 share it, I will.
21 Q    What if they just give it to
22 you?
23 A    I walk -- I walk and give it

American Court Reporting
toll-free (877) 320-1050

Page 160

1  to Dave -- I give it to David and have
2  David disburse it.  If it's given to me
3  to -- to divide, I give it to David and
4  let David divide it.  If it's given to me
5  as my gift, I put it in my pocket.
6      Q   Well, what you're saying, as I
7  understand it, is if you get cash, unless
8  the guest directs you to divide it to --
9  with the hunting crew and the other people
10 that have -- went out on the hunt, you
11 keep it?
12     A   Absolutely.  I ain't that
13 free-hearted.  Something that's give --
14 you said "give" -- to me, is mine.
15     Q   So you make seventy thousand
16 dollars.  You are provided with a car and
17 housing.  And these guys that are working
18 alongside you for, in Norris' case, seven
19 dollars an hour -- are they part of the
20 hunt?
21     A   Yes, sir.
22         MR. DUKES:  Object to the
23 form.

Page 183

1   A   He -- he was -- he supposedly
2   fell down and hurt his back.  He's on
3   workers' comp, I assume.
4   Q   You don't believe him?  I
5   mean, "supposedly."
6   A   I don't know.  I don't have --
7   I don't have no way of knowing that, you
8   know.  I don't know.  I assume -- I assume
9   he's hurt.  If he's been to the doctor and
10  they -- and they -- he's drawing
11  unemployment, I assume he's hurt.
12  Q   Do you mean workers' comp?
13  A   Workers' comp, yeah.
14  Q   Is he -- did you fire him?
15  A   No, sir.
16  Q   Did you replace him?
17  A   I did.
18  Q   With who?
19  A   With somebody already on the
20  payroll.
21  Q   Who?
22  A   Will Hubbard.
23  Q   Okay.  Did -- has Norris

Page 184

1   Foster been replaced?
2       A    No.  Well, I have --
3            MR. DUKES:  Object to the
4   form.
5       A    I have one employee at this
6   point.  So there are several people that
7   need replacing.  I wouldn't --
8       Q    I guess my question to you
9   is --
10      A    Yes.  Yes.
11      Q    -- has Norris Foster been
12  replaced?
13           MR. DUKES:  Object to the
14  form.
15      A    We replaced him.
16      Q    With who?
17      A    Chance Ham.
18      Q    A white male?
19      A    Yes.
20      Q    Okay.  And Chance works --
21  what is his job on the hunting crew?
22      A    He scouted.  Basically the
23  same that Norris had.