**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF ALABAMA**

**NORTHERN DIVISION**

**NORRIS FOSTER,**

    **Plaintiff,**

**vs.**                **CASE NO. 206-cv-00405-IDSRW**

**MID STATE LAND AND TIMBER COMPANY, INCORPORATED,**

**d/b/a SEDGEFIELDS PLANTATION,**

    **Defendant.**

\* \* \* \* \* \* \* \*

The videotaped deposition of **ROY LEE** was taken before Cornelia J. Baker, Certified Court Reporter and Certified Shorthand Reporter, as Commissioner, on Wednesday, October 11, 2006, commencing at approximately 12:33 p.m., in the law office of John Waters, Union Springs, Alabama, pursuant to the stipulations set forth herein.

1  broken?
2  **A.** No, I don't know that. I know Norris and
3  them said they was broken.
4  **Q.** Okay.
5  **A.** I didn't check to see whether it was broke
6  or not. I don't know that.
7  **Q.** Okay.
8  **A.** I know they told me that it was broken.
9  **Q.** Okay. And so they -- Norris told you the
10  clippers were broken and that he'd been
11  written up for riding the horses; is
12  that --
13  **A.** Before he got wrote up, Norris and Jeffrey
14  told me the clippers was broken. We tried
15  to get up with Joel. He didn't answer his
16  radio, and so we just rode the horses.
17        To me, personally, I would have
18  wrote them up if they had left there
19  riding the horses and I told them to clip
20  them. Now, if the clippers were broke and
21  he didn't answer his radio, I would have
22  stayed at that barn . . . to me. But I
23  hadn't never seen this before.

1    **MR. ROBERSON:** I'm not talking
2    about Mr. Dukes.
3    **THE WITNESS:** I said, Can I
4    answer that?
5    **MR. ROBERSON:** Yeah.
6    **MR. DUKES:** If you know, go
7    ahead.
8  **A.** I was at -- a month -- maybe a month went
9    by, and I asked David. I said, David --
10   it might not quite been a month. I said,
11   Norris was fired, he said, because of the
12   birds. David comments -- David said,
13   Yeah, the birds and his attitude. He had
14   an attitude. He didn't want to be part of
15   the team. He said Norris kept the
16   attitude all the time. I said, Yeah. I
17   said, Well, he stayed angry a whole lot,
18   didn't he? He said, Yep. He said, Well,
19   he kept pulling the crew down. He had an
20   attitude problem. He just wouldn't do the
21   jobs I asked him to do. So I had to let
22   him go, Roy. I said, Well, in that case,
23   he fired hisself. That was my exact