**FREEDOM COURT REPORTING**

Page 1

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE MIDDLE DISTRICT OF ALABAMA

3  NORTHERN DIVISION

4

5  CASE NUMBER: 2:06-CV-875-ID

6  JEFFREY HARRIS, et al.,

7      Plaintiffs,                    COPY

8      vs.

9  MID STATE LAND & TIMBER CO., INC.,

10  d/b/a SEDGEFIELDS PLANTATION,

11      Defendant.

12

13      S T I P U L A T I O N

14      IT IS STIPULATED AND AGREED by and

15  between the parties through their respective

16  counsel, that the deposition of Jeffrey

17  Harris may be taken before Angela Smith,

18  RPR, CRR, at the offices of John W. Waters,

19  Jr., at 214 North Prairie Street, Union

20  Springs, Alabama 36089, on the 16th day of

21  January, 2007.

22

23      DEPOSITION OF JEFFREY HARRIS

**FREEDOM COURT REPORTING**

Page 47

| | | |
|---|---|---|
| 1 | A. | For a bird hunt. |
| 2 | Q. | -- for a bird hunt? |
| 3 | A. | Yeah. Okay. |
| 4 | Q. | Is that right? |
| 5 | A. | Yes. |
| 6 | Q. | All right. So, Norris told you that Mid State was looking for someone to drive a tractor; is that right? |
| 9 | A. | Yes, yes. |
| 10 | Q. | What did you do next to follow up on that? |
| 12 | A. | I -- What did I do first? I asked him -- He told me that Roy Lee was doing the hiring. |
| 15 | Q. | Uh-huh. |
| 16 | A. | But I talked to Roy Lee, and Roy Lee told me to talk with David. |
| 18 | Q. | Okay. David Carroll? |
| 19 | A. | Yes. |
| 20 | Q. | Did Norris say: Man, this is a good job or something like that? |
| 22 | A. | Yeah. Norris said he enjoyed the job, you know what I'm saying? He said |

Page 48

1  I would enjoy it.
2          Q.      And did you go up and see
3  David?
4          A.      Yes.
5          Q.      And what did you tell David
6  when you came in the door?
7          A.      Well, I told David that, you
8  know, I was looking for a job. You know, I
9  was a good man. I would do exactly what
10 they needed done, you know what I'm saying?
11 I figured it was just only tractor work at
12 first, like cutting grass and stuff. So I,
13 you know, went on and took the job.
14         Q.      Okay. Is that what David said
15 he was looking for?
16         A.      Well, he really didn't tell me
17 what exactly he was looking for, you know
18 what I'm saying?
19         Q.      Okay.
20         A.      I guess they was just looking
21 for someone, you know, to work.
22         Q.      Okay. But you understood the
23 job would be to drive a tractor?