**FREEDOM COURT REPORTING**

Page 1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE MIDDLE DISTRICT OF ALABAMA
3  NORTHERN DIVISION
4
5  CASE NUMBER:  2:06-CV-875-ID
6  JEFFREY HARRIS, et al.,
7          Plaintiffs,
8          vs.
9  MID STATE LAND & TIMBER CO., INC.,
10 d/b/a SEDGEFIELDS PLANTATION,
11         Defendant.
12
13           S T I P U L A T I O N
14          IT IS STIPULATED AND AGREED by and
15 between the parties through their respective
16 counsel, that the deposition of Willie Mack
17 may be taken before Angela Smith, RPR, CRR,
18 at the offices of John W. Waters, Jr., at
19 214 North Prairie Street, Union Springs,
20 Alabama 36089, on the 17th day of January,
21 2007.
22
23          DEPOSITION OF WILLIE MACK

COPY

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 39

1  A. Yes. I was presently employed
2  at Bonnie's. Roy Lee, he a friend of mine,
3  he said: We have a opening here at
4  Sedgefields. He said: If you're
5  interested, come out to the plantation.
6  Q. Okay. And when was this, if
7  you recall?
8  A. In the year 2004.
9  Q. Okay. And did you do that?
10 A. Yes, sir.
11 Q. And I've got you being hired
12 in March of 2004; is that right?
13 A. Yes, sir.
14 Q. And Roy Lee is the one that
15 hired you; is that right?
16 A. I went to the office down
17 there.
18 Q. Okay. And did you talk with
19 somebody?
20 A. Yes.
21 Q. Who did you talk with?
22 A. I remember seeing Donna
23 Davidson. I remember seeing Denise. I'm