**FREEDOM COURT REPORTING**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CASE NUMBER: 2:06-CV-875-ID

JEFFREY HARRIS, et al.,

    Plaintiffs,

vs.

MID STATE LAND & TIMBER CO., INC.,

d/b/a SEDGEFIELDS PLANTATION,

    Defendant.

COPY

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of Demetrius Parham may be taken before Angela Smith, RPR, CRR, at the offices of John W. Waters, Jr., at 214 North Prairie Street, Union Springs, Alabama 36089, on the 16th and 17th days of January, 2007.

DEPOSITION OF DEMETRIUS PARHAM

**FREEDOM COURT REPORTING**

Page 25

```
1         A.    Yes.
2         Q.    They took you back?
3         A.    Yes.
4         Q.    All right.  Still working part
5   time?
6         A.    Yes.
7         Q.    All right.  How long did you
8   work this time?
9         A.    I'd say about another month.
10        Q.    Okay.
11        A.    Then I came to Sedgefields.
12        Q.    Okay.  How did you find out
13  about the job at Sedgefields?
14        A.    Rochester.
15        Q.    Roy Lee?
16        A.    Yes.
17        Q.    What did Mr. Lee tell you?
18        A.    Told me he would -- Told me to
19  come out here and put an application in.  So
20  I put an application in.
21        Q.    Okay.  When was that?
22        A.    July 4th -- No.  July 5th.
23        Q.    I don't even --
```