IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: |
| ) | 2:06-CV-00405-ID-SRW |
| v. ) | |
| ) | |
| **MID-STATE LAND & TIMBER** ) | |
| **COMPANY, INC., d/b/a** ) | |
| **SEDGEFIELDS PLANTATION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTIFICATION OF ADDRESS CHANGE

COMES NOW the Plaintiff in the above styled action by and through their undersigned counsel of record and gives notice to the Court and opposing counsel of the following:

1. The office of Albert H. Adams, Jr. has moved.

2. The new contact information for Albert H. Adams, Jr. is as follows:

### New Contact Information:

Albert H. Adams, Jr., Esquire
Law Office of Albert H. Adams, Jr., P.C.
520 South Eufaula Avenue, Suite E
Post Office Box 670
Eufaula, Alabama 36072

Telephone: 334-687-1326
Fax: 866-910-9989
E-mail: albertadamslaw@aol.com

WHEREFORE, Plaintiff respectfully requests this Court and opposing counsel to note the above changes and direct any future correspondence to the address and/or

number(s) listed above.

          Respectfully submitted,

          s/Albert Adams
          Albert H. Adams, Jr. (ADA-058)
          Law Office of Albert H. Adams, Jr., P.C.
          520 South Eufaula Avenue, Suite E
          Post Office Box 670
          Eufaula, AL  36072-0670
          Telephone: (334) 687-1326
          Facsimile: (866) 910-9989
          E-mail: albertadamslaw@aol.com

**OF COUNSEL:**

Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:     205.981.3906
Fax Number:        205.981.3908
E-mail: jdratty@charter.net
       tlbaker@charter.net

## CERTIFICATE OF SERVICE

     I hereby certify that on the 10th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

          s/Albert Adams
          Albert H. Adams, Jr. (ADA-058)