IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NORRIS FOSTER,  )
)
Plaintiff, )
)
v. )  CASE NO. 2:06-CV-00405-ID
)
MID STATE LAND & TIMBER COMPANY, INC., )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Norris Foster, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ■ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party

_____              _____

_____              _____

_____              _____


7/11/2007                             _____
Date                                  (Signature)

                                      JERRY D. ROBERSON
                                      (Counsel's Name)

                                      Norris Foster
                                      Counsel for (print names of all parties)
                                      P.O. Box 380487
                                      Birmingham, Al. 35238
                                      Address, City, State Zip Code
                                      205-981-3906
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Jerry Roberson, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 11th day of July 20 07, to:

Albert H. Adams, Jr., Post Office Box 670, Eufaula, Alabama 36072

Carter H. Dukes, HUCKABY SCOTT & DUKES, P.C. 2100 Third Avenue North, Suite 700 Birmingham, Alabama 35203

Kimberly W. Geisler, HUCKABY SCOTT & DUKES, P.C. 2100 Third Avenue North, Suite 700 Birmingham, Alabama 35203

7/11/2007
Date

Signature