IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** | ) |
| | ) |
| | ) **CIVIL ACTION NO.:** |
| Plaintiff, | ) **2:06-CV-00405-ID-SRW** |
| | ) |
| v. | ) |
| | ) |
| **MID STATE LAND & TIMBER COMPANY, INC., D/B/A SEDGEFIELDS PLANTATION,** | ) ) ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S EXHIBIT LIST

COMES NOW Defendant Mid State Land & Timber Company, Inc., formerly d/b/a Sedgefields Plantation (hereafter referred to as "Defendant" or "Mid State"), pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, and gives notice of its intent to present the following exhibits at trial:

1.Employee Organizational Chart for March 2006 (Def.'s Prod. Bates No. 0002);

2.Correspondence to Demetrius Parham Re: Sale of Sedgefields (Def.'s Prod. Bates No. 0003);

3.Attitude is Important Memo (Tipping Memorandum) (Def.'s Prod. Bates No. 0005);

4. Personnel file of William Beckwith, Jr. (Def.'s Prod. Bates Nos. 0111-0116);

5. Personnel file of Norris Foster (Def.'s Prod. Bates Nos. 0001-0056);

6. Personnel file of William Hubbard (Def.'s Prod. Bates Nos. 0064-0069);

7. Personnel file of Forest Chance Hamm (Def.'s Prod. Bates Nos. 0082-0087);

8. Personnel file of Joseph Adam May (Def.'s Prod. Bates Nos. 0088-0110);

9. Carroll's raise recommendations for 2006 (Def.'s Prod. Bates No. 0162);

10. Declaration of Demetrius Parham (Def.'s Prod. Bates No. 0179);

11. Declaration of Willie Bernard Mack (Def.'s Prod. Bates Nos. 0180-0182);

12. Tip Records (30(b)(6) Prod. Bates Nos. 0030-0034);

13. 2005 Tax Return of Norris Foster;

14. Report from Internal Revenue Service Re: No tax returns for Norris Foster for 2000, 2003, 2004;

15. Plaintiff's Answers to Interrogatories and Responses to Requests for Production;

16. Exhibits to Plaintiff's Deposition;

17. Exhibits in support of Defendant's Motion for Summary Judgment;

18. Responses to Third Party Subpoenas;

19. Documents provided in response to authorizations executed by Plaintiff;

20. Defendant's Answers to Plaintiff's Interrogatories;

21. Memorandum of David Carroll Re: Norris Foster's Termination;

22. Any document necessary for impeachment or rebuttal;

23. All properly admissible documents listed on Plaintiff's Exhibit List;[1] and

24. Deposition transcripts and exhibits from depositions of Roy Lee (from the *Foster* and *Harris* litigation), Willie Bernard Mack, Jeffrey Harris, Demetrius Parham, and Henry Tarver (from the *Harris* litigation) in the event one or all of them becomes unavailable for trial.

Respectfully submitted,

/s/ Carter H. Dukes
Carter H. Dukes
Kimberly W. Geisler
Attorneys for Defendant
Mid State Land & Timber Co., Inc.
d/b/a Sedgefields Plantation

---

[1] Mid State reserves the right to object to the relevancy, authenticity, and admissibility of any exhibit identified on Plaintiff's Exhibit List.

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama  35203
(205) 251-2300

## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the foregoing upon counsel of record either through the CM/ECF system or by placing a copy of same in the United States Mail, first class postage prepaid and addressed as follows:

    Jerry D. Roberson, Esq.
    Roberson & Roberson
    3765 Kinross Drive
    Birmingham, Alabama 35238-0487

    Albert H. Adams, Jr., Esq.
    Law Office of Albert H. Adams, Jr., P.C.
    520 South Eufaula Avenue, Suite E
    Post Office Box 910
    Eufaula, Alabama 36072

    DONE this the 5th day of October, 2007.

                        /s/ Carter H. Dukes
                        Of Counsel