IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER, ) | |
| ) | |
| ) | CIVIL ACTION NO.: |
| Plaintiff, ) | 2:06-CV-00405-ID-SRW |
| ) | |
| v. ) | |
| ) | |
| MID STATE LAND & TIMBER ) | |
| COMPANY, INC., D/B/A ) | |
| SEDGEFIELDS PLANTATION, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S WITNESS LIST

COMES NOW Defendant Mid State Land & Timber Company, Inc., formerly d/b/a Sedgefields Plantation (hereafter referred to as "Defendant" or "Mid State"), pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, and gives notice of its intent to call the following witnesses:

### WILL CALL

1. Norris Foster
   c/o Jerry D. Roberson, Esq.
   Roberson & Roberson
   3765 Kinross Drive
   Birmingham, Alabama 35238-0487

2. David Carroll
   c/o Carter H. Dukes, Esq.
   Scott Dukes & Geisler, P.C.
   2100 Third Avenue North, Suite 700

      Birmingham, Alabama 35203

3. Roy Lee
   c/o Jerry D. Roberson, Esq.
   Roberson & Roberson
   3765 Kinross Drive
   Birmingham, Alabama 35238-0487

4. Denise Pierce
   c/o Carter H. Dukes, Esq.
   Scott Dukes & Geisler, P.C.
   2100 Third Avenue North, Suite 700
   Birmingham, Alabama 35203

## MAY CALL

1. Jeffrey Harris
   c/o Jerry D. Roberson, Esq.
   Roberson & Roberson
   3765 Kinross Drive
   Birmingham, Alabama 35238-0487

2. Willie Bernard Mack
   c/o Jerry D. Roberson, Esq.
   Roberson & Roberson
   3765 Kinross Drive
   Birmingham, Alabama 35238-0487

3. Demetrius Parham
   c/o Jerry D. Roberson, Esq.
   Roberson & Roberson
   3765 Kinross Drive
   Birmingham, Alabama 35238-0487

4. Henry Tarver
   c/o Jerry D. Roberson, Esq.
   Roberson & Roberson
   3765 Kinross Drive


Birmingham, Alabama 35238-0487

5. Forest Chance Hamm
   594 CR 196
   Union Springs, Alabama 36089

6. William Hubbard
   12703 Co. Rd. 7
   Troy, Alabama 36081

7. Joseph May
   4440 Co. Rd. 15
   Union Springs, Alabama 36089

8. William Beckwith, Jr.
   22139 Hwy 29
   Union Springs, Alabama 36089

9. Joel Norman
   c/o Carter H. Dukes, Esq.
   Scott Dukes & Geisler, P.C.
   2100 Third Avenue North, Suite 700
   Birmingham, Alabama 35203

10. Sherry Howell
    c/o Carter H. Dukes, Esq.
    Scott Dukes & Geisler, P.C.
    2100 Third Avenue North, Suite 700
    Birmingham, Alabama 35203

11. Any witness identified by Plaintiff[1]

12. Any witness necessary to authenticate documents produced in response to a third- party subpoena

---

[1] Mid State makes this identification without waiving, and expressly reserving, its right to object to any witness identified on Plaintiff's Witness List.

    13.    Representative from Alabama Department of Industrial Relations

    14.    Representative from the Internal Revenue Service

    15.    Any witness necessary or appropriate for rebuttal or impeachment of witnesses

    16.    Any witness subsequently identified through discovery or otherwise by the parties to this action

    Respectfully submitted,

    /s/ Carter H. Dukes
    Carter H. Dukes
    Kimberly W. Geisler
    Attorneys for Defendant
    Mid State Land & Timber Co., Inc.
    d/b/a Sedgefields Plantation

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203
(205) 251-2300

## CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing upon counsel of record either through the CM/ECF system or by placing a copy of same in the United States Mail, first class postage prepaid and addressed as follows:

    Jerry D. Roberson, Esq.
    Roberson & Roberson
    Roberson & Roberson
    3765 Kinross Drive
    Birmingham, Alabama 35238-0487

    Albert H. Adams, Jr., Esq.
    Law Office of Albert H. Adams, Jr., P.C.
    520 South Eufaula Avenue, Suite E
    Post Office Box 910
    Eufaula, Alabama 36072

    DONE this the 5th day of October, 2007.

                                                /s/ Carter H. Dukes
                                                    Of Counsel