**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **NORRIS FOSTER,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No.:** |
| ) | **2:06-CV-00405-ID-SRW** |
| **v.** ) | |
| ) | |
| **MID-STATE LAND & TIMBER** ) | |
| **COMPANY, INC., d/b/a** ) | |
| **SEDGEFIELDS PLANTATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

<u>**PLAINTIFF'S EXHIBIT LIST**</u>

Comes now the Plaintiff and in accordance with this Court's Scheduling Order, hereby files his Exhibit List for the trial of this cause.

**PLAINTIFF'S EXHIBITS**

Exhibit 1.    Foster time line

Exhibit 2.    Affidavit of Foster regarding back-pay

Exhibit 3.    Mid-State's Lies (Demonstrative)

Exhibit 4.    Employees Hired (Demonstrative)

Exhibit 5.    Blacks Hired (Demonstrative)

Exhibit 6.    Whites Hired (Demonstrative)

Exhibit 7.    Defendant's Answers to Plaintiff's Interrogatories

Exhibit 8.    Norris Foster Employee Information regarding hourly rate of pay $7.00 dated 2/8/2005

Exhibit 9.    Foster Employee Wage History

Exhibit 10.    Foster Employee Termination - reduction in staffing dated 3/22/2001

Exhibit 11.    Foster's written reprimand 12/6/2005 - strike 1

Exhibit 12.    Foster Payroll Status Change - Discharge dated 12/29/2005

Exhibit 13.    Foster's Unemployment Compensation Agency Form

Exhibit 14.    Attitude Is Important - Tipping Memo dated 11/3/2005

Exhibit 15.    Roy Lee application

Exhibit 16.    William Beckwith - Employee termination - $8.00 per hour dated 9/30/2005

Exhibit 17.    William Hubbard application

Exhibit 18.    William Hubbard Employee wages

Exhibit 19.    Joseph May Employee wages

Exhibit 20.    Joseph May application

Exhibit 21.    Forest Chance Hamm Employee wage history

Exhibit 22.    Forest Chance Hamm application

Exhibit 23.    Jeffrey Harris Employee wage history

Exhibit 24.    Jeffrey Harris application

Exhibit 25.    Jeffrey Harris' Certificate of Birth

Exhibit 26.    Willie Mack Employee wage history

Exhibit 27.    Willie Mack application

Exhibit 28.    Foster pay-stubs

Exhibit 29.    Foster 2005 W-2

Exhibit 30.    Memo regarding 2006 raises for Sedgefields Plantation employees

Exhibit 31.    Sale of Sedgefields to Tollesons $32 million

Exhibit 32.    Organization Chart of Sedgefields Plantation March 24, 2006

Exhibit 33.    Corey Balkcom application

Exhibit 34.    Mid-State wages 2003-2004

Exhibit 35.    Mid-State wages 2005-2006

Exhibit 36.    Memo to Carroll regarding the discharge of Norris Foster dated 1/3/2006

Exhibit 37.    Joseph May's personnel file

Exhibit 38.    Norris Foster's personnel file

Exhibit 39.    Verification of David Carroll

Exhibit 40.    Mid-State Land & Timber New Management Structure

Exhibit 41.    Joel Norman's employee wages

Exhibit 42.    Joel Norman's Application

Exhibit 43.    Roy Lee's employee wages

Exhibit 44.    Roy Lee's employee information

Exhibit 45.    William Hubbard's application

Exhibit 46.    William Hubbard's employee wages

Exhibit 47.    Sedgefields Plantation online information

Exhibit 48.    Letter to Parham regarding the sale of Sedgefields Plantation 4/26/2006

Exhibit 49.    Memorandum to Sedgefields Employees regarding Full-time employees vacation & Holidays dated 11/12/2001

Exhibit 50.    Joseph May personnel file

Exhibit 51.    William Beckwith Jr. personnel file

Exhibit 52.    Roy Lee personnel file

Exhibit 53.    Affidavit of David Carroll

Exhibit 54.    Second Affidavit of David Carroll

Exhibit 55.    Declaration of Roy Lee

Exhibit 56.    Mid-State's tax returns 2003 - 2005 and income statements 2003-2005

Exhibit 57.    David Carroll Application

Exhibit 58.    David Carroll employee wages

Exhibit 59.    Tips - (30(b)(6) production 0091 and 0092)

Exhibit 60.    Sedgefields Plantation Time Sheet Totals ending 11/05/2006

Exhibit 61.    Harris time line

Exhibit 62.    Willie B Mack paycheck stub

Exhibit 63.    Declaration of Demetrius Parham

Exhibit 64.    Declaration of Willie B Mack

Exhibit 65.    Inspection photo

Exhibit 66.    Inspection photo

Exhibit 67.    Inspection photo

Exhibit 68.    Inspection photo

Exhibit 69.     Inspection photo

Exhibit70.    Inspection photo

Exhibit 71.    Inspection photo

Exhibit 72.    Inspection photo

Exhibit 73.    Inspection photo

Exhibit 74.    Inspection photo

Exhibit 75.    Inspection photo

Exhibit 76.    Inspection photo

Exhibit 77.    Inspection photo

Exhibit 78.    Inspection photo

Exhibit 79.    Inspection photo

Exhibit 80.    Inspection photo

Exhibit 81.    Inspection photo

Exhibit 82.    Inspection photo

Exhibit 83.    Inspection photo

Exhibit 84.    Inspection photo

Exhibit 85.    Inspection photo

Exhibit 86.    Inspection photo

Exhibit 87.    Inspection photo

Exhibit 88.    Inspection photo

Exhibit 89.    Inspection photo

Exhibit 90.    Inspection photo

Exhibit 91.    Inspection photo

Exhibit 92.    Inspection photo

Exhibit 93.    Inspection photo

Exhibit 94.    Inspection photo

Exhibit 95.    Inspection photo

Exhibit 96.    Inspection photo

Exhibit 97.    Inspection photo

Exhibit 98.    Inspection photo

Exhibit 99.    Inspection photo

Exhibit 100.   Inspection photo

Exhibit 101.   Inspection photo

Exhibit 102.   Inspection photo

Exhibit 103.   Inspection photo

Exhibit 104.   Inspection photo

Exhibit 105.   Inspection photo

Any exhibit necessary for rebuttal.

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:     205.981.3906
Fax Number:       205.981.3908
E-mail: jdratty@charter.net
        tlbaker@charter.net

**OF COUNSEL:**
Albert H. Adams, Jr. (ADA-058)
Law Office of Albert H. Adams, Jr., P.C.
520 South Eufaula Avenue, Suite E
Post Office Box 670
Eufaula, Alabama 36072
Telephone: 334-687-1326

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

s/Jerry Roberson
OF COUNSEL