IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS FOSTER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: |
| ) | 2:06-CV-00405-ID-SRW |
| v. ) | |
| ) | |
| MID-STATE LAND & TIMBER ) | |
| COMPANY, INC., d/b/a ) | |
| SEDGEFIELDS PLANTATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S WITNESS LIST**

Comes now the Plaintiff and in accordance with this Court's Scheduling Order, hereby files his Witness List for the trial of this cause.

**I.    Witnesses Plaintiff Expects to Call:**

1.  David Carroll
    c/o Carter H. Dukes, Esq.
    Scott Dukes & Geisler, P.C.
    2100 Third Avenue North, Suite 700
    Birmingham, Alabama 35203

2.  Joel Norman
    c/o Carter H. Dukes, Esq.
    Scott Dukes & Geisler, P.C.
    2100 Third Avenue North, Suite 700
    Birmingham, Alabama 35203

3.  Denise Pierce
    c/o Carter H. Dukes, Esq.
    Scott Dukes & Geisler, P.C.
    2100 Third Avenue North, Suite 700
    Birmingham, Alabama 35203

4.  Norris Foster
    c/o Jerry D. Roberson, Esq.

          3765 Kinross Drive
          Birmingham, Alabama 35242

5.   Roy Lee
     c/o Jerry D. Roberson, Esq.
     3765 Kinross Drive
     Birmingham, Alabama 35242

6.   Jeffrey Harris
     c/o Jerry D. Roberson, Esq.
     3765 Kinross Drive
     Birmingham, Alabama 35242

7.   Willie Bernard Mack
     c/o Jerry D. Roberson, Esq.
     3765 Kinross Drive
     Birmingham, Alabama 35242

8.   Forest Chance Hamm
     594 CR 196
     Union Springs, Al. 36089

9.   Joseph May
     4440 Co Rd 15
     Union Springs, Al. 36089

10.   William Beckwith, Jr.
      22139 Hwy 29
      Union Springs, Alabama

11.   Corey Balkcom
      1114 Hwy 239
      Union Springs, Al. 36089

12.   Henry Tarver
      c/o Jerry D. Roberson, Esq.
      3765 Kinross Drive
      Birmingham, Alabama 35242

13.   Demetrius Parham
      c/o Jerry D. Roberson, Esq.
      3765 Kinross Drive
      Birmingham, Alabama 35242

14.   William Hubbard
      12703 Co Rd 7

        Troy, Al. 36081

15.    Dwain Hill
        28141 New Hope Church Road
        Robertsdale, Al. 36567

16.    Sherry Howell
        c/o Carter H. Dukes, Esq.
        Scott Dukes & Geisler, P.C.
        2100 Third Avenue North, Suite 700
        Birmingham, Alabama 35203

17.    Any witness identified by Defendant

                                                        s/Jerry Roberson
                                                        Jerry Roberson (ROB010)
                                                        Roberson & Roberson
                                                        P.O. Box 380487
                                                        Birmingham, Alabama 35238-0487
                                                        Phone Number:    205.981.3906
                                                        Fax Number:      205.981.3908
                                                        E-mail: jdratty@charter.net
                                                                     tlbaker@charter.net

**OF COUNSEL:**
Albert H. Adams, Jr. (ADA-058)
Law Office of Albert H. Adams, Jr., P.C.
520 South Eufaula Avenue, Suite E
Post Office Box 670
Eufaula, Alabama 36072
Telephone: 334-687-1326

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

                                                             s/Jerry Roberson
                                                             OF COUNSEL