IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** ) | |
| ) | |
| ) | **CIVIL ACTION NO.:** |
| Plaintiff, ) | **2:06-CV-00405-ID-SRW** |
| ) | |
| v. ) | |
| ) | |
| **MID STATE LAND & TIMBER** ) | |
| **COMPANY, INC., D/B/A** ) | |
| **SEDGEFIELDS PLANTATION,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO EXTEND DEADLINE TO OBJECT TO PLAINTIFF'S EXHIBIT LIST**

COMES NOW Defendant Mid State Land & Timber Company, Inc., formerly d/b/a Sedgefields Plantation (hereafter referred to as "Defendant" or "Mid State"), and requests that this Court extend the deadline for Defendant to object to Plaintiff's Exhibit List until Thursday, October 18, 2007. In support of this Motion, Defendant shows unto the Court the following:

1. On Tuesday, October 19, 2007, Plaintiff filed and served his Exhibit List. Several of Plaintiff's identified exhibits are not contained in the discovery produced in this action.

2. Upon receipt of Plaintiff's Exhibit List, Defendant's counsel requested that Plaintiff produce copies of specified exhibits or make available for inspection

any exhibit identified on Plaintiff's Exhibit List that was not previously produced in this litigation. A copy of counsel's correspondence is attached hereto as Exhibit 1.

3. On Thursday, October 11, 2007, Defendant's counsel was informed by Plaintiff's counsel's assistant that Plaintiff's counsel was out of town for the rest of the week. As such, Defendant's counsel cannot inspect the exhibits identified by Plaintiff's counsel until Monday, October 15, 2007.

4. Pursuant to this Court's Scheduling Order, Defendant must file its objections, if any, to Plaintiff's identified exhibits by Monday, October 15, 2007.

5. As Defendant will not have an opportunity to inspect the identified exhibits until Monday, October 15, 2007, Defendant respectfully requests a extension of its deadline to object until October 18, 2007.

6. As Plaintiff's counsel is out of town the remainder of this week, counsel for Defendant has been unable to consult with him as to whether he opposes this extension request.

Respectfully submitted,

/s/Kimberly W. Geisler
Carter H. Dukes
Kimberly W. Geisler
Attorneys for Defendant
Mid State Land & Timber Co., Inc.
d/b/a Sedgefields Plantation

2

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama  35203
(205) 251-2300

## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the foregoing upon counsel of record either through the CM/ECF system or by placing a copy of same in the United States Mail, first class postage prepaid and addressed as follows:

      Jerry D. Roberson, Esq.
      Roberson & Roberson
      Roberson & Roberson
      3765 Kinross Drive
      Birmingham, Alabama 35238-0487

      Albert H. Adams, Jr., Esq.
      Law Office of Albert H. Adams, Jr., P.C.
      520 South Eufaula Avenue, Suite E
      Post Office Box 910
      Eufaula, Alabama 36072

      DONE this the 12th day of October, 2007.

      /s/ Kimberly W. Geisler
      Of Counsel