LAW OFFICES
# SCOTT DUKES & GEISLER, P.C.

2100 THIRD AVENUE NORTH, SUITE 700
BIRMINGHAM, ALABAMA 35203

TELEPHONE (205) 251-2300
FACSIMILE (205) 251-6773
WWW.SCOTTDUKESLAW.COM

KIMBERLY W. GEISLER

WRITER'S DIRECT DIAL: 205-244-2505
E-MAIL ADDRESS: KGEISLER@SCOTTDUKESLAW.COM

October 9, 2007

**VIA TELECOPIER**

Jerry D. Roberson, Esq.
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238-0487

Re: *Norris Foster v. Mid State Land & Timber Company, Inc.*
**In the United States District Court For The Middle District of Alabama**
**Civil Action No.: CV-06-405**

Dear Jerry:

I am in receipt of Plaintiff's Exhibit List. Please provide me with copies of Exhibits 1-6, 61, 65-105 by noon on Friday. I assume that all other documents identified on Plaintiff's Exhibit List are from Defendant's production. If that is not the case, please provide copies of any documents not produced in connection with discovery along with the Exhibits that I have identified. If you would prefer that I come and review the documents, please let me know your availability on Thursday and Friday.

As you will note, all of Defendant's exhibits were produced in discovery. I have provided the Bates Label Nos. for the documents to assist in their identification. If you need copies of any of the documents, please let me know.

Regards,

Kim Geisler

Kimberly W. Geisler

KWG/sdq/41937.1