IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **2:06cv405-ID** |
| ) | |
| **MID STATE LAND & TIMBER CO.,** ) | |
| **INC., d/b/a SEDGEFIELDS** ) | |
| **PLANTATION,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

After careful consideration of the arguments of counsel, the relevant law and the record as a whole, the court finds that Defendant's motion for summary judgment is due to be granted. The court's reasons will be set forth in a forthcoming memorandum opinion which will be accompanied by an order and a final judgment.

Consequently, it is CONSIDERED and ORDERED that the pretrial hearing set on October 16, 2007, is hereby CANCELLED and that this case is hereby REMOVED from the November 5, 2007, trial term.

It is further CONSIDERED and ORDERED that the parties are hereby RELIEVED from complying with the impending deadlines set forth in the Uniform Scheduling Order and that Defendant's motion to extend deadline (Doc. No. 57) is hereby DENIED as moot.

DONE this 12th day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE