# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **2:06cv405-ID** |
| ) | |
| **MID STATE LAND & TIMBER CO.,** ) | |
| **INC., d/b/a SEDGEFIELDS** ) | |
| **PLANTATION,** ) | |
| ) | |
| **Defendant.** ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that summary judgment be and the same is hereby ENTERED in favor of Defendant Mid State Land & Timber Co., Inc., and against Plaintiff Norris Foster.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Plaintiff, for which let execution issue.

DONE this 5th day of November, 2007.

       /s/ Ira DeMent
       SENIOR UNITED STATES DISTRICT JUDGE