AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT
Middle District of Alabama

Norris Foster

V.

Mid State Land & Timber Co., Inc.

**BILL OF COSTS**

Case Number: 2:06-CV-00405-ID-SRW

Judgment having been entered in the above entitled action on __11/5/2007__ against __Plaintiff__,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................. | $ _____ |
| Fees for service of summons and subpoena ..................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,844.30 |
| Fees and disbursements for printing ............................................. | _____ |
| Fees for witnesses (itemize on page two) ....................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | _____ |
| Docket fees under 28 U.S.C. 1923 ................................................ | 32.50 |
| Costs as shown on Mandate of Court of Appeals ................................ | _____ |
| Compensation of court-appointed experts ........................................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ....................................................... | _____ |
| TOTAL | $ 2,876.80 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _[signature]_

Name of Attorney: Kimberly W. Geisler

For: Mid State Land & Timber Co., Inc.
Name of Claiming Party

Date: 11/14/2007

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court          Deputy Clerk          Date

AO 133  (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||| |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

# FREEDOM REPORTING, INC.
*367 Valley Avenue*
*Birmingham, AL 35209*
*205-397-2397*
*Tax ID Number: 20-2776665*

Carter H Dukes
Huckaby, Scott & Dukes, PC
Concord Center
2100 3rd Avenue North, Suite 700
Birmingham, AL 35203

September 13, 2006

**Invoice#** 00015552

**Balance:**     $740.20

**Re**: Norris Foster vs Mid State Land & Timber Co., Inc., et al
UNION SPRINGS, AL/2:06cv405-ID
*on* 09/07/06 *by* Angela Smith McGalliard

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Per Diem: 1 | 60.00 |
| Original: 209 pages | 637.45 |
| Exhibits/B & W: 65 | 22.75 |
| Condensed/concordance: | 10.00 |
| Ascii: | 10.00 |

Deponent: Norris Foster

**P l e a s e    R e m i t    - - - >    Total Due:    $740.20**

*WE APPRECIATE YOU!*



# INVOICE

| DATE | INVOICE # |
|---|---|
| 11/06/2006 | 33672CJB |

**BILL TO**
Mr. Carter H. Dukes
Huckaby, Scott & Dukes, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama  35203

| TERMS |
|---|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|---|---|
| Re:  Norris Foster v. Mid State Land and Timber Company, Inc., d/b/a Sedgefields Plantation, 206-cv-00405-IDSRW | |
| | |
| 1 copy - Deposition of Denise Pierce, 81 pages @ $2.10 per page: | 170.10 |
| 1 copy - Deposition of Roy Lee, 166 pages @ $2.10 per page: | 348.60 |
| Exhibits - 50 pages @ $.50 per page (bound to transcripts, tabbed, and indexed): | 25.00 |
| Condensed Transcript and Word Indexes: | 60.00 |
| Shipping and Handling: | 20.00 |

Thank you for your business!
Tax Id # 01-0664038

**TOTAL** $623.70

(online scheduling via www.baker-baker.com)



# INVOICE

| DATE | INVOICE # |
|---|---|
| 11/06/2006 | 33672CJB |

**BILL TO**
Mr. Carter H. Dukes
Huckaby, Scott & Dukes, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203

| TERMS |
|---|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|---|---|
| Re: Norris Foster v. Mid State Land and Timber Company, Inc., d/b/a Sedgefields Plantation, 206-cv-00405-IDSRW | |
| 1 copy - Deposition of Denise Pierce, 81 pages @ $2.10 per page: | 170.10 |
| 1 copy - Deposition of Roy Lee, 166 pages @ $2.10 per page: | 348.60 |
| Exhibits - 50 pages @ $.50 per page (bound to transcripts, tabbed, and indexed): | 25.00 |
| Condensed Transcript and Word Indexes: | 60.00 |
| Shipping and Handling: | 20.00 |

Thank you for your business!
Tax Id # 01-0664038

**TOTAL** $623.70

(online scheduling via www.baker-baker.com)

**Advanced Video Services**

Advancing Digital Legal Videography
Depositions, Trial Presentation, Mock Trials
334.270.5587 - Jeff Baker, CLVS

Post Office Box 241361
Montgomery, Alabama 36124-1361

# INVOICE

| BILL TO |
|---|
| Mr. Carter H. Dukes |
| Huckaby, Scott & Dukes, PC |
| 2100 Third Avenue North |
| Suite 700 |
| Birmingham, Alabama 35203 |

| DATE | INVOICE # |
|---|---|
| 10/25/2006 | 06-1309 |

| TERMS |
|---|
| Due on receipt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Re: Norris Foster v Midstate Land & Timber Company | | | |
| Civil Action No. 2:06-CV-00405-ID-SRW | | | |
| | | | |
| 1 Copy from Digital Master- | | | |
| Videotaped Depositions of Denise Pierce & Roy Lee, 10/11/2006: | 3.5 | 50.00 | 175.00 |
| | | | |
| Fed Ex Overnight Delivery: | | 12.45 | 12.45 |

Thank you for your business!
Tax ID# 01-0664038

**TOTAL**   $187.45

AVS is a subsidiary of Baker & Baker Reporting and Video Services, Incorporated

# AMERICAN COURT REPORTING

Federal I.D. Number: 63-1205423

Carter H. Dukes
Huckaby, Scott & Dukes, P.C.
2100 3rd Avenue North
Concord Center, Suite 700
Birmingham, AL 35203

Invoice Date: 11/7/2007
Invoice #: WT61278
Total Due: $885.40

Re: Norris Foster vs. Mid State Land & Timber Company, Inc.
Union Springs
On 9/8/2006 by Wendy Timbie

## Invoicing Information

Deponents:
1. Joel Norman — 210 pages
2. David Carroll — 180 pages

| Product | Qty | UOM | Extended Price |
|---|---|---|---|
| Copy Deposition Pages | 390 | page | $799.50 |
| Travel Transcript | 2 | each | $50.00 |
| Exhibit Pages | 74 | each | $25.90 |
| Handling | 1 | each | $10.00 |
| Total Price: | | | $885.40 |
| Total Paid: | | | $0.00 |
| Total Due: | | | $885.40 |

## "Notice Us"

P.O. Box 12765   Birmingham, Alabama 35202
(205) 320-1050   FAX (205) 320-0023   1-877-320-1050
AmericanCourtReporting.com

https://securesite.pcmac.org/ACRAdmin/Orders/Invoices/PrintInvoice.asp?OrderID=12642   11/7/2007

Invoice #



# AMERICAN COURT REPORTING

Federal I.D. Number: **63-1205423**

**Carter H. Dukes**
Huckaby, Scott & Dukes, P.C.
2100 3rd Avenue North
Concord Center, Suite 700
Birmingham, AL 35203

Invoice Date: **11/14/2007**
Invoice #: **CM61540**
Total Due: **$650.00**

**Re:** Norris Foster vs. Mid State Land & Timber Company, Inc.
Union Springs
On 9/8/2006 by Christi Maze

**Invoicing Information**

**Deponents:**
1. Joel Norman         210 pages
2. David Carroll         180 pages

| Product | Qty | UOM | Extended Price |
|---|---|---|---|
| Handling | 1 | each | $10.00 |
| DVT Disk (Digital Video Transcript) | 4 | Hour | $640.00 |
| | | Total Price: | $650.00 |
| | | Total Paid: | $0.00 |
| | | Total Due: | $650.00 |

## "Notice Us"

P.O. Box 12765    Birmingham, Alabama 35202
(205) 320-1050    FAX (205) 320-0023    1-877-320-1050
AmericanCourtReporting.com