IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** ) | |
| ) | |
| ) | **CIVIL ACTION NO.:** |
| **Plaintiff,** ) | **2:06-CV-00405-ID-SRW** |
| ) | |
| v. ) | |
| ) | |
| **MID STATE LAND & TIMBER** ) | |
| **COMPANY, INC., D/B/A** ) | |
| **SEDGEFIELDS PLANTATION,** ) | |
| ) | |
| **Defendant.** ) | |

### AFFIDAVIT OF KIMBERLY GEISLER

STATE OF ALABAMA   )
COUNTY OF JEFFERSON   )

Before me, the undersigned notary public in and for said county and state, personally appeared KIMBERLY GEISLER who being known to me and who being first duly sworn, deposes on oath and states as follows:

1. My name is Kimberly Geisler. I am over the age of nineteen years and am suffering from no legal disability.

2. I am the duly authorized attorney for Defendant and I have knowledge of the facts of the matter referenced herein.

3. The Bill of Costs attached hereto is true and correct and represents fees and costs which have necessarily been incurred in this case and the services for which

fees have been charged were actually and necessarily performed.

    FURTHER AFFIANT SAITH NOT.

    Executed this 14th day of November, 2007.

_____
Kimberly W. Geisler

STATE OF ALABAMA    )
                                        :
COUNTY OF JEFFERSON    )

    I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that KIMBERLY GEISLER whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that being informed of the contents of the said instrument, she executed the same voluntarily on the day the same bears date.

    GIVEN under my hand and seal this 14th of November, 2007.

[NOTARIAL SEAL]

_____
Notary Public

Print Name Shanna D. Quigley

My Commission Expires:_____

MY COMMISSION EXPIRES NOVEMBER 3, 2010

42135