IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS FOSTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.:** |
| v. ) | **2:06-CV-00405-ID-SRW** |
| ) | |
| **MID-STATE LAND & TIMBER** ) | |
| **COMPANY, INC., d/b/a** ) | |
| **SEDGEFIELDS PLANTATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Norris Foster, in the above-styled cause, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Memorandum Opinion and Order of November 5, 2007 granting summary judgment in favor of the Defendant on the Plaintiff's claims.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
ROBERSON & ROBERSON
P.O. Box 380487
Birmingham, Alabama 35238-0487
Phone Number:   205.981.3906
Fax Number:   205.981.3908
E-mail: jdratty@charter.net
           tlbaker@charter.net

**OF COUNSEL***:*

Albert H. Adams, Jr. (ADA-058)
Law Office of Albert H. Adams, Jr., P.C.
520 South Eufaula Avenue, Suite E
Post Office Box 670
Eufaula, AL  36072-0670
Telephone: (334) 687-1326
Facsimile: (866) 910-9989
E-mail: albertadamslaw@aol.com


## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carter H. Dukes, Esq.
Kimberly W. Geisler, Esq.
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203

                                                   s/Jerry Roberson
                                                   OF COUNSEL