```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001348
Cashier ID: cstrecke
Transaction Date: 12/03/2007
Payer Name: ROBERSON AND ROBERSON
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ROBERSON AND ROBERSON
 Case/Party: D-ALM-2-06-CV-000405-001
 Amount:        $455.00
------------------------------------
CHECK
 Remitter: ROBERSON AND ROBERSON
 Check/Money Order Num: 1930
 Amt Tendered:  $455.00
------------------------------------
Total Due:       $455.00
Total Tendered: $455.00
Change Amt:       $0.00
```

DALM206CV000405-001

ROBERSON AND ROBERSON

P O BOX 380487

BIRMINGHAM, AL  35238