Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 05, 2008

**Appeal Number: 07-15637-FF**
Case Style: Norris Foster v. Mid State Land & Timber Company,
District Court Number: 06-00405 CV-D-N

TO:   Debra P. Hackett

CC:   Jerry D. Roberson

CC:   Kimberly Wood Geisler

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 05, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15637-FF**
Case Style: Norris Foster v. Mid State Land & Timber Company,
District Court Number: 06-00405 CV-D-N

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Regina Veals-Gillis (404) 335-6163

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

U S COURT OF APPEALS
ELEVENTH CIRCUIT

No. 07-15637-FF

MAR 0 5 2008

THOMAS K. KAHN

NORRIS FOSTER,

                                                    Plaintiff-Appellant,

versus

MID STATE LAND & TIMBER COMPANY, INC.,
d.b.a. Sedgefields Plantation,

                                                    Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before ANDERSON and HULL, Circuit Judges.

BY THE COURT:

      The parties' joint motion to dismiss this appeal with prejudice, with the parties to bear their own costs, is GRANTED.

A True Copy Attested
Clerk, U.S. Court of Appeals,
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia